# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **RICK EJEM, a/n/f for** | § | |
| **JUSTIN EJEM,** | § | |
|     **Plaintiffs** | § | |
| | § | **CIVIL ACTION NO. 6:10-cv-268-WSS** |
| **v.** | § | |
| | § | |
| **WACO CENTER FOR YOUTH** | § | |
|     **Defendants** | § | |

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

LET IT BE KNOWN that on this _____ day of _____, 2011, this Court considered *Defendants' Motion to Dismiss*. Upon careful review of Defendants' motion and *Plaintiffs' Response to Defendants' Motion to Dismiss*, the Court is of the opinion that *Defendants' Motion to Dismiss* should be denied.

IT IS ORDERED THAT *Defendants' Motion to Dismiss* is hereby DENIED.

 

                                                                       _____
                                                                       PRESIDING JUDGE