**ADR Docketing Statement**[1]

(**WACO DIVISION ONLY**)

**A.** **Case Number**: _____

**B.** **Case Name:** _____

**C.** **Attorney (or Party, if pro se) filing evaluation form:**

    1.    Name    _____
            Firm     _____
            Address  _____
                           _____
                           _____
           Client    _____
           Telephone _____  FAX _____

**D.** **Nature of Relief Sought (Check all that apply):**

    1.  _____    Injunctive Relief

    2.  _____    Damages:
                       Amount _____

    3.  _____    Declaratory Relief (Describe): _____

    4.  _____    Attorney Fees    Amount _____

    5.  _____    Other _____

**E.** **Brief Description of Nature of Action:**

_____
_____
_____

**F.** **Status of Settlement Negotiations to Date:**

    1.    Have settlement negotiations been held? _____ Yes _____ No

    2.    If yes:    _____ Only Counsel Participated
                           _____ Parties as Well as Counsel Participated

    3.    What is the <u>present</u> status of negotiations?

_____
_____

---

[1]ADR refers to Alternative Dispute Resolution

  4. If settlement negotiations have not been held, why not?

  _____
  _____
  _____

**G.** **Evaluation:**

  1. Could this dispute benefit from the use of some form of ADR?

    _____ Yes
    _____ No

    a. Reason for choice (must be completed): _____
    _____
    _____

    b. If yes, what form of ADR would best suit this case[2]

     _____ Mediation    _____ Early Neutral Evaluation

     _____ Advisory Arbitration  _____ Moderated Settlement Conference

     _____ Mini-Trial    _____ Judicial Settlement Conference

     _____ Summary Jury Trial

  2. Describe any discovery you believe necessary to utilize ADR effectively:

  _____
  _____
  _____

  3. Have you discussed ADR with other counsel and their clients?
    _____ Yes _____ No

  4. Will all parties agree to submit the case to ADR?
    _____ Yes _____ No _____ Unsure

    a. If yes, have the parties agreed to:
     1. An ADR process? _____
     2. A provider? _____
     3. A tentative date for the ADR proceeding? _____

Failure to fully complete this form may result in sanctions pursuant to Fed.R.Civ.P.(16)f.

---

[2] For further information on dispute resolution procedures, contact the Clerk.