IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **RICK EJEM, a/n/f for** | § | |
| **JUSTIN EJEM,** | § | |
| **Plaintiffs** | § | |
| | § | CIVIL ACTION NO. 6:10-cv-268-WSS |
| **v.** | § | |
| | § | |
| **WACO CENTER FOR YOUTH, et al.** | § | |
| **Defendants** | § | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

LET IT BE KNOWN that on this _____ day of _____, 2011, this Court considered *Plaintiffs' Motion for Partial Summary Judgment.* Upon careful review of the pleadings, the Court is of the opinion that Plaintiffs' *Motion* should be granted.

IT IS THEREFORE ORDERED THAT *Plaintiffs' Motion for Partial Summary Judgment* is hereby GRANTED.

_____
PRESIDING JUDGE