Report Date: 05/23/2011                                          Page 1 of 2

Waco Center for Youth
Waco, TX

PHYSICIAN DISCHARGE ORDER Inquiry

Client Name: EJEM,JUSTIN             Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                    Data Entry Date: 04/17/2008

**GENERAL INFORMATION**
   Assessment Date:   04/17/2008

   Assessment Time:   10:23 AM

   Draft/Final:   Final

   Assessing Clinician:   ANCHA,LAKSHMI (000496)

**NOTE**
   Reason for Admission:   Danger of Deterioration

   Client To Be:   Discharged

   Anticipated Discharge Date:   04/17/2008

   Discharge Diagnosis:
     I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
     Relational Problem,Suspected physical abuse.
     II: No diagnosis
     III: None
     IV: Problems with primary support,educational and psychosocial problems
     V: GAF-48

   Discharge Medications - Name, Dosage, and Reason for Use:
     PSYCHOTROPICS:
     1)Depakote 500 mg by mouth every morning and 500 mg at bedtime
     2)Concerta 72 mg by mouth every morning.
     3)Seroquel 150 mgs. by mouth every morning and at noon and 200 mgs. at
     bedtime
     4)Benadryl 75 mgs. by mouth at bedtime


   Condition at Discharge:   Partial Remission

   Child/Adolescent Patient Discharged To:
     PT IS DISCHARGED TO HIS LAR RICK EJEM on 04/17/08.

   Allergies:   Yes

   Allergy Comments:
     NASAL PAN MIST

Report Date: 05/23/2011 Page 47 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): ANCHA LAKSHMI
Data Entry Date: 02/29/2008

1) Continue Depakote 500 mgs. by mouth every morning and 500 mg by mouth at bedtime for mood stabilization.
2) Continue Concerta 36 mg two tablets by mouth every morning
3) Continue Seroquel 50 mgs. by mouth every morning and noon and increased to 150 mgs. at bedtime for mood stabilization.
4) Continue Benadryl to 75 mgs. by mouth at bedtime
NON-PSYCHOTROPICS:
1) Continue Neutrogena soap twice a day for mild facial acne.
2) Continue Stridex Pad at bedtime.
3) Continue patient on high calorie diet and also provide him with a high calorie supplement during snack time.
4) Monitor patient's eating habits and weight.

**NOTE**
Please Check all Note Types that apply before continuing!

Note:
Patient attended treatment team on 02-20-08.

Patient continues to have an intense conflict with his roommate. He indicated that his roommate wanted him to perform oral sex. Patient decided to sleep in the timeout room as a result. Patient was also given an emergency dose of Thorazine 50 mgs. on 02-13-08 and 02-14-08 for extreme agitation. He continues to be easily influenced by peers' negativity. According to the TTC CPS closed the investigation of suspected physical abuse against the patient's family. CPS will continue to monitor the patient's family. In addition, it was indicated that the patient's stepmother would like the patient to exhibit further improvement in behaviors before he can come home. Family therapy session has been scheduled for 02/23/08 to address the family issues.

Patient was appropriately dressed and groomed. His mood was pleasant. Affect was congruent. His activity level was appropriate for age. He maintained fairly good attention and concentration during the treatment team. No evidence of psychotic symptoms. No tics or AIMS. No suicidal and/or homicidal ideations.

D-000326

Report Date: 05/23/2011 Page 28 of 32

Waco Center for Youth
Waco, TX

NURSING OBSERVATION NOTE (BRIEF) Inquiry

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): WILLIAMS TES
Data Entry Date: 04/13/2008

### *DATE/TIME/SHIFT*
Assessment Date:   04/13/2008

Assessment Time:   08:30 PM

Draft/Final:   Final

Shift:   Evening

### *NURSING OBSERVATION/ASSESSMENT*
Affect/Mood:   Sullen

Nursing Observation/Assessment Comments:
   PATIENT ASKED TO TALK WITH THE RN REGARDING AN INCIDENT THAT HAPPENED TO
   HIM THE OTHER NIGHT.  THE PATIENT STATED THAT HE WAS SEXUALLY ASSAULTED
   BY HIS ROOMMATE.  THIS RN HAD CAMPUS RN COME OVER AND VERIFY WHAT THE
   PATIENT HAD STATED AND TAKE ACTIONS APPROPRIATELY.  AFTER CAMPUS RN
   LISTENED AND QUESTIONED PATIENT, HE DENIED THAT INCIDENT HAPPENED.  HE
   DID HOWEVER STATE THAT HE WANTED TO HAVE A ROOM CHANGE AS HE IS AFRAID
   THAT THIS WOULD HAPPEN.  OTHER STAFF BROUGHT IN TO TALK WITH THE PATIENT
   REGARDING WHAT HAPPENED AND IT WAS FELT THAT EXTRA BED ROOM CHECKS SHOULD
   BE DONE FOR THE SAFETY OF ALL PATIENTS ON THIS UNIT.  THERAPIST AND NURSE
   MANAGER WERE LEFT MESSAGES BY THIS RN AS TO WHAT HAS BEEN REPORTED, AND
   THAT A UNIT MEETING SHOULD BE HELD. PATIENT WILL NOT SLEEP IN HIS ROOM
   TONIGHT AND CHANGES WILL BE MADE ACCORDINGLY.  THE PATIENT STATES HE
   FEELS COMFORTABLE WITH SUCH ACTIONS AND WILL ALSO TALK WITH THERAPIST AND
   RN IN THE MORNING.  PATIENT PRESENTLY IN ROOM BY HIMSELF AND ASLEEP.

D-000424

Report Date: 05/23/2011                                          Page 544 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): HARRISON GLORIA
Episode Number: 2                        Data Entry Date: 02/13/2008

### GENERAL INFORMATION
Assessment Date:   02/13/2008

Assessment Time:   02:20 PM

Draft/Final:   Final

Assessing Clinician:   HARRISON,GLORIA (000387)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### DIET--APPETITE
Percent of Breakfast Eaten:   50%~INACTIVE

Percent of Lunch Eaten:   50%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
   CLIENT GOT INTO AN ARGUMENT WITH ONE OF HIS PEERS. HE AND HIS PEER USED
   PROFANITY FREELY, THREATENED HIS PEER,STATED" I WILL KNOCK THE FUCK OUT
   OF YOU IF YOU DON'T LEAVE ME THE FUCK ALONE"  HE FLIPPED HIS PEER OFF
   SAYING "FUCK YOU".  HE REFUSES TO FOLLOW STAFF INSTRUCTIONS.  HE WOULD
   NOT MIND HIS OWN BUSINESS AND GIVE PEER HIS BODY SPACE. STAFF ASKED HIM
   TO KEEP QUIET AND EAT HIS BREAKFAST HE STATED TO STAFF"SHUT UP"

Report Date: 05/23/2011                                      Page 545 of 766

                        Waco Center for Youth
                              Waco, TX

                  PATIENT DAILY FUNCTIONING CHECKLIST Inqu

·Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): FOY ROBERT
Episode Number: 2                        Data Entry Date: 02/13/2008

### GENERAL INFORMATION
    Assessment Date:    02/13/2008

    Assessment Time:    08:44 PM

    Draft/Final:    Final

    Assessing Clinician:    FOY,ROBERT (000154)

    Primary Language:    English

    Is the preferred language English:    Yes

### DAILY LIVING ACTIVITIES
    ADLs:    Independent

    Ambulating:    Self

    Grooming Hygiene:    Unkempt

### DIET--APPETITE
    Percent of Dinner Eaten:    50%~INACTIVE

    Percent of Snack Eaten:    100%~INACTIVE

### LEVEL OF OBSERVATION/MONITORING
    Precaution Type:    Routine Monitoring

    Level of Monitoring:    Routine

    Level Implemented:    Routine

### BEHAVIOR AND ACTIVITY
    Attendance of Activities:    Refuses Activities

    Socialization:    Socializes with Others Independently

    Response to Requests:    Behavior Requires Staff Intervention

    Behavior and Activities Comments:
        PATIENT HAS BEEN VERY DISRUPTIVE. HE HAS BEEN NON-COMPLIANT WITH STAFF
        REQUEST. HE HAS BEEN INVOLVED IN A PHYSICAL ALTERCATION WITH A PEER AND A
        "STAND-OFF " WITH THE SAME PEER AS OF THIS ENTRY. HE REFUSED TO TAKE HIS

D-001063

Report Date: 05/23/2011                                          Page 546 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): FOY ROBERT
Episode Number: 2                       Data Entry Date: 02/13/2008

SHOWER ALSO. HE WAS ASSESSED A (0) ON THE 3-11 SHIFT.

Report Date: 05/23/2011                                                   Page 547 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                       Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                    Data Entry By (Login): FOY ROBERT
Episode Number: 2                            Data Entry Date: 02/13/2008

**GENERAL INFORMATION**
   Assessment Date:   02/13/2008

   Assessment Time:   09:05 PM

   Draft/Final:    Final

   Assessing Clinician:    FOY,ROBERT (000154)

   Primary Language:    English

   Is the preferred language English:   Yes

**BEHAVIOR AND ACTIVITY**
   Behavior and Activities Comments:
      PATIENT HAS CONTINUED TO ESCALATE TO THE POINT HE IS CONTINUING TO
      THREATEN HIS PEER AND BROKEN HIS OWN GLASSES.HIS GLASSES HAVE BEEN PLACED
      IN AN ENVELOPE AND PLACED IN THE STAFF OFFICE.

Report Date: 05/23/2011                                Page 560 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): AAGESEN MICHAEL
Episode Number: 2                        Data Entry Date: 02/17/2008

### GENERAL INFORMATION
Assessment Date:    02/17/2008

Assessment Time:    05:08 AM

Draft/Final:    Final

Assessing Clinician:    AAGESEN,MICHAEL (000476)

Primary Language:    English

Is the preferred language English:    Yes

### SLEEP PATTERNS (11-7 Shift Only)
Sleep Patterns Comments:
   AT THE BEGINNING OF THE SHIFT PT. WAS ASLEEP IN THE TIME OUT ROOM SO THAT
   HE WOULD NOT HAVE ANY PROBLEMS WITH HIS ROOMMATES. NO PROBLEMS NOTED AT
   THIS TIME, PT. WILL CONTINUE TO BE MONITORED FOR THE DURATION OF THE
   SHIFT.

Number Hours Slept:    Slept all Night

Report Date: 05/23/2011                                      Page 564 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): AAGESEN MICHAEL
Episode Number: 2                       Data Entry Date: 02/18/2008

### GENERAL INFORMATION
  Assessment Date:   02/18/2008

  Assessment Time:   05:54 AM

  Draft/Final:   Final

  Assessing Clinician:   AAGESEN,MICHAEL (000476)

  Primary Language:   English

  Is the preferred language English:   Yes

### SLEEP PATTERNS (11-7 Shift Only)
  Sleep Patterns Comments:
       AT THE BEGINNING OF THE SHIFT PT. WAS ASLEEP IN THE TIMEOUT ROOM BECUASE
       HE WAS HAVING PROBLEMS WITH HIS ROOMMATES DURING RELAXATION TIME.  NO
       PROBLEMS NOTED AT THIS TIME, PT. WILL CONTINUE TO BE MONITORED FOR THE
       DURATION OF THE SHIFT.

  Number Hours Slept:   Slept all Night

Report Date: 05/23/2011						Page 575 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN					Episode Start Date: 09/10/2007
Assigned ID: 000238798					Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992					Data Entry By (Login): AAGESEN MICHAEL
Episode Number: 2						Data Entry Date: 02/22/2008

### GENERAL INFORMATION
Assessment Date:   02/22/2008

Assessment Time:   06:16 AM

Draft/Final:   Final

Assessing Clinician:   AAGESEN,MICHAEL (000476)

Primary Language:   English

Is the preferred language English:   Yes

### SLEEP PATTERNS (11-7 Shift Only)
Sleep Patterns Comments:
   PT. WAS ASLEEP AND IN BED AT THE BEGINNING OF THE SHIFT.  PT. SLEPT IN
   THE TIMEOUT ROOM PER HIS REQUEST.  NO PROBLEMS NOTED AT THIS TIME, PT.
   WILL CONTINUE TO BE MONITORED FOR THE DURATION OF THE SHIFT.

Number Hours Slept:   Slept all Night

Report Date: 05/23/2011                                    Page 642 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): AAGESEN MICHAEL
Episode Number: 2                       Data Entry Date: 03/11/2008

### GENERAL INFORMATION
Assessment Date:    03/11/2008

Assessment Time:    06:22 AM

Draft/Final:    Final

Assessing Clinician:    AAGESEN,MICHAEL (000476)

Primary Language:    English

Is the preferred language English:    Yes

### SLEEP PATTERNS (11-7 Shift Only)
Sleep Patterns Comments:
   PT. WAS IN BED AND ASLEEP AT THE BEGINNING OF THE SHIFT.  PT. SLEPT IN
   THE ACTIVITY ROOM BECAUSE HE WAS HAVING SOME PROBLEMS WITH HIS ROOMMATE
   AT BEDTIME BEFORE THE BEGINNING OF THE SHIFT.  NO NOTED PROBLEMS AT THIS
   TIME, PT. WILL CONTINUE TO BE MONITORED FOR THE DURATION OF THE SHIFT.

Number Hours Slept:    Slept all Night