# LEGISLATIVE BUDGET BOARD

# Legislative Budget Estimates

**FOR THE 2010 - 2011 BIENNIUM**   **JANUARY 2009**

**HOUSE VERSION**

**SUBMITTED TO THE 81st TEXAS LEGISLATURE**





# THE STATE OF TEXAS
# LEGISLATIVE BUDGET BOARD
P.O. BOX 12666
AUSTIN, TX 78711

www.lbb.state.tx.us
Phone: 512.463.1200
Fax: 512.475.2902

January, 2009

Honorable Governor of Texas
Honorable Members of the Eighty-first Legislature
    Assembled in Regular Session

Ladies and Gentlemen:

This budget estimates document which includes Legislative Appropriations Requests (LARS) from state agencies, the appellate courts, and institutions of higher education was prepared and compiled by the staff of the Legislative Budget Board in compliance with the provisions of Section 322.008 Government Code, which states that the Director, under the direction of the board, shall prepare the general appropriations bill for introduction at each regular legislative session. This document provides recommended funding for the operation of Texas state government for the 2010-11 biennium.

There are two versions of the budget recommendations for 2010-11. The House and Senate versions contain different funding recommendations for Article II (Health and Services) and Article III (Education) of the general appropriations bill.

The recommended appropriations for both versions are within the limitation on the growth of appropriations established by the Legislative Budget Board pursuant to Article VIII, Section 22, of the Texas Constitution.

The amounts requested by state agencies, appellate courts, and institutions of higher education include exceptional items beyond baseline budget amounts.

The members and staff of the Legislative Budget Board are grateful to the many officials and employees of state government whose efforts and cooperation are necessary during the legislative appropriations process.

Respectfully submitted,

John O'Brien
Director

# DEPARTMENT OF STATE HEALTH SERVICES

| | Expended 2007 | Estimated 2008 | Budgeted 2009 | Requested 2010 | Requested 2011 | Recommended 2010 | Recommended 2011 |
|---|---|---|---|---|---|---|---|
| **Method of Financing:** | | | | | | | |
| General Revenue Fund | | | | | | | |
| General Revenue Fund | $ 489,654,116 | $ 599,474,475 | $ 609,643,571 | $ 767,110,683 | $ 782,267,008 | $ 609,501,566 | $ 608,886,922 |
| GR Match for Medicaid | 6,714,182 | 8,670,479 | 9,139,786 | 9,554,146 | 9,634,420 | 9,220,800 | 9,302,237 |
| Earned Federal Funds | 4,016,986 | 0 | 0 | 0 | 0 | 0 | 0 |
| GR for Mental Health Block Grant | 242,006,627 | 245,195,482 | 239,500,345 | 238,311,101 | 237,795,750 | 242,308,708 | 242,155,182 |
| GR for Substance Abuse Prevention and Treatment Block Grant | 24,025,321 | 24,060,842 | 24,043,082 | 24,060,942 | 24,061,104 | 24,051,962 | 24,051,962 |
| GR for Maternal and Child Health Block Grant | 40,208,728 | 40,208,729 | 40,208,729 | 40,208,729 | 40,208,729 | 40,208,729 | 40,208,729 |
| GR for HIV Services | 29,946,050 | 43,936,417 | 45,688,985 | 46,350,348 | 46,350,348 | 46,350,348 | 46,350,348 |
| GR Certified as Match for Medicaid | 44,259,134 | 44,056,841 | 45,405,603 | 46,384,743 | 46,970,079 | 45,413,301 | 45,636,523 |
| General Revenue - Insurance Companies Maintenance Tax and Insurance Department Fees | 0 | 5,946,729 | 6,004,209 | 6,004,209 | 6,004,209 | 6,004,209 | 6,004,209 |
| Vendor Drug Rebates—Public Health | 2,039,430 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 |
| MH Medicare Receipts | 19,770,932 | 3,308,976 | 3,308,976 | 0 | 0 | 0 | 0 |
| 81(R) Supplemental: General Revenue Fund | 0 | 0 | 15,899,426 | 0 | 0 | 0 | 0 |
| Subtotal, General Revenue Fund | $ 902,641,506 | $ 1,016,858,970 | $ 1,040,842,712 | $ 1,179,984,901 | $ 1,195,291,647 | $ 1,025,059,623 | $ 1,024,596,112 |
| General Revenue Fund - Dedicated | | | | | | | |
| Vital Statistics Account No. 019 | 3,518,579 | 5,154,585 | 5,306,665 | 5,935,392 | 5,935,392 | 5,230,621 | 5,230,620 |
| Texas Department of Insurance Operating Fund Account No. 036 | 6,292,245 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hospital Licensing Account No. 129 | 1,093,547 | 1,276,065 | 1,293,734 | 1,900,164 | 1,900,163 | 1,655,164 | 1,655,163 |
| Food and Drug Fee Account No. 341 | 1,609,387 | 1,678,147 | 1,702,908 | 2,402,909 | 2,402,909 | 1,702,909 | 1,702,909 |
| Bureau of Emergency Management Account No. 512 | 836,008 | 2,185,091 | 2,213,773 | 2,350,598 | 2,350,598 | 2,263,098 | 2,263,098 |
| Department of Health Public Health Services Fee Account No. 524 | 9,760,547 | 13,614,573 | 14,409,573 | 14,222,635 | 15,438,126 | 14,012,073 | 14,012,073 |
| Advisory Commission on Emergency Communications Account No. 5007 | 1,813,772 | 1,821,258 | 1,821,575 | 1,821,575 | 1,821,575 | 1,821,575 | 1,821,575 |
| Asbestos Removal Licensure Account No. 5017 | 2,160,479 | 3,166,952 | 3,192,300 | 3,257,421 | 3,432,421 | 3,197,088 | 3,197,088 |
| Workplace Chemicals List Account No. 5020 | 594,417 | 600,806 | 610,103 | 735,971 | 735,971 | 632,638 | 632,638 |
| Certificate of Mammography Systems Account No. 5021 | 386,504 | 355,303 | 799,227 | 982,859 | 975,620 | 982,859 | 975,620 |
| Oyster Sales Account No. 5022 | 269,065 | 252,000 | 252,000 | 252,000 | 252,000 | 252,000 | 252,000 |
| Food and Drug Registration Account No. 5024 | 3,929,084 | 5,716,459 | 5,775,687 | 5,987,985 | 6,327,985 | 5,777,985 | 5,777,985 |
| Animal Friendly Account No. 5032 | 280,085 | 1,177,500 | 1,177,500 | 425,000 | 425,000 | 425,000 | 425,000 |
| Permanent Fund for Health and Tobacco Education and Enforcement Account No. 5044 | 5,329,982 | 8,251,224 | 8,831,117 | 8,547,117 | 8,547,117 | 8,547,117 | 8,547,117 |

# DEPARTMENT OF STATE HEALTH SERVICES
(Continued)

| | Expended 2007 | Estimated 2008 | Budgeted 2009 | Requested 2010 | Requested 2011 | Recommended 2010 | Recommended 2011 |
|---|---|---|---|---|---|---|---|
| Permanent Fund Children & Public Health Account No. 5045 | 4,469,687 | 4,299,702 | 4,594,609 | 4,448,609 | 4,448,609 | 4,448,609 | 4,448,609 |
| Permanent Fund for EMS & Trauma Care Account No. 5046 | 4,041,910 | 4,162,992 | 4,462,392 | 4,319,431 | 4,319,431 | 4,319,431 | 4,319,431 |
| Permanent Hospital Fund for Capital Improvements and the Texas Center for Infectious Disease Account No. 5048 | 1,039,977 | 1,056,949 | 1,128,949 | 1,092,949 | 1,092,949 | 1,092,949 | 1,092,949 |
| State Owned Multicategorical Teaching Hospital Account No. 5049 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 |
| EMS, Trauma Facilities, Trauma Care Systems Account No. 5108 | 2,357,442 | 2,381,045 | 2,381,725 | 2,381,725 | 2,381,725 | 2,381,725 | 2,381,725 |
| Trauma Facility and EMS Account No. 5111 | 47,814,593 | 75,005,739 | 74,995,877 | 75,002,327 | 75,002,327 | 75,000,808 | 75,000,808 |
| Childhood Immunization Account No. 5125 | 0 | 50,000 | 239,613 | 144,807 | 144,807 | 144,807 | 144,807 |
| Health Department Laboratory Financing Fees No. 8026 | 2,869,895 | 2,875,931 | 2,870,731 | 2,878,032 | 2,877,957 | 2,878,032 | 2,877,957 |
| WIC Rebates No. 8027 | 237,180,989 | 242,000,000 | 255,310,927 | 244,420,000 | 244,420,000 | 255,986,664 | 258,575,681 |
| Perpetual Care Account No. 8076 | 485,000 | 812,500 | 812,500 | 812,500 | 641,391 | 812,500 | 641,391 |
| Subtotal, General Revenue Fund - Dedicated | $ 348,133,194 | $ 387,894,821 | $ 404,183,485 | $ 394,322,006 | $ 395,874,073 | $ 403,565,652 | $ 405,976,244 |
| Federal Funds | 1,121,743,270 | 1,277,348,371 | 1,258,266,278 | 1,236,490,694 | 1,235,612,283 | 1,247,706,214 | 1,252,442,569 |
| **Other Funds** | | | | | | | |
| Appropriated Receipts | 9,125,720 | 10,638,619 | 5,703,891 | 5,208,565 | 5,208,565 | 6,289,231 | 6,289,231 |
| State Chest Hospital Fees and Receipts | 1,719,963 | 1,747,616 | 1,818,618 | 1,818,618 | 1,818,618 | 1,818,618 | 1,818,618 |
| DSHS Public Health Medicaid Reimbursements | 12,872,499 | 14,307,486 | 14,072,295 | 14,335,040 | 15,881,009 | 14,072,295 | 14,072,295 |
| Interagency Contracts | 61,174,977 | 65,075,379 | 67,724,207 | 72,147,134 | 72,288,024 | 66,973,991 | 67,861,132 |
| Bond Proceeds - General Obligation Bonds | 11,311,311 | 8,494,520 | 35,880,679 | 69,139,522 | 25,924,484 | 27,873,437 | 0 |
| MH Collections for Patient Support and Maintenance | 7,169,812 | 12,172,318 | 3,347,909 | 7,647,163 | 7,647,163 | 7,647,163 | 7,647,163 |
| MH Appropriated Receipts | 6,573,954 | 6,064,471 | 5,500,000 | 5,500,000 | 5,500,000 | 5,500,000 | 5,500,000 |
| MH Revolving Fund Receipts | 723,689 | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal, Other Funds | $ 110,671,925 | $ 118,500,409 | $ 134,047,599 | $ 175,796,042 | $ 134,267,863 | $ 130,174,735 | $ 103,188,439 |
| **Total, Method of Financing** | $ 2,483,189,895 | $ 2,800,602,571 | $ 2,837,340,074 | $ 2,986,593,643 | $ 2,961,045,866 | $ 2,806,506,224 | $ 2,786,203,364 |

**This bill pattern represents an estimated 100% of this agency's estimated total available funds for the biennium.**