

# WACO CENTER FOR YOUTH

## PARENT HANDBOOK

**General Information:**

**Cottage Assignment:**_____

**Cottage Telephone:**_____

**Telephone Code:**_____

**Treatment Team Information:**

**Attending Psychiatrist:**_____

**Treatment Team Coordinator:**_____

**Nurse Coordinator:**_____

http://www.dshs.state.tx.us/mhHospitals/WacoCenterForYouth

# Parent Handbook
# TABLE OF CONTENTS

Page(s)

THE WACO CENTER FOR YOUTH PROGRAM
- Adolescent Psychiatric Service ............................................................................... 3
- Treatment Services .................................................................................................. 3
- Specialized Treatment Services .............................................................................. 3
- Aftercare Services ................................................................................................... 4
- Medical Services ..................................................................................................... 4
- Nursing / Residential Services ............................................................................... 4
- Education ................................................................................................................ 4
- Food and Nutrition Services ............................................................................... 4, 5
- Chaplaincy Services ........................................................................................... 5, 6
- Community Relations ............................................................................................. 6

PSYCHIATRIC BEHAVIORAL EMERGENCY INTERVENTIONS ................................. 6, 7

RESPONSIBILITY OF ADOLESCENT IN TREATMENT ................................................. 7

PARENTAL-FAMILY INVOLVEMENT .......................................................................... 7, 8
- Admission – Family Assessment Interview ........................................................... 8
- Multi-disciplinary Case Conference ....................................................................... 8
- Treatment Plan Reviews ......................................................................................... 8
- Aftercare Planning / Staffing .................................................................................. 8
- Family Conferences ................................................................................................ 9
- Family Education .................................................................................................... 9
- Home Suite Home (Family / Furlough House) ...................................................... 9
- Family Visitation Center ........................................................................................ 9
- Local Passes ............................................................................................................ 9
- Therapeutic Furloughs (overnight stays at home) ............................................. 9, 10
- Telephone Calls and Mail ..................................................................................... 10
- Therapist Contact .................................................................................................. 10
- Staff Contact ......................................................................................................... 10

FAMILY AGREEMENT TO PARTICIPATE IN TREATMENT ......................................... 11

GUIDELINES FOR FAMILY CONTACT ......................................................................... 12
- Engagement Stage of Treatment ........................................................................... 12
- Working Stage of Treatment ................................................................................. 13
- Transition Stage of Treatment .............................................................................. 13

ALLOWABLE AND NON-ALLOWABLE PERSONAL ITEMS .......................................... 14

CLOTHING LIST ................................................................................................................ 15

TRUST FUND ...................................................................................................................... 16

MAIL ..................................................................................................................................... 16

TELEPHONE ........................................................................................................................ 16

ADVOCACY ......................................................................................................................... 16

FAMILY / FURLOUGH HOUSE ........................................................................................ 17

FAMILY VISITATION CENTER ........................................................................................ 18

FAMILY HOUSE & VISITATION CENTER RULES & GUIDELINES ............................ 19

WACO CENTER FOR YOUTH MAP .................................................................................. 20

(revised September 2004)

*"To give each youth a chance for change"*

**The Waco Center for Youth Program**

Waco Center for Youth is a psychiatric treatment facility that serves teenagers, ages 13 through 17, with emotional difficulties and/or behavioral problems. Waco Center for Youth bases its treatment philosophy on the belief that both behavior change and an understanding of self and others are equally important in achieving significant long-term success in treatment. The mission of our program is "to give each youth a chance for change" by providing comprehensive psychiatric residential treatment services to emotionally disturbed adolescents in the state of Texas. Our facility is operated by the Texas Department of Mental Health and Mental Retardation and is accredited by the Joint Commission on Accreditation of Health Care Facilities.

Our treatment approach utilizes a structured group therapeutic milieu, provides a nurturing environment, and develops an individualized program that integrates family, behavioral, interpersonal, and group dynamics into the treatment process. Further, our program promotes academic achievement and encourages individual success. Our comprehensive therapeutic services includes the following:

*Adolescent Psychiatric Services*   Treatment of your child is under the direction of an attending psychiatrist who is responsible for the initial psychiatric evaluation, supervising staff in the development and implementation of your child's individual treatment plan, and, if needed, prescribing and monitoring appropriate psychotropic medication.

*Treatment Services*   Treatment services provides each adolescent with an assigned clinical therapist who is responsible for individual and group therapy, family therapy, coordination of the treatment team, individual case management, and providing assistance with after-care planning.

*Specialized Treatment Services*   Specialized treatment services refers to services directed at alcohol and substance use. An educational approach to prevention activities that reinforce protective factors against the development of future alcohol and substance use disorders is provided to all residents. Residents diagnosed with a mental illness and substance use disorder receive additional services as identified in the individual's multidisciplinary treatment plan to treat this co-occurring condition.

*Aftercare Services*   Aftercare services ensure continuity of care upon discharge. Services include providing updates on your child's treatment progress to the local mental health authority, scheduling after-care appointments upon discharge, scheduling meetings of the local Community Resource Coordinating Group (CRCG) when needed and being an information and referral resource for other placement options.

*Medical Services*   Medical services provide continuous ambulatory medical care for all youth residing in all units of Waco Center for Youth.  This medical care is provided on a 24-hour a day basis by our physicians with consultation/care off campus as deemed necessary.  Our physicians are fully trained in their field and all are licensed by the state of Texas.

*Nursing/Residential Services*   Our Nursing Services Department is responsible for meeting the nursing and daily living care needs of youth while in placement. Standards of nursing care have been developed and adopted to ensure that all youth with the same level of need will receive the same level of nursing care on all cottages.  Through early recognition and early intervention, Waco Center for Youth's Nursing Department strives to restore and habilitate the emotionally disturbed youth to their highest potential of functioning, enabling them to participate in the community in the least restrictive manner to the fullest possible extent as quickly as possible.

*Education*   Education is furnished through Rio Brazos Education Cooperative, which provides on-campus academic learning experiences in small group settings. Assessment, academic instruction, and physical education instruction are the three specialties involved in our education program.   Areas assessed include: academics, speech, intellect, emotions/behavior, pre-vocational skills/interest and physical strength and endurance.  In addition to typical academic subjects, instruction also includes social/behavioral and life skill building.  Physical education instruction teaches physical fitness, health/safety and leisure sports/recreation.

*Food and Nutrition Services*  The goal of the Nutrition and Food Service Department is to meet the general nutritional needs of all clients, to encourage overall fitness, and to address specific individual needs on a case by case basis.  Upon admission, each resident is assessed by a Registered Dietitian to determine individual nutritional needs.  The nutritional assessment includes a determination of current weight status, a determination of healthy weight range, an estimate of needed calories, an evaluation of other factors that may impact nutritional health including chronic disease states, and recommendations for nutritional interventions.  Nutritional interventions are implemented in conjunction with the overall treatment plan for each resident.

The Waco Center for Youth menu is designed by the Registered Dietitian and includes eating plans for both regular and special diets.  The menu contains a

large number of specific food items commonly requested by teens. The regular and special needs eating plans are structured in a way that combines these highly preferred foods with other foods of high nutrient content to provide all the appropriate nutrients for the needs of adolescents. The menu includes a variety of meats, vegetables, fruits, milk, side dishes, salads, fast-food type items, and desserts, is low in saturated fat and cholesterol, and moderately low in total fat. Meals are seasoned moderately in an effort to offer foods that are neither too bland nor too spicy. Residents should be encouraged to eat the cafeteria meals and snacks as a part of the development of healthy eating habits.

Adolescence is a time for many changes in the human body including sudden growth spurts. Many adolescents require additional calories and nutrients to support the increase in physical growth and development. At the same time, the lifestyle and food habits common to adolescents such as irregular meals, snacking, preference for fast foods, and eating to meet emotional and/or social needs may result in either inadequate or excessive intake of essential nutrients and calories. Also, some adolescents may have specific individual nutritional needs related to body weight (overweight or underweight), behavioral or developmental disorders, drug or alcohol use, and chronic diseases.

Adolescents at Waco Center for Youth have a number of nutritional considerations specific to behavioral health care. Many of the medications used to treat behavioral disorders have direct effects on nutrition. Some medications inhibit appetite, while others may stimulate appetite. Some residents may need to be encouraged repeatedly to consume adequate calories to support their body weights. Poor impulse control may make it difficult for many residents to eat an appropriate amount of food without external controls imposed by the treatment team. Residents may, on occasion, demand or refuse food, voice multiple food complaints, focus on food to distract from treatment, or use food issues to seek additional attention. Residents exhibiting many of these different behaviors reside together on every living unit. In order for the treatment team to accurately assess and address the behaviors and the nutritional risks involved for each individual resident, **personal snacks and beverages are not allowed on the living units**. Instead, residents may use points earned through positive behavior to purchase allowable food and beverage items from the cottage store.

*Chaplaincy Services*  Chaplaincy Services exists to ensure the religious freedom rights of our youth and to offer them opportunities for religious formation and spiritual growth. All chaplaincy services and activities are voluntary and the young person has the right to attend or to refuse attendance. On campus worship services and activities include: a Sunday afternoon Chapel Service; a Saturday afternoon Chaplaincy movie consisting of Biblical Movies, Adventures and Gospel Music videos; weekly devotions on each living unit; and a Chapel Band and Worship team for those who wish to express themselves musically. Off campus activities include: the opportunity to attend a weekly worship service of one's choice in the community; opportunities for religious instruction in one's faith group; and

>   opportunities to attend Gospel Music Concerts and Religious Plays. Chaplaincy Services seeks to work with parents and guardians in providing for our youth's religious needs. Bibles and religious materials are available, set out for distribution on a bookshelf in the Chapel/Auditorium, and given out upon request.  The Chaplain and Chaplaincy staff makes regular visits on each living unit and Pastoral Care and Counseling is available upon request.
>
> *Community Relations* The Community Relations Department channels community resources to meet the needs of the residents and Waco Center for Youth.  Both services from volunteers and material donations are accepted.  Services of the Community Relations Office include:  volunteers, donations, special events, public information (Focus newsletter) and the Volunteer Services Council (VSC).  The Volunteer Services Council is a chartered, non-profit organization which works for the betterment of the youth at Waco Center for Youth.  The mission of the VSC is to give each youth a chance for change through direct and indirect contributions.  It provides:  1.  Goods, services and personal attention for residents beyond the care and treatment provided by the state of Texas;  2.  Represents the facility in the community by informing the community of the facility's goals;  3.  Acts as a policy-making body on request for community assistance;  4.  Represents the community at the facility and interacts with facility staff members;  5.  Accepts all donations.

In summary, residential life at Waco Center for Youth offers your child a variety of programs, activities, and learning experiences, so that he/she might successfully return to home and community.

**Psychiatric Behavioral Emergency Interventions**

Waco Center for Youth uses two physical interventions, restraint and seclusion, to respond to situations in which a resident poses a danger to self or others and does not respond to attempts at verbal interventions.  The use of restraint and/or seclusion during a behavioral emergency is intended to provide safety for the resident and others as soon as possible with minimal risk of injury.

Restraint is defined as the use of a personal hold or a mechanical device to involuntarily restrict the free movement of the whole or a portion of an individual's body in order to control physical activity.  Waco Center for Youth uses different types of personal holds that range from a "bear hug" to a restraint that involves placing a resident in a horizontal position on the floor.  Mechanical restraint is used only in extreme circumstances and takes the form of a "mechanical restraint chair," in which the resident is strapped in an upright position in a chair designed for this specific purpose.

Seclusion is defined as the involuntary confinement of an individual away from other individuals for any period of time in a hazard-free room or other area in which direct observation can be maintained and from which egress is prevented.  Each living unit is equipped with a room that can be used in the event seclusion is ordered.

Restraint and seclusion are used only in extreme situations and only with the involvement of a physician and registered nurse for the shortest period of time necessary for the resident to regain self-control.  Staff provide continuous monitoring of all interventions used in a behavioral emergency.  Staff are trained in the use of behavioral interventions and receive annual refresher training.  Please feel free to discuss any questions or concerns you might have with the treatment team.

**Responsibility of the Adolescent in Treatment at Waco Center for Youth**

Before your child can be successful in treatment, there must be acceptance of the need to look at and change the behaviors that resulted in admission.  For some, the willingness to do so is evident at admission, while with others it takes longer and for still others it does not take place.  During the first sixty days of treatment, staff will be assessing your child's willingness to engage in a change process.  We will share our impressions with you and your child during scheduled treatment team meetings.  We will make every effort to encourage your child's engagement in treatment. Sometimes we are not able to do so. Some adolescents become so disruptive over a continual period of time with behaviors that interfere with the treatment of other adolescents at WCY that they have to be discharged unsuccessfully. Every reasonable effort will be made to work with you and your child to provide for a successful treatment outcome. Please understand that the work of the staff at WCY with you and your child can only be effective if everyone agrees on the goals of treatment and works cooperatively as a team to reach them.

## Parental-Family Involvement

It has been clearly demonstrated, that if youth are to benefit from successful completion of residential treatment, it is imperative that they must have the support of their families and their communities to continue the success following discharge.  The process of transferring learning that the youth will obtain at Waco Center for Youth to improve behavior in the family and in the community after discharge is part of the continuity of care process that MUST start even before admission to our treatment facility.

Parental/family involvement is an essential part of our treatment process.  We require you to participate actively in your child's treatment program here at Waco Center for Youth. This will include: an admission interview, treatment team staffings, visits to the campus and overnight furloughs home, discharge planning, and weekly contact with your child's treatment team coordinator.  Family conferences will be scheduled with treatment staff throughout your child's placement here at Waco Center for Youth to find out how your child's treatment is progressing and to explore ways to prepare for your child's return home.

Treatment Plan Reviews involving the child, the family, and the unit treatment team are held periodically to review the child's treatment progress and to identify specific therapeutic objectives and goals.

**You, as parents, or as the legal caretaker will ultimately again be your child's main support system.  Therefore, your participation in the growth process is required.**

Family involvement includes the following:

- **Admission Family Assessment Interview**   An interview with the family and the child is **REQUIRED** at the time of admission to Waco Center for Youth.  During this admission family interview, the presenting need for placement will be explored, the Waco Center for Youth treatment program will be explained, existing resources in your local community will be identified, and family concerns and questions addressed.  During this interview, you will be informed how to contact the assigned Treatment Team Coordinator who will serve as a Waco Center for Youth contact person during your child's placement.  All questions and concerns about your child's treatment should be directed to the Treatment Team Coordinator.

- **10 Day Goal Identification/Setting (Multidisciplinary Case Conference)**   This meeting with the treatment team is for the purpose of defining goals that will guide your child's treatment experience.  The presenting problems previously discussed with you will be reviewed, as well as additional problem areas observed during the first ten days of placement.  It is also a time when medications and other health services are discussed.  The school teacher will be available during the school year to discuss your questions about educational services.  [Each youth admitted to WCY will have an Admission, Review and Dismissal meeting (A.R.D.) for the purpose of determining eligibility for special educational services.  This meeting is held sometime within the first thirty days of admission.] Although it is preferred that you attend in person, telephone conferencing is available as an alternative way to participate.

- **Treatment Plan Reviews**   Formal "Treatment Plan Review" meetings are times when the treatment team meets with you and your child to review the treatment plan and progress made to achieve the goals previously agreed upon.  They are held at the following intervals from admission:  24 days, 54 days, 90 days, 180 days, 270 days and 360 days. Although it is preferred that you attend in person, telephone conferencing is available as an alternative way to participate.

- **Aftercare Planning Staffing**   A discharge review and after care planning meeting is held sometime during the last thirty days of placement.  Although it is preferred that you attend in person, telephone conferencing is available as an alternative way to participate.

- **Family Conferences**   Family sessions are regularly scheduled to discuss individual family issues and concerns.  Support visits to parents homes may also be a part of the process of getting to know the parents and provide support in ways that are

appropriate for them.  Plan to make monthly visits to the facility to participate in treatment activities as requested by the Treatment Team Coordinator.

- **Family Education**   Waco Center for Youth encourages your participation in educational workshops for families which focus on family life enrichment.  Recommended topics include:  parenting skills, child and adolescent development, limit setting, communication skills, conflict resolution/problem solving skills, discipline, self-control procedures, assertiveness training, blended and divorced families, single parenting, co-occurring mental health disorders and substance abuse addiction, the family as a system, transfer of learning from WCY to home and community, and advocating for your child in the community**.**  Educational programs are available in your home community through many sources. **It is recommended that you attend two educational workshops while your child is at WCY.**

- **Home Suite Home**   Waco Center for Youth is committed to working with and supporting family members to whom our children will return.  Home Suite Home consists of a duplex, each with a private bath, bedrooms, living room, and kitchen which allow for overnight visits where children can stay with their families with the full support of our staff.  This structure encourages families to facilitate successful development and achievement of therapeutic goals established by the families, themselves.  During a family's stay, our staff work to establish and maintain a supportive relationship.  Our involvement with the family while their child is in our care assists in making the child's future homecoming successful. Arrangements for use of this facility can be made through your treatment team coordinator.  (See Family/Furlough House Guidelines at the end of this packet.)

- **Family Visitation Center**   Waco Center for Youth provides opportunities for families to visit on-campus when an on-campus visit is determined to be appropriate by the treatment team.  The Family Visitation Center is located in the Community Relations Building and provides comfortable seating, a kitchen for minimal meal preparation, board games, a television and a dining table.  Arrangements for use of this facility can be made through your treatment team coordinator.  (See Family/Visitation Center Guidelines at the end of this packet.)

- **Local Passes**   The treatment team encourages family contact as much as is determined to be therapeutically appropriate.  Depending upon your child's level, a local pass may be approved by the treatment team.  Arrangements for a local pass can be made through your treatment team coordinator.

- **Therapeutic Furloughs (overnight stays at home)**   Therapeutic furloughs (overnight stays at home) are a very important part of our program.  During your child's placement at Waco Center for Youth, overnight home furloughs will be scheduled according to your child's progress in treatment.  Furloughs provide the child with an opportunity to take home and transfer the knowledge and skills they have received in our program and apply them to improving their relationships within their families and communities.

Therapeutic furloughs are arranged through your child's treatment team coordinator with the approval of the treatment team. Your family will be asked to identify goals and to possibly complete "homework" assignments during this time. Again, our experience has shown that transfer of knowledge and communication and behavioral skills learned here at Waco Center for Youth are increased when the youth has the opportunity to practice these skills at home and in the community.

Therapeutic furloughs are not an escape from our program or a vacation, but are opportunities to assess your child's therapeutic advances and emotional growth. Again, the purpose of home furloughs is to get your child back home, and thus, they are an opportunity to assess the degree of progress as well as to identify areas of concern where more work is needed.

- **Telephone Calls and Mail**   Your involvement with your child through the use of calls and mail is **crucial**. Your phone calls and letters can become and are a part of the process of enabling effective and open communication between your child and you. We recommend that you talk with your child at least weekly.

- **Therapist Contact**   We will be calling you weekly to provide you with treatment updates, information, and guidance in making your communication with your child a positive and constructive interaction. Following your child's admission, if you have questions, please contact your child's treatment team coordinator at Waco Center for Youth. This number is in operation during business hours, 8:00 a.m.-5:00 p.m., Monday through Friday, excluding some holidays. You may leave a voice mail any time of the day or night. Your calls are always welcome.

- **Staff Contact**   You may occasionally receive a phone call from someone other than the therapist, such as the on-call administrator or a nurse to inform you about any unusual incident, but generally the treatment team coordinator (therapist) is the designated contact person. Although program staff will answer the telephone, they are unable to provide you with specific information about your child's status in treatment. If you have an emergency need to speak to someone about your child's treatment and it is during non-business hours, you may ask the staff member to have the on-call administrator contact you.

## Family Agreement to Participate in Treatment

The purpose of this agreement is to promote and insure that you understand the crucial importance of family involvement in the treatment process while your child is placed at Waco Center for Youth and will participate in family services.

I, _____. understand that family participation in the Waco Center for Youth treatment program is **REQUIRED**.

I understand that my participation in the admission process is a requirement for the completion of a family assessment interview.

I agree to be present (or be available by telephone) for the 10 day treatment staffing with my child's treatment team.

I agree to be present (or be available by telephone) for the 24 day treatment staffing with my child's treatment team.

I agree to be present (or be available by telephone) for the 54 day treatment staffing with my child's treatment team.

I agree to participate in all formal treatment plan reviews (90-day, special and discharge) that are scheduled by my child's treatment team coordinator.

I understand that family contact (on-campus visits, local passes and overnight furloughs home) will be scheduled during placement following guidelines that are attached to this agreement. The guidelines are established to provide your child and family information about what they can expect in the way of planned contacts. They will begin at such point as I (we), the _____ family, and my (our) child's treatment team determine that _____ is ready for such contacts. Prior to each furlough home, the child, the treatment team coordinator and the family will define and reach an agreement on specific treatment goals for the furlough. The goals will be documented by the treatment team coordinator. Copies of the goals will be provided to the child and family. These contacts will be part of the therapeutic plan for improving family relationships and functioning.

I understand that while our child is learning new skills in placement, I will attend and participate in at least two family life education programs, e.g. family enrichment, personal growth and development activities such as parent training classes, coping skills, marital therapy, support groups, etc. The Local Mental Health Authority and the National Alliance for the Mentally Ill (N.A.M.I.) are good resources for educational opportunities. The treatment team coordinator can help identify other sources at your request.

I understand that I will participate with the Waco Center for Youth staff in discharge and aftercare planning.

Signatures

| _____ | _____ | _____ |
| Parent | Parent | Youth |

11

# GUIDELINES FOR FAMILY CONTACT

Family contact should be arranged through the assigned treatment team coordinator in advance.  If you wish for non-custodial family members, relatives and friends to be able to have contact with your child while in placement, consent for this purpose must be signed.  **All requests for family contact must be made through the designated legally authorized representative (LAR).**  Although this may be inconvenient at times, it ensures compliance with treatment in progress and privacy rules.

Guidelines are intended to provide increasing levels of independent opportunity for contact that promotes positive family interaction.  They are based upon a resident's progress in achieving identified treatment goals and objectives.  Progress in the Campus Behavior System is usually reflective of this progress, though not in all cases.  The treatment team has the responsibility for ensuring that family contact is consistent with a resident's stage of treatment.

Please review and keep the below guidelines as a reference document while your child is in placement.  Following these guidelines will promote a successful outcome for you and your child.

**Engagement Stage of Treatment (Days 1-90, approximately)**

1. Visits on campus only (or as required by the specific program); then,
2. Local pass not to exceed eight hours; then,
3. Overnight visit at the furlough house on-campus* or two eight-hour passes on consecutive days; then,
4. Overnight furlough of one night and two days at the resident's home.

Each contact must be successfully completed before the treatment team will approve moving on to the next contact.  Success will be decided by completion of the goals that are agreed upon between you, your child and the treatment team coordinator before the contact takes place.  *Level III and above is required for your child to be eligible to stay in the furlough house with your family.  Because of space and clinical reasons, the treatment team may not approve your child to spend the night in the furlough house.

Visits home during the first thirty days of placement are not permitted.

The latest return times for passes are:  6:00p.m. on nights before school and 7:00p.m. on all other days.

**Working Stage of Treatment (Days 91-180, approximately)**

Once your family has successfully achieved the above steps of family contact and the treatment team agrees that you and your child are actively working on identified treatment goals and objectives, additional contact is possible. During the working stage of treatment your child is eligible to have any form of family contact successfully completed during the engagement stage, plus an overnight furlough of up to four nights and five days. To avoid school absences, furlough planning should take into consideration the school calendar.

**Transition Stage of Treatment (Days 181-discharge, approximately)**

Once your family has successfully achieved the working stage of family contact and the treatment team agrees that you and your child are preparing for discharge, the length of furloughs are increased to promote transfer of learning. During the transition stage of treatment your child is eligible to have any form of family contact successfully completed during the other two stages, plus an overnight furlough of up to seven nights and eight days. To avoid school absences, planning should take into consideration the school calendar.

**Things to remember about planning family contacts:**

1. Family Contacts should be planned in advance and approved through the treatment team. If someone other than an authorized parent or guardian is going to provide transportation for a visit, written authorization must be provided either in advance or at the time your child is scheduled to leave.
2. Furloughs may not be extended, except in emergency situations.

# ALLOWABLE AND NON-ALLOWABLE PERSONAL ITEMS*

*ALLOWABLE ITEMS*

1. Personal hygiene articles which do not contain alcohol, are not combustible or toxic
2. Room decorations are allowed if they meet Fire Safety Standards
3. Reading materials and leisure time materials that are appropriate
4. Inexpensive jewelry and/or hair decorations
5. Plants that are non-poisonous
6. Inexpensive portable radio/cassette/CD player

*NON-ALLOWABLE ITEMS*

1. Alcoholic beverages or any thing containing alcohol
2. Illegal drugs or drug paraphernalia
3. Non-prescribed drugs
4. Over the counter medications
5. Articles that have the capability for intoxicating
6. Sharp items or items capable of inflicting injury
7. Glass/ceramic items
8. Toxic items
9. Combustible items
10. Flammable items
11. Tobacco products
12. Wire hangers
13. Animals or insects
14. Plastic bags
15. Food and beverage items
16. Music/posters/magazines/clothing depicting substance abuse/violence/illegal activities
17. CD's or cassette tapes that are not commercially produced and copyrighted by the original artists.

* The specific program to which your child is assigned may have additional requirements.

# WACO CENTER FOR YOUTH

*CLOTHING LIST*

## BOYS

| Article | Quota |
|---|---|
| Pants (jeans or casual) | 7 (winter) |
|  | 3 (summer) |
| Shirts (knit, sport shirt or t-shirts) | 7 |
| Shoes (tennis shoes/casual) | 1 or 2 |
| Briefs | 7 |
| Socks | 7 |
| Gym/walking shorts | 3 |
|  | 7 (summer) |
| Pajamas | 2 |
| Swim suit | 1 |
| Jacket/sweater (seasonal) | 1 each |
| Hat and gloves during winter | 1 each |

## GIRLS

| Article | Quota |
|---|---|
| Pants or jeans | 7 |
| Blouses or t-shirts | 7 |
| Dress outfit | 2 |
| Shoes (tennis shoes/casual) | 1 or 2 |
| Panties | 7 |
| Bras | 3 |
| Pantyhose | 2 |
| Socks/knee high or athletic | 5 |
| Shorts — gym or walking | 3 |
| Pajamas/gown | 2 |
| Swim suit (one piece) | 1 |
| Jacket/sweater (seasonal) | 1 each |
| Hat and gloves during winter | 1 each |

Since the children usually do their own laundry only once a week, it would be helpful to supply as much as possible of the above list. Clothing and storage space is limited. Please do not send additional items.

# WACO CENTER FOR YOUTH

**TRUST FUND**

If you wish your child to have some extra spending money while in placement, it is recommended that it be deposited into a trust fund with our Business Office. You may wish to discuss a recommended amount with your child's primary therapist. Your child will then be able to request his/her money each week. Cash in possession is limited to $5 unless approved for a specific purchase. If approved, it will be issued each Thursday. If you wish to mail money to the trust fund, we prefer you send money orders or cashier's check so your child will have immediate access to the funds. Personal checks take much longer to clear the bank and we do wait for them to clear before allowing the child to use the money. Please make payable to **WACO CENTER FOR YOUTH** and indicate the child's name and **TRUST FUND** somewhere on the money order/cashier's check. We will be glad to send you a receipt upon request. Please address your trust fund items to the **CASHIER OFFICE**. By signing a form on the day of your child's admission, you give Waco Center for Youth your permission to manage this account for you.

**MAIL**

Each child is provided with FREE postage . Please address your child's personal mail as follows:

> Child's Name, Building Name
> c/o Waco Center for Youth
> 3501 N. 19th Street
> Waco, Texas  76708

**TELEPHONE**

We advise against giving your child telephone credit cards. "Call Me Card" may be obtained by calling AT&T 1-800-222-0300. Your child will be able to call you from his/her therapist's office at no charge, but this is done only as a part of therapy sessions. Your child will be assigned an identification number at admission which is to be used when calling the living unit or conducting business on campus. Please keep this number in a convenient, but safe place. Provide it to family members and acquaintances who you would like to have contact with your child. This number will also be provided to your child to permit unrestricted access to the telephone. In the event that a phone restriction is ordered by the attending physician, a new identification number will be assigned. The treatment team coordinator will keep you informed of any changes as needed.

**ADVOCACY**

Protection and advocacy entities have been created across the country using federal funds. The purpose of these entities is to protect the rights of and advocate for mentally disabled persons. In Texas, the entity is called Advocacy, Inc. They are located at 7800 Shoal Creek Boulevard, Suite 171-E, Austin, Texas  78757. The telephone number is (512) 454-4816 or 1-800-223-4206.

# FAMILY/FURLOUGH HOUSE
# AT
# WACO CENTER FOR YOUTH



- The Family/Furlough house is a place that families can stay when visiting their child or when their child is being admitted to WCY.

- The Family/Furlough house is available seven days a week.

- The TDMHMR Fiscal Standard Operating Procedures Manual sets the rate to be charged for individual lodging.  The rate is currently $12.00 per night. The Residential Campus Supervisor will collect these fees.

- Please be familiar with all the rules and guidelines of the Family House & Visitation Center (see attached).  These will also be posted in the building.

- The Family Furlough House will be used on a first come, first serve basis; however, reservations will need to be scheduled by the Treatment Team Coordinator.  Use of the Visitation Center must be approved and scheduled through the Treatment Team Coordinator.

- Family/Furlough House keys will be issued by the Residential Campus Supervisor at beeper (254) 225-0234.

- If you experience a problem involving Housekeeping or Maintenance areas during working hours (Monday through Friday between 7:30 a.m. and 5:30 p.m.), call the Maintenance department directly at extension 5144.  After working hours, call the Residential Campus Supervisor at beeper #225-0234.

# FAMILY VISITATION CENTER
# AT
# WACO CENTER FOR YOUTH



- ❖ The Family Visitation Center is a place that families can use for visits with their child, as well as a location for family therapy to take place. It provides a home-like setting that is away from the cottage, and it also allows for more privacy during visits.

- ❖ The Family Visitation Center is available from Monday through Friday 5 p.m. to 8 p.m., and weekends 10:00 a.m. to 5:00 p.m.

- ❖ Please be familiar with all the rules and guidelines of the Family House & Visitation Center (see attached). These will also be posted in the building.

- ❖ The Family Visitation Center will be used on a first come, first serve basis; however, the Treatment Team Coordinator (TTC) must approve all visits and visitors. You must arrange this with your child's TTC prior to using these facilities. The TTC will decide whether supervision is required for the visits.

 FAMILY HOUSE & VISITATION CENTER RULES and GUIDELINES

1. Waco Center for Youth is an alcohol and drug-free facility.

2. Please keep the areas neat and clean.

3. All food and drinks must remain in the kitchen area.

4. Please be courteous of other families.

5. Please leave furniture and fixtures in place.

6. Visitors should remain in the furlough house area.

7. Children should be supervised at all times.

8. Park in the designated parking areas only.

9. Report any problems with the family house or visitation center to the Residential Campus Supervisor as quickly as possible by calling beeper #225-0234 and asking that the Residential Campus Supervisor call or come by your location.

10. Thank you for leaving your pets at home. Some visitors are allergic to them.

11. Waco Center for Youth is a tobacco-free facility.

12. Firearms and weapons are not permitted.

13. Inform the Residential Campus Supervisor when you are leaving to go home.

14. Leave the house key on the kitchen table and lock the door behind you upon your leaving for the final time (applies to the Family/furlough house only).

15. If you need to contact Unit staff, a list of telephone numbers is located by the telephones.