Report Date: 05/23/2011                                    Page 1 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN            Episode Start Date: 09/10/2007
Assigned ID: 000238798             Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992          Data Entry By (Login): BROOKS HAROLYN
Episode Number: 2                  Data Entry Date: 09/13/2007

## *General Information*

Note Date:   09/13/2007

Note Time:   03:35 PM

Draft/Final:   Final

Note Clinician:   BROOKS,HAROLYN (000441)

Type of Note:   Weekly

Primary Language:   English

Is the Preferred Language English:   Yes

## *Progress Note*
Beginning Date:   09/13/2007

Ending Date:   09/13/2007

Patient Education Contact Topics:   Other

Specify Other:   COD EDUCATION CLASS-ALCOHOL

Dates of Patient Contact:
   9/13/07

Contact Comments:
   COD Education Class- Alcohol/Depressants

   Today in class, students played Alcohol Prevention Bingo.  By the end of
   the activity, students should be able to identify why kids use alcohol,
   myths and facts about alcohol use, long and short term effects of alcohol
   use, effects alcohol have on driving and ways to say no to alcohol use.


   Justin did not attend the majority of the class due to testing. When he
   returned he was not allowed to play since the game was nearly over. He
   handled it well and interacted with unit staff until the game was
   completed.

D-000429

Report Date: 05/23/2011                                    Page 2 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): BROOKS HAROLYN
Episode Number: 2                           Data Entry Date: 09/13/2007

D-000430

Report Date: 05/23/2011                                  Page 3 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): BROOKS HAROLYN
Episode Number: 2                        Data Entry Date: 09/27/2007

## *General Information*

    Note Date:   09/27/2007

    Note Time:   04:01 PM

    Draft/Final:   Final

    Note Clinician:   BROOKS,HAROLYN (000441)

    Type of Note:   Weekly

    Primary Language:   English

    Is the Preferred Language English:   Yes

## *Progress Note*
    Beginning Date:   09/27/2007

    Ending Date:   09/27/2007

    Patient Education Contact Topics:   Other

    Specify Other:   COD EDUCATION CLASS-MEDIA LITERACY

    Dates of Patient Contact:
      9/27/07

    Contact Comments:
      COD Education Class- Media Literacy- Part I

      The class viewed the In the Mix video-Media Literacy: TV- What You Dont
      See!  The objective of the class was to demonstrate how the media can
      affect behavior in daily life, how mental health can be affected, how
      influential the media can be, how the media targets certain populations
      and how the media can be manipulated.  Class participants also completed
      a questionnaire regarding their favorite television shows, music videos
      and ads.  The class discussed what they liked in particular about that
      particular ad or show.

      Justin was an active participant in the discussion following the viewing
      of the video and completed the questionnaire. He exhibited positive

D-000431

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN               Episode Start Date: 09/10/2007
Assigned ID: 000238798                 Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992              Data Entry By (Login): BROOKS HAROLYN
Episode Number: 2                      Data Entry Date: 09/27/2007

     interaction with peers and staff and met SPARK goals.

D-000432

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): BROOKS HAROLYN
Data Entry Date: 10/08/2007

### *General Information*

Note Date:   10/08/2007

Note Time:   02:47 PM

Draft/Final:   Final

Note Clinician:   BROOKS,HAROLYN (000441)

Type of Note:   Weekly

Primary Language:   English

Is the Preferred Language English:   Yes

### *Progress Note*
Beginning Date:   09/21/2007

Ending Date:   09/21/2007

Patient Education Contact Topics:   Other

Specify Other:   COD EDUCATION-ALCOHOL

Dates of Patient Contact:
9/21/07

Contact Comments:
COD Education Class: Alcohol   Part III

The class viewed a video presentation, Physical Effects of Alcohol.  The
objective of the presentation was to make clients aware that alcohol can
affect all parts of the body.  They also completed a word scramble puzzle
which contained words that described some of the negative consequences of
alcohol consumption.

Justin was an active participant in the class discussion and the word
scramble exercise. He also exhibited positive interaction with peers and
staff and met SPARK goals.

D-000433

Report Date: 05/23/2011                                    Page 6 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): BROOKS HAROLYN
Episode Number: 2                    Data Entry Date: 10/08/2007

D-000434

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): BROOKS HAROLYN
Episode Number: 2                       Data Entry Date: 10/08/2007

## *General Information*

Note Date:   10/08/2007

Note Time:   02:49 PM

Draft/Final:   Final

Note Clinician:   BROOKS,HAROLYN (000441)

Type of Note:   Weekly

Primary Language:   English

Is the Preferred Language English:   Yes

## *Progress Note*
Beginning Date:   10/04/2007

Ending Date:   10/04/2007

Patient Education Contact Topics:   Other

Specify Other:   COD EDUCATION-MEDIA LITERACY

Dates of Patient Contact:
   10/4/07

Contact Comments:
   COD Education Class: Media Literacy- Part II

   The class viewed a power point presentation that addressed how the
   material presented in the media can affect the thoughts and behaviors of
   teens.  The presentation also defined media literacy, gave examples of
   various types of media, and explained why media is important and how to
   become media literate. Participants also completed a crossword puzzle
   that included well known product slogans and received a handout which
   provided more information on becoming media literate.

   Justin was an active participant in the discussion during the viewing of
   the power point. He received a 2 for several reminders to settle down.

D-000435

Report Date: 05/23/2011                                    Page 8 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): BROOKS HAROLYN
Episode Number: 2                           Data Entry Date: 10/08/2007

D-000436

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                       Data Entry Date: 10/11/2007

### *General Information*

Note Date:    10/11/2007

Note Time:    03:24 PM

Draft/Final:    Final

Note Clinician:   JEFFREY,DERREL (000431)

Type of Note:    Weekly

Primary Language:    English

Is the Preferred Language English:    Yes

### *Progress Note*
Beginning Date:    10/11/2007

Ending Date:    10/11/2007

Patient Education Contact Topics:    Understanding Mental Illness, Substance
Abuse

Dates of Patient Contact:
    10-11-07  COD-E

Contact Comments:
    Justin attended COD-E class that used power point presentation
    "Hallucinogens" and discussion to explore Hallucinogenics - including
    LSD, PCP, Salvia, and others; and their effects on the body, brain, and
    mental health. Justin participated without disruption, and followed all
    SPARK goals.

D-000437

Report Date: 05/23/2011                                    Page 10 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): BROOKS HAROLYN
Episode Number: 2                       Data Entry Date: 10/18/2007

## *General Information*

Note Date:   10/18/2007

Note Time:   04:36 PM

Draft/Final:   Final

Note Clinician:   BROOKS,HAROLYN (000441)

Type of Note:   Weekly

Primary Language:   English

Is the Preferred Language English:   Yes

## *Progress Note*
Beginning Date:   10/18/2007

Ending Date:   10/18/2007

Patient Education Contact Topics:   Other

Specify Other:   COD EDUCATION CLASS- INHALANTS/STEROIDS

Dates of Patient Contact:
   10/18/07

Contact Comments:
   COD Education Class: Inhalants/Steroids- Part I

   Today the class viewed a power point presentation on Inhalants and
   Steroids.  The presentation clearly defined what Inhalants and Steroids
   consists of and how they affect the mind and body.  The possible short
   and long term consequences of using these substances were also
   identified.

   Juatin was an active participant in the discussion during the viewing of
   the power point presentation. He handled himself well when a peer
   constantly agitated him and was easily redirected.

D-000438

Report Date: 05/23/2011                          Page 11 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): BROOKS HAROLYN
Episode Number: 2                       Data Entry Date: 10/18/2007

D-000439

Report Date: 05/23/2011                                Page 12 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): FROMBERG BEVERL
Episode Number: 2                       Data Entry Date: 10/30/2007

## *General Information*

Note Date:    10/29/2007

Note Time:    11:39 AM

Draft/Final:  Final

Note Clinician:   FROMBERG,BEVERLY (000412)

Type of Note:  Weekly

Primary Language:  English

Is the Preferred Language English:   Yes

## *Progress Note*
Beginning Date:   10/26/2007

Ending Date:   10/30/2007

Dates of Patient Contact:
   10/26/2007

Contact Comments:
   10/26/2007 This SW met with Justin once. We spent our time talking about
   what types of behavior got him admitted and what he hoped to learn during
   his stay. Justin admitted having anger problems and family problems. He
   stated that he had even gone so far as to hit his step-mother. Justin
   presented as willing to participate in therapy and expressed that he
   wanted to change his behavior so that he could go home. He is very much
   looking forward to having a pass with his family when eligible and is
   very excited about some clothing his father is suppose to be buying for
   him. Mr. Ejem stated that he would be bringing those clothes to the TPR
   meeting.

   10/30/2007 This SW notified Mrs. Lynn Ejem that Justin had been
   restrained earlier this morning and had been given a 50 mg dose of
   thorazine and was sleeping at the time of my call. She though that Justin
   may be stressed over the recent loss of a close grandmother figure. She
   stated that his nerves were probaly very short and that is why he had
   little patience with the other clients. This SW will follow up with

D-000440

Report Date: 05/23/2011                          Page 13 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): FROMBERG BEVERL
Episode Number: 2                    Data Entry Date: 10/30/2007

        Justin on Friday.

D-000441

Report Date: 05/23/2011                          Page 14 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): BROOKS HAROLYN
Episode Number: 2                       Data Entry Date: 10/30/2007

### *General Information*

   Note Date:   10/30/2007

   Note Time:   05:34 PM

   Draft/Final:   Final

   Note Clinician:   BROOKS,HAROLYN (000441)

   Type of Note:   Weekly

   Primary Language:   English

   Is the Preferred Language English:   Yes

### *Progress Note*
   Beginning Date:   10/26/2007

   Ending Date:   10/26/2007

   Patient Education Contact Topics:   Other

   Specify Other:   COD EDUCATION:INHALANTS/STEROIDS II

   Dates of Patient Contact:
   10/26/07

   Contact Comments:
   COD Education Class: Inhalants/Steroids- Part II

   Today the class reviewed and discussed handouts, "Sniffing and
   Huffing-The Truth About Inhalants" and the "Physical Effects of
   Steroids".  The handouts defined inhalants and steroids, listed slang or
   street names for these drugs and described how they affect the mind and
   body.  Students also completed a word find that listed words associated
   with both drugs as well as protective factors.

   Justin was an active participant in the discussion regarding the
   information presented. He was given a reminder for arguing with peers.

D-000442

Report Date: 05/23/2011                                    Page 15 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): BROOKS HAROLYN
Episode Number: 2                           Data Entry Date: 11/01/2007

## *General Information*

Note Date:    11/01/2007

Note Time:    04:22 PM

Draft/Final:  Final

Note Clinician:   BROOKS,HAROLYN (000441)

Type of Note:   Weekly

Primary Language:   English

Is the Preferred Language English:   Yes

## *Progress Note*
Beginning Date:   11/01/2007

Ending Date:   11/01/2007

Patient Education Contact Topics:    Other

Specify Other:    COD EDUCATION:STIMULANTS/CLUB DRUGS

Dates of Patient Contact:
  11/01/07

Contact Comments:
  COD Education Class- Stimulants/Club Drugs- Part I

  The class viewed the In the Mix video on Ecstasy and completed a
  worksheet which contained information from the video.  The video provided
  information on how Ecstasy affects the mind and body and possible
  consequences of using the drug.  The legal ramifications of possessing
  and/or distributing Ecstasy were also discussed.

  Justin was an active participant in the discussion following the viewing
  of the video. He had a difficult time remaining focused but did not
  require redirection. He exhibited positive interaction with peers and
  staff and met SPARK goals.

D-000443

Report Date: 05/23/2011                                   Page 16 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): BROOKS HAROLYN
Episode Number: 2                       Data Entry Date: 11/01/2007

D-000444

Report Date: 05/23/2011                              Page 17 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): HORN-JOHNSON TA
Episode Number: 2                        Data Entry Date: 03/12/2008

## *General Information*

Note Date:   11/06/2007

Note Time:   08:27 AM

Draft/Final:   Final

Note Clinician:   HORN-JOHNSON,TANCY (000328)

Type of Note:   Weekly

Primary Language:   English

Is the Preferred Language English:   Yes

### *Progress Note*
Beginning Date:   11/06/2007

Ending Date:   11/09/2007

Patient Education Contact Topics:   Support Groups

Contact Comments:
   TRINITY GROUP 11-5-2007
   PRESENT : TANCY HORN-JOHNSON TTC AND FACILITATOR, MRS.GLORIA, MR.MARK,
   MRS.DELOIS, STEPHANIE BRYANT UTA MSW INTERN
   DISCUSSION: ABC'S OF ANGER AND GOAL SETTING
   11-5-2007 @8:30AM
   JUSTIN PARTICIPATED IN GROUP TODAY THE TOPIC WAS CBT AND GOAL SETTING
   STRATEGIES
   JUSTIN WAS VERY JUSTIN-A- AT CHECK IN JUSTIN STATED HE WAS VERY HAPPY AND
   LONELY. HE WAS REDIRECTED SEVERAL TIMES TO RAISE HIS HAND BEFORE SPEAKING
   OUT AND HE WAS ALSO VERY TALKATIVE AND WAS PROMTED TO ALLOW OTHERS TO
   TALK OR PROVIDE COMMENTS. JUSTIN PARTICIPATED ACTIVELY IN THE GROUP AND
   COMPLETED CHECK-OUT VERY APPROPRIATELY.
   Written by Stephanie Bryant, UTS SW Intern
   The above note was reviewed and approved by Tancy C. Horn-Johnson, LCSW
   UTA SW Intructor

D-000445

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): BROOKS HAROLYN
Episode Number: 2                           Data Entry Date: 11/08/2007

## *General Information*

Note Date:   11/08/2007

Note Time:   03:39 PM

Draft/Final:   Final

Note Clinician:   BROOKS,HAROLYN (000441)

Type of Note:   Weekly

Primary Language:   English

Is the Preferred Language English:   Yes

## *Progress Note*
Beginning Date:   11/08/2007

Ending Date:   11/08/2007

Patient Education Contact Topics:   Other

Specify Other:   COD EDUCATION:STIMULANTS/CLUB DRUGS

Dates of Patient Contact:
  11/8/07

Contact Comments:
  COD Education Class- Stimulants/Club Drugs- Part II

  Information was provided in handouts that defined stimulants and club
  drugs and their effects on the mind and body. Data was discussed that
  stated teens with serious emotional and behavioral problems are more
  likely to use and become dependent on illegal drugs.


  Justin had a dental appointment and was unable to attend class.

D-000446

Report Date: 05/23/2011                                    Page 19 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): HORN-JOHNSON TA
Episode Number: 2                       Data Entry Date: 03/12/2008

### *General Information*

  Note Date:    11/12/2007

  Note Time:    01:29 PM

  Draft/Final:   Final

  Note Clinician:   HORN-JOHNSON,TANCY (000328)

  Type of Note:   Weekly

  Primary Language:   English

  Is the Preferred Language English:   Yes

### *Progress Note*
  Beginning Date:   11/12/2007

  Ending Date:   11/16/2007

  Patient Education Contact Topics:   Support Groups

  Contact Comments:
    JUSTIN- TRINITY GROUP WEDNESDAY 14, 2007 @8:15AM
    TOPIC: SOCIAL SKILLS ROLE PLAY
    PRESENT: TANCY HORN-JOHNSON-TTC, STEPHANIE BRYANT UTA-MSW INTERN.
    APPEARED TO BE VERY ANXIOUS DURING GROUP HE WAS GIVEN A REMINDER AND HE
    ATTEMPTED TO CONTAIN HIMSELF. HE APPEARD TO BE VERY EXCITED TO
    PARTICIPATE IN THE SOCIAL SKILLS ACTIVITY.WRITTEN BY: STEPHANIE BRYANT
    UTA-MSW INTERN
    The above note was reviewed and approved by Tancy c. Horn-Johnson, LCSW

D-000447

Report Date: 05/23/2011                                    Page 20 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): BROOKS HAROLYN
Episode Number: 2                           Data Entry Date: 11/15/2007

## *General Information*

    Note Date:    11/15/2007

    Note Time:    04:12 PM

    Draft/Final:   Final

    Note Clinician:   BROOKS,HAROLYN (000441)

    Type of Note:   Weekly

    Primary Language:   English

    Is the Preferred Language English:    Yes

## *Progress Note*
Beginning Date:   11/15/2007

Ending Date:   11/15/2007

Patient Education Contact Topics:    Other

Specify Other:    COD EDUCATION: ALCOHOL

Dates of Patient Contact:
11/15/07

Contact Comments:
COD Education Class- Alcohol/Depressants

Today in class, students played "Alcohol Prevention Bingo". By the end
of the activity, students should be able to identify why kids use
alcohol, myths and facts about alcohol use, long and short term effects
of alcohol use, effects alcohol have on driving and ways to say no to
alcohol use.

Justin was an active participant in playing bingo and discussing
information presented in the game. He exhibited positive interaction with
peers and staff, but was given reminder for talking out of turn. He
experienced somewhat of a difficult time focusing and was easily
distracted.

D-000448

Report Date: 05/23/2011                                    Page 21 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): BROOKS HAROLYN
Episode Number: 2                       Data Entry Date: 11/15/2007

D-000449

Report Date: 05/23/2011                           Page 22 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): HORN-JOHNSON TA
Episode Number: 2                    Data Entry Date: 03/12/2008

### *General Information*

   Note Date:   11/19/2007

   Note Time:   09:30 AM

   Draft/Final:   Final

   Note Clinician:   HORN-JOHNSON,TANCY (000328)

   Type of Note:   Weekly

   Primary Language:   English

   Is the Preferred Language English:   Yes

### *Progress Note*
Beginning Date:   11/19/2007

Ending Date:   11/23/2007

Dates of Patient Contact:
11/19/2007-11/23/2007

Contact Comments:
Due to holiday, there was no group this week.
Tancy C. HOrn-Johnson, LCSW

D-000450

Report Date: 05/23/2011                                        Page 23 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): HORN-JOHNSON TA
Episode Number: 2                           Data Entry Date: 03/12/2008

## *General Information*

Note Date:   11/30/2007

Note Time:   12:53 PM

Draft/Final:   Final

Note Clinician:   HORN-JOHNSON,TANCY (000328)

Type of Note:   Weekly

Primary Language:   English

Is the Preferred Language English:   Yes

## *Progress Note*
Beginning Date:   11/30/2007

Ending Date:   11/30/2007

Patient Education Contact Topics:   Support Groups

Contact Comments:
11/26/2007 PARTICIPATED IN GROUP TODAY THAT COVERED THE MATERIAL OVER
EFFECTIVE COMMUNICATION SKILLS HE WAS VERY EXCITED TO PARTICIPATE IN THE
ROLE PLAYING ACTIVITES AND WOULD ATTEMPT TO BE APPROPRIATE WHEN HIS PEER
REJECTED HIM AS HIS PARTNER.

11/28/2007 JUSTIN DID EXTREMELY WELL DURING GROUP TODAY HE WAS BETTER
THAN NORMAL AND WAS VERY HONEST ABOUT THE THINGS HE NEEDS TO WORK ON TO
IMPROVE HIS SOCIAL SKILLS AND SKILLS DURING GROUP. Written by Stephanie
Bryant, UTA SW Intern
The above note was reviewed and approved by Tancy C. Horn-Johnson, LCSW

D-000451

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): BROOKS HAROLYN
Episode Number: 2                        Data Entry Date: 11/30/2007

## *General Information*

   Note Date:   11/30/2007

   Note Time:   03:12 PM

   Draft/Final:   Final

   Note Clinician:   BROOKS,HAROLYN (000441)

   Type of Note:   Weekly

   Primary Language:   English

   Is the Preferred Language English:   Yes

## *Progress Note*
   Beginning Date:   11/30/2007

   Ending Date:   11/30/2007

   Patient Education Contact Topics:   Other

   Specify Other:   COD EDUCATION: SEMESTER REVIEW

   Dates of Patient Contact:
   11/30/07

   Contact Comments:
   COD Education Class- Semester Review

   Today the class completed a crossword puzzle that covered various drugs
   and information provided throughout the semester in preparation for the
   final exam in two weeks.

   Justin completed the activity and participated in discussing the
   information presented. He also exhibited positive interaction with peers
   and staff and met SPARK goals.

D-000452

Report Date: 05/23/2011                                    Page 25 of 57

Waco Center for Youth<br>
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN            Episode Start Date: 09/10/2007
Assigned ID: 000238798              Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992           Data Entry By (Login): HORN-JOHNSON TA
Episode Number: 2                   Data Entry Date: 03/12/2008

### *General Information*

Note Date:   12/03/2007

Note Time:   10:06 AM

Draft/Final:   Final

Note Clinician:   HORN-JOHNSON,TANCY (000328)

Type of Note:   Weekly

Primary Language:   English

Is the Preferred Language English:   Yes

### *Progress Note*
Beginning Date:   12/03/2007

Ending Date:   12/07/2007

Patient Education Contact Topics:   Support Groups

Contact Comments:
JUSTIN -12/3/2007 WAS VERY APPROPRIATE DURING THE PROBLEMS SOLVING SKILLS GROUP TODAY ON TRINITY. HE INTERACTED AND WAS EAGER TO ASSIST IN ANY TASK OF PASSING OUT SUPPLIES. HE RESPONDED VERY WELL TO POSITIVE FEEDBACK AND PROVIDED VERY POSITIVE FEEDBACK AND EXAMPLES DURING THE GROUP. WRITTEN BY STEPHANIE BRYANT UTA-MSW INTERN.
The above note was reviewed and approved by Tancy C. HOrn-Johnson, LCSW

Report Date: 05/23/2011                                    Page 26 of 57

                          Waco Center for Youth
                                Waco, TX

                       SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): BROOKS HAROLYN
Episode Number: 2                    Data Entry Date: 12/27/2007

### *General Information*

   Note Date:   12/27/2007

   Note Time:   02:46 PM

   Draft/Final:  Final

   Note Clinician:  BROOKS,HAROLYN (000441)

   Type of Note:  Weekly

   Primary Language:  English

   Is the Preferred Language English:  Yes

### *Progress Note*
   Beginning Date:  12/13/2007

   Ending Date:  12/13/2007

   Patient Education Contact Topics:  Other

   Specify Other:  COD EDUCATION: FALL FINAL EXAM

   Dates of Patient Contact:
     12/13/07

   Contact Comments:
     COD Education Class  Fall Semester Final Exam

     Today the class took the final examination which covered various drugs
     discussed throughout the semester including nicotine, marijuana,
     stimulants, cocaine, steroids, inhalants, hallucinogens and alcohol. The
     exam also included questions regarding Mental Health, Co-Occurring
     Disorder and Media Literacy.

     Justin completed the final examination and received a score of 89. He
     exhibited positive interaction with peers and staff and met SPARK goals.

D-000454

Report Date: 05/23/2011                          Page 27 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                        Data Entry Date: 01/07/2008

## *General Information*

Note Date:   01/03/2008

Note Time:   10:00 AM

Draft/Final:   Final

Note Clinician:   JEFFREY,DERREL (000431)

Type of Note:   Weekly

Primary Language:   English

Is the Preferred Language English:   Yes

## *Progress Note*
Beginning Date:   01/02/2008

Ending Date:   01/04/2008

Patient Education Contact Topics:   Aggression Management, Symptom
Management, Intro to SW, Role, and Function

Dates of Patient Contact:
  1-2-08  group

Contact Comments:
  Justin attended group led by this sw. role and purpose was explained, and
  group rules were established that include SPARK, and raising of the hand
  to talk, and confidentiality. The group stated their interests as
  improving peer interactions, anger management. Justin checked in with
  level A, feeling anxious and excited. He had some trouble initially with
  talking out but was redirected and achieved all SPARK goals.

D-000455

Report Date: 05/23/2011                                    Page 28 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                       Data Entry Date: 01/15/2008


### *General Information*

Note Date:    01/07/2008

Note Time:    02:52 PM

Draft/Final:   Final

Note Clinician:   JEFFREY,DERREL (000431)

Type of Note:   Weekly

Primary Language:   English

Is the Preferred Language English:   Yes

### *Progress Note*
Beginning Date:   01/07/2008

Ending Date:   01/11/2008

Patient Education Contact Topics:   Understanding Mental Illness, Aggression
Management

Dates of Patient Contact:
   1-7-08   group
   1-9-08   group

Contact Comments:
   Justin attended therapy group checking in with level A, feeling happy and
   excited. The group topic addressed anger including that anger is an
   emotion, and coping skills in dealing with anger. Justin achieved all
   SPARK goals, shared his knowledge of anger and coping skills. Justin's
   behavior was very appropriate.

   Justin attended group therapy that addressed the topic of anger
   management. He checked in with level A, feeling anxious and excited.
   Justin achieved all SPARK goals, remembered to raise his hand before
   speaking, and contributed to the discussion. He did have trouble staying
   on task at times.

D-000456

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): FROMBERG BEVERL
Episode Number: 2                        Data Entry Date: 03/12/2008

## *General Information*

Note Date:    01/10/2008

Note Time:    09:20 AM

Draft/Final:   Final

Note Clinician:   FROMBERG,BEVERLY (000412)

Type of Note:   Weekly

Primary Language:   English

Is the Preferred Language English:   Yes

## *Progress Note*
Beginning Date:   01/10/2008

Ending Date:   01/12/2008

Dates of Patient Contact:
  01/10/2008

Contact Comments:
  This SW has met with Justin 2 times this week. During our first session
  we talked about Justin throwing his food away. In the second session we
  talked about Justin walking out of the classroom angry when it was clear
  that his interpretation of the situation was inaccurate. At that time we
  reviewed the Distortion of Catastrophizing. This S.W. also talked to Mrs.
  Spradling about giving Justin one question at a time to answer to help
  him be less overwhelmed. Justin walks around hyper and anxious all the
  time and seems to do best with smaller amounts of information being
  directed towards him.

  Mr. Ejem has talked with this SW atleast 3 times this week. He was very
  concerned that Justin was throwing away his food. He was concerned that
  Justin may have something medical or something psychological going on
  that we were not aware of . All of his medical testing was reviewed. He
  was seen by Dr. Ancha, the nutrionist, and multiple nurses. Dr Acha
  started Justin on zoloft in the hope that it would help him calm down. I
  will be meeting with the Ejem's on Saturday 01/12/08. At that time this

Report Date: 05/23/2011                                  Page 30 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): FROMBERG BEVERL
Episode Number: 2                           Data Entry Date: 03/12/2008

    SW will try to get the Ejems to understand that a medical focus is not
necessary and that we need to be working on Justins behaviors.

D-000458

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): BROOKS HAROLYN
Episode Number: 2                           Data Entry Date: 01/11/2008

## *General Information*

Note Date:    01/11/2008

Note Time:    03:09 PM

Draft/Final:  Final

Note Clinician:   BROOKS,HAROLYN (000441)

Type of Note:   Weekly

Primary Language:   English

Is the Preferred Language English:   Yes

## *Progress Note*
Beginning Date:   01/11/2008

Ending Date:   01/11/2008

Patient Education Contact Topics:   Other

Specify Other:   COD EDUCATION: SEM. INTRODUCTION

Dates of Patient Contact:
  1/11/08

Contact Comments:
  COD Education Class: Semester Introduction

  Today the class was presented with a review of the semester outline which
  described the purpose of the class, course learning objectives, course
  content and class structure.  The definition of COD and mental health was
  also provided.  Throughout the semester students will learn how
  substances can affect daily life, how mental health is affected by
  substances as well as risk and protective factors.  Treatment Services
  SPARK goals and expectations were also discussed.

  Justin was an active participant in the class discussion. He also
  exhibited positive interaction with peers and staff and met SPARK goals.

D-000459

Report Date: 05/23/2011                               Page 32 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): BROOKS HAROLYN
Episode Number: 2                           Data Entry Date: 01/11/2008

D-000460

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): FROMBERG BEVERL
Episode Number: 2                       Data Entry Date: 01/12/2008

## *General Information*

Note Date:    01/12/2008

Note Time:    03:54 PM

Draft/Final:   Final

Note Clinician:   FROMBERG,BEVERLY (000412)

Type of Note:   Monthly

Specify Other:   FAMILY THERAPY

Primary Language:   English

Is the Preferred Language English:   Yes

## *Progress Note*
Beginning Date:   01/12/2008

Ending Date:   01/12/2008

Dates of Patient Contact:
  01/12/2008

Contact Comments:
  01/12/2008
  This SW met with Justin and his parents over on the Trinity unit. The
  session was 1hour 20 minutes 1:15-2:35 because the discussion was going
  so well this SW felt it was therapeutically benefcial to continue.

  Mr. Ejem said that he had accepted that Justin does not have a medical
  problem or unidentified mental problem.. He stated that he knew what
  needed to happen and was cooperative with this SW saying that we would be
  working on Justin's behaviors and how they impacted the family and his
  life on the Trinity unit.

  Justin worked very hard in the session to identify his feelings and to
  share what he knew about his underlying motivation to be be aggressive
  when he was home. What was gratifying to see was that Justin has some
  level of self-awareness indicating that he can benefit from CBT. Justin

D-000461

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): FROMBERG BEVERL
Episode Number: 2                         Data Entry Date: 01/12/2008

admitted he had acted badly in the past and he was open to suggestions
from me, his step,mother, and his father about how to handle is upsets
better. Together we demonstrated to Justin that he has options about how
he acts. Justin was then able to identify 2or 3 actions or alternative
ways of behaving that would be apppropriate and not result in any
arguing, fighting or in a low score. Justin's parents shared with this SW
that they were happy to see Justin opening up and taking responsibility
for his actions. Justin's family was supportive and expressed that their
intentions were to take Justin home when he successfully completes the
WCY program. We also talked about Justin's problems in school and Justin
admitted that he is argumenative with his teacher and that he wanted to
do things his way. He also acknowledged that his way of being was not
working so well.

At the end of the Justin seemed very motivated to work his individual
treatment plan. This SW will continue to follow up and see what happens.

D-000462

Report Date: 05/23/2011                         Page 35 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                    Data Entry Date: 01/22/2008

## *General Information*

Note Date:    01/16/2008

Note Time:    04:17 PM

Draft/Final:   Final

Note Clinician:   JEFFREY,DERREL (000431)

Type of Note:   Weekly

Primary Language:   English

## *Progress Note*
Beginning Date:   01/16/2008

Ending Date:    01/16/2008

Patient Education Contact Topics:    Understanding Mental Illness, Aggression
Management, Symptom Management

Dates of Patient Contact:
1-16-08 - 1-18-08   group

Contact Comments:
1-16-08  Justin checked in with level B, feeling lonely and depressed.
The ABC's of anger was reviewed, along with automatic negative thoughts,
and the 5 assumptions of CBT was introduced. Justin was having some
difficulties with peers, but overall did well. He redirected well, and
has improved in his need to be redirected. He seems to understand the
concepts. 1-18-08  Justin went to the dentist.

D-000463

Report Date: 05/23/2011                              Page 36 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                       Data Entry Date: 01/29/2008

### *General Information*

Note Date:   01/22/2008

Note Time:   03:05 PM

Draft/Final:   Final

Note Clinician:   JEFFREY,DERREL (000431)

Type of Note:   Weekly

Primary Language:   English

Is the Preferred Language English:   Yes

### *Progress Note*
Beginning Date:   01/22/2008

Ending Date:   01/25/2008

Patient Education Contact Topics:   Understanding Mental Illness, Aggression
Management

Dates of Patient Contact:
 1-22-08 - 1-25-08   group

Contact Comments:
 1-22-08  Justin checked with level A, feeling confused, sad, and bored.
The topic covered was the 5 assumptions of CBT, and distortions. Justin
seems to have a fair understanding of the 5 assumptions of CBT. His
behavior was appropriate and he achieved all SPARK goals. 1-23-08  Justin
checked in with level A, feeling proud and anxious. The 5 assumptions of
CBT were reviewed, and feelings continuim was explored. Justin redirected
well, and was able to identify various feelings.  1-25-08  Justin checked
in with level A, feeling happy. Justin redirected welll, was patient, and
has a good understanding of CBT.

Report Date: 05/23/2011                                   Page 37 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                    Data Entry Date: 02/08/2008

## *General Information*

Note Date:   01/29/2008

Note Time:   12:22 PM

Draft/Final:   Final

Note Clinician:   JEFFREY,DERREL (000431)

Type of Note:   Weekly

Primary Language:   English

## *Progress Note*

Beginning Date:   01/28/2008

Ending Date:   02/01/2008

Patient Education Contact Topics:   Understanding Mental Illness, Aggression
Management, Symptom Management

Dates of Patient Contact:
1-28-08 - 2-1-08  group
1-29-08  individual

Contact Comments:
   This sw met with Justin in one hour individual session. We began building
rapport, and talking about his progress since being at WCY. His concerns
of following directions and anger management were addressed. He will
using his coping skills such as breathing to deal with agitation.

1-29-08  Justin checked in with leval A, feeling helpful and happy. The
group were taught a relaxation technique, and were able to benefit from
this exercise; however, after the relaxation the group became a little
unruly. Justin redirected well.  1-30-08  Justin checked in with level A,
feeling helpful and happy. The group used the worksheet
"innerexpressions" exploring emotions to identify various feelings in
situations. Justin needed some redirection, but completed his worksheet,
and achieved most SPARK goals.  2-1-08  Justin checked in with level A,
feeling happy and bored. Group time was used to educate and clarify rules
on borrowing and lending, and scoring. Justin's behavior was appropriate

D-000465

Report Date: 05/23/2011                                Page 38 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                         Data Entry Date: 02/08/2008

        and he achieved all SPARK goals.

D-000466

Report Date: 05/23/2011                                   Page 39 of 57

                        Waco Center for Youth
                              Waco, TX

                     SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                    Data Entry Date: 02/12/2008


## *General Information*

   Note Date:    02/04/2008

   Note Time:    04:17 PM

   Draft/Final:  Final

   Note Clinician:  JEFFREY,DERREL (000431)

   Type of Note:  Weekly

   Primary Language:  English

## *Progress Note*
   Beginning Date:  02/04/2008

   Ending Date:   02/08/2008

   Patient Education Contact Topics:   Aggression Management, Symptom Management

   Dates of Patient Contact:
      2-6-08 - 2-8-08  group
      2-5-08   individual

   Contact Comments:
      2-6-08  Justin was at eye doctor.  2-7-08  Justin checked in with level
      A, feeling happy and proud. The group topic was empathy, and the group
      viewed a video and later discussed empathy. Justin's behavior was
      appropriate.


      2-5-08  This sw met with Justin one hour for individual session. Began
      establishing rapport and discussed his relationship with his parents.

**D-000467**

Report Date: 05/23/2011                              Page 40 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN               Episode Start Date: 09/10/2007
Assigned ID: 000238798                 Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992              Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                      Data Entry Date: 02/21/2008

## *General Information*

Note Date:   02/13/2008

Note Time:   04:18 PM

Draft/Final:   Final

Note Clinician:   JEFFREY,DERREL (000431)

Type of Note:   Weekly

Primary Language:   English

## *Progress Note*
Beginning Date:   02/11/2008

Ending Date:   02/15/2008

Patient Education Contact Topics:   Aggression Management, Symptom Management

Dates of Patient Contact:
    2-11-08 - 2-15-08  group
    2-13-08  individual
    2-12-08  parent contact

Contact Comments:
    2-13-08  This sw met with Justin in one hour individual session. We
    reviewed his goals, and progress since admission. Justin claims he has
    made progress improving his behavior, and at times he is able to control
    himself well. Will continue to address impulse control and anger
    management.

    2-11-08  Justin checked in with level A, feeling happy and proud. The
    topic was cognitive distortion of over generalizing, which was a hard
    concept for Justin to understand. He achieved all SPARK goals.  2-8-08
    Justin checked in with level A, feeling happy and proud. The topic was
    cognitive distortion of Black and White thinking. Justin seemed to
    understand this thinking error and was able to provide an example. He
    achived all SPARK goals.  2-12-08  Justin checked in with level A,
    feeling bored and happy. The topic was cognitive distortion Obsessing to
    the exclusion of the big picture. Justin seemed agitated, and did not

D-000468

Report Date: 05/23/2011                              Page 41 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                       Data Entry Date: 02/21/2008

    redirect well.  2-14-08  Justin checked in with level A, feeling
depresssed and sad. The group topic was the cognitive distortion
Discounting the positive. Justin was able to relate this to his life. He
achieved all SPARK goals.

2-12-08  This sw contacted Justin's father, Rick Ejem to schedule a visit
and family session for 2-23-08 at noon.

D-000469

Report Date: 05/23/2011                                    Page 42 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                        Data Entry Date: 02/25/2008

## *General Information*

   Note Date:    02/19/2008

   Note Time:    12:44 PM

   Draft/Final:   Final

   Note Clinician:   JEFFREY,DERREL (000431)

   Type of Note:   Weekly

   Primary Language:   English

## *Progress Note*
   Beginning Date:   02/19/2008

   Ending Date:   02/22/2008

   Dates of Patient Contact:
      2-19-08 - 2-22-08   group
      2-20-08   parent contact
      2-22-08   family session

   Contact Comments:
      2-19-08  Justin attended group, and was somewhat impulsive, but
      redirected. The group session was used to explain unit group assignments,
      discuss unit issues, and expectations.   2-22-08  Justin checked in with
      level A, feeling bored and excited. The group topic was cognitive
      distortion jumping to conclusions - fortune telling and mind reading.
      Justin needed some reminders but achieved all SPARK goals. He seemed to
      understand and was able to apply concept.

      2-20-08  Talked with Mr. Ejem who confirmed he and Lynette would be
      coming for family session Saturday, 2/23/08.

      2-22-08  This sw met with Justin and his parents, Rick and Lynette Ejem
      in one hour family session. We discussed Justin's progress, the changes
      he has made, and he clearly demonstrated this with his behavior. Also, we
      discussed an over night furlough, with the possibility of discharge for
      late March or early April 2008. Justin exhibited exemplary behavior.

D-000470

Report Date: 05/23/2011                                    Page 43 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                           Data Entry Date: 02/25/2008

Report Date: 05/23/2011                              Page 44 of 57

Waco Center for Youth<br>
Waco, TX<br><br>
SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                       Data Entry Date: 03/03/2008

## *General Information*

Note Date:    02/25/2008

Note Time:    01:58 PM

Draft/Final:   Final

Note Clinician:   JEFFREY,DERREL (000431)

Type of Note:   Weekly

Primary Language:   English

## *Progress Note*
Beginning Date:   02/25/2008

Ending Date:    02/29/2008

Dates of Patient Contact:
    2-25-08 - 2-29-08  group
    2-25-08  individual

Contact Comments:
    2-25-08  Justin checked in with level A, feeling happy and excited. Group
topic was cognitive distortion Magnifying and minimizing. Justin was able
to apply this to his life, come up with cognitive corrections, and
achieved all SPARK goals.   2-26-08  Justin checked in with level A,
feeling sad and upset. The group topic was cognitive distortion emotional
reasoning - self fulfilling prophecy. Justin was somewhat able to
understand this concept, and by the end of group had identified a
situation that applied. He achieved all SPARK goals.   2-27-08  Justin
checked in with level A, feeling frustrated and angry. The group had
issues to discuss, and then cognitive restructuring was introduced.
Justin needed some reminders, but achieved all SPARK goals.

    2-26-08  This sw met with Justin in one hour individual session. We
discussed his recent family visit, up coming over night furlough, and
possible discharge. Justin seems to have the capability and knowledge for
success, and also the desire.

D-000472

Report Date: 05/23/2011                                    Page 45 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                         Data Entry Date: 03/03/2008

D-000473

Report Date: 05/23/2011                                    Page 46 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                       Data Entry Date: 03/10/2008

## *General Information*

   Note Date:    03/03/2008

   Note Time:    12:42 PM

   Draft/Final:  Final

   Note Clinician:  JEFFREY,DERREL (000431)

   Type of Note:  Weekly

   Primary Language:  English

## *Progress Note*
   Beginning Date:   03/03/2008

   Ending Date:   03/07/2008

   Dates of Patient Contact:
      3-3-08 - 3-7-08  group
      3-5-08   individual

   Contact Comments:
      3-3-08  Justin checked in with level A, feeling happy and confident.
   Group topic was matching negative thoughts to the distortions. Justin has
   a good understanding of negative thoughts and identifying the
   distortions, he participated appropriately, and achieved all SPARK goals.
      3-4-08  Justin checked in with level A, feeling happy and excited.
   Justin was able to identify distortions, and participated in discussion
   with the video "Getting along with others." He achieved all SPARK goals.
   3-7-08  Justin checked in with level A, feeling bored and happy. Group
   topic was Cognitive restructuring using discussion and a worksheet.
   Justin has some understanding of the process, and achieved all SPARK
   goals.

      3-3-08  This sw met with Justin in one hour individual session. We
   discussed his upcoming furlough and goals. His specific goals include:
   dealing with frustration with his younger brother, Kyle; following his
   parent's directions; not interrupting by raising his hand; and not being
   "bossy" to family members. We will talk about what Asperger's is at a
   later date.

D-000474

Report Date: 05/23/2011                          Page 47 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                       Data Entry Date: 03/10/2008

D-000475

Report Date: 05/23/2011                           Page 48 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                       Data Entry Date: 03/18/2008

## *General Information*

Note Date:   03/10/2008

Note Time:   11:15 AM

Draft/Final:   Final

Note Clinician:   JEFFREY,DERREL (000431)

Type of Note:   Weekly

Primary Language:   English

## *Progress Note*
Beginning Date:   03/10/2008

Ending Date:   03/14/2008

Dates of Patient Contact:
   3-10-08 - 3-14-08   group
   3-10-08   individual

Contact Comments:
   3-10-08  Justin Checked in with level A, feeling confused and bored. The
   group addressed anger management, and reviewed SPARK goals. He seems to
   have a good understanding of both topics. 3-11-08  Justin checked in with
   level A, feeling . Group topic was anger, and the group completed a anger
   self evaluation.  gained insight into how he expresses his anger, and
   achieved all SPAKR goals.

   3-10-08  This sw met with Justin in one hour individual session. We
   discussed his overnight furlough goals, and how expectations on the unit
   apply at home. We also discussed his brother's Asperger Disorder and
   interacting with him. Will continue to address these issues.

D-000476

Report Date: 05/23/2011                                          Page 49 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                        Data Entry Date: 03/27/2008


## *General Information*

Note Date:   03/17/2008

Note Time:   08:59 AM

Draft/Final:   Final

Note Clinician:   JEFFREY,DERREL (000431)

Type of Note:   Weekly

Primary Language:   English

## *Progress Note*
Beginning Date:   03/17/2008

Ending Date:   03/21/2008

Patient Education Contact Topics:   Aggression Management, Competency,
Symptom Management, Discharge Planning, Family Involvement

Dates of Patient Contact:
    3-17-08 - 3-21-08   group
    3-17-08   individual
    3-21-08   family furlough

Contact Comments:
    3-17-08  Justin checked in with level A, feeling excited and happy. Group
topic included a discussion of anger such as passive, aggressive, and
passive aggressive. Justin actively and appropriately participated, and
was able to understand some of the material. He achieved all SPARK goals.
    3-18-08  Justin checked in with level A, feeling happy and excited.
Group topic covered the difference between anger and aggression, myths
about anger, and anger as a habit. Justin was actively involved in group
and achieved all SPARK goals.  3-19-08  Justin checked in with level A,
feeling confused and excited. A relaxation technique was used in group,
and Justin achieved all SPARK goals.

    3-17-08  This sw met with Justin in one hour individual session. We
discussed how he can practice his skills at WCY in preparation for
returning home, and started exploring using I statements.

D-000477

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                         Data Entry Date: 03/27/2008


-Waco Center for Youth


PRE-FURLOUGH      FAMILY CONTACT GUIDELINES AND GOALS
(Check Type of Contact)
Engagement Phase (1-90 days)
__     On Unit Visit
_      On-Campus Visit (Visitation Center)
__Local Pass
_One Overnight Visit at Furlough House or 2 day-long passes on
consecutive days
__Overnight furlough of 2 night / 3 days at resident's home/

Working Phase (91-180 days)
__On Unit Visit
On-Campus Visit (Visitation Center)
_!Local Pass
_One Overnight Visit at Furlough House or 2 day-long passes on
consecutive days
_Overnight furlough of 4 nights / 5 days

Transition Phase (181 daysdischarge)
__On Unit Visit
__On-Campus Visit (Visitation Center)
_Local Pass (not to exceed 8 hours)
_XX_One Overnight Visit at Furlough House or 2 day-long passes on
consecutive days
_Overnight furlough of 7 nights / 8 days
*Resident must return by 6 p.m. on a school night and 7p.m. on non-school
night*
DATES/TIMES OF CONTACT
DEPARTURE                         RETURN
Date: 3/21/08                     DATE:  2/22/08
Time:4 pm                         TIME:  1:30 pm
PRE-FURLOUGH SESSION (Goals must be met in order to advance
to the next level)
Date:
Time:

Goal #1: I will follow directions from mom and dad.

Goal #2: I will raise my hand and not interrupt.

D-000478

Report Date: 05/23/2011                                    Page 51 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                           Data Entry Date: 03/27/2008


Goal #3: I will not be aggressive towards Kyle or my parents.

Goal #4: I will try to control my frustration.

Progress Note / Comments:
This sw met with Justin to process his furlough and conducted a phone
conference with his mother, Lyn Ejem. Justin felt like the furlough went
well, even stating an incident in which his parents asked him if he
wanted to watch a particular movie Justin had already seen. During the
movie, Justin admitted to have already seen it which demonstrated the
SPARK goal Kindness and Respect.  Mrs. Ejem reported that the furlough
went very well, and Mr. Ejem reported that Justin helped with cleaning up
after meals, and helped wash dishes.

D-000479

Report Date: 05/23/2011                                        Page 52 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                       Data Entry Date: 03/31/2008

## *General Information*

Note Date:   03/24/2008

Note Time:   03:04 PM

Draft/Final:   Final

Note Clinician:   JEFFREY,DERREL (000431)

Type of Note:   Weekly

Primary Language:   English

## *Progress Note*
Beginning Date:   03/24/2008

Ending Date:   03/28/2008

Patient Education Contact Topics:   Aggression Management, Support Groups,
Symptom Management

Dates of Patient Contact:
     3-24-08 - 3-28-08   group
     3-24-08  individual

Contact Comments:
     3-24-08  Justin checked in with level B, feeling happy and excited. The
group time was used to review SPARK goals and how they apply to daily
activities, and Justin was able to identify ways to apply these goals. A
emotional therapy ball was used to explore feelings. Justin achieved all
SPARK goals.   3-25-08  Justin checked in with level B, feeling excited.
The group watched a video on Respect with discussion. Justin seems to
understand Respect and how to apply it. He achieved all SPARK goals.
3-27-08  Justin checked in with level B, feeling excited and happy. The
group watched the second part of the Respect video with discussion.
Justin was able to relate to the video. He achieved all SPARK goals.

     3-24-08  This sw met with Justin in individual session to process his
furlough. His furlough went very well, and made family contact to process
furlough and the only concern was a minor laundry matter. Justin has made
good progress in learning self control.

D-000480

Report Date: 05/23/2011                                    Page 53 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                       Data Entry Date: 03/31/2008

D-000481

Report Date: 05/23/2011                                    Page 54 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                       Data Entry Date: 04/07/2008

## *General Information*

Note Date:    03/31/2008

Note Time:    02:49 PM

Draft/Final:   Final

Note Clinician:   JEFFREY,DERREL (000431)

Type of Note:   Weekly

Primary Language:   English

## *Progress Note*
Beginning Date:   03/31/2008

Ending Date:   04/04/2008

Dates of Patient Contact:
    3-31-08 - 4-4-08   group
    3-31-08   individual

Contact Comments:
    3-31-08  Justin checked in with level A, feeling happy and frustrated,
    and his accomplishment for the week was he tried not to be negative. The
    group topic was on Maturity/immaturity and responsibility. Justin
    participated and completed his worksheet. He achieved all SPARK goals and
    seemed to gain understanding about the subject.  4-4-08  Justin checked
    in with level A, feeling happy and upset. Discussion and video were used
    to explore the topic of Responsibility to continue the topic of
    maturity/immaturity. Justin achieved all SPARK goals

    3-31-08  This sw met with Justin in one hour individual session. We
    discussed recent incidents with peers and how it relates to home. We
    reviewed symptoms of Aspergers. Justin seems to have progressed as far as
    he can.

D-000482

Report Date: 05/23/2011                                    Page 55 of 57

                         Waco Center for Youth
                              Waco, TX

                    SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN               Episode Start Date: 09/10/2007
Assigned ID: 000238798                 Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992              Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                      Data Entry Date: 04/14/2008

### *General Information*

   Note Date:    04/07/2008

   Note Time:    01:58 PM

   Draft/Final:  Final

   Note Clinician:   JEFFREY,DERREL (000431)

   Type of Note:   Weekly

   Primary Language:   English

### *Progress Note*
   Beginning Date:  04/07/2008

   Ending Date:   04/11/2008

   Dates of Patient Contact:
      4-7-08 - 4-11-08  group
      4-7-08  individual

   Contact Comments:
      4-7-08  Justin checked in with level A, feeling happy and excited. The
      group watched a video on Healthy Relationships and Justin participated in
      discussion and achieved all SPARK goals. He was able to describe a
      healthy relationship.   4-8-08  Justin checked in with level A, feeling
      happy and excited. Group therapy was utilized today, and Justin provided
      positive feedback to peers, and participated very well.

      4-7-08  This sw met with Justin in individual session. We discussed his
      progress thus far, and goals to achieve before discharge. He wants to
      decrease his arguing and improve on keeping his closet clean. He was able
      to describe his healthy relationships.

D-000483

Report Date: 05/23/2011                                    Page 56 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): JEFFREY DERREL
Data Entry Date: 04/17/2008

### *General Information*

   Note Date:   04/14/2008

   Note Time:   03:48 PM

   Draft/Final:   Final

   Note Clinician:   JEFFREY,DERREL (000431)

   Type of Note:   Weekly

   Primary Language:   English

### *Progress Note*
   Beginning Date:   04/14/2008

   Ending Date:   04/18/2008

   Dates of Patient Contact:
      4-14-08  individual
      4-14-08 cps report


   Contact Comments:
      This sw met in Justin in individual session. We discussed his allegations
   of sexual abuse by peer, the details of what happened, and processed
   feelings. Justin is very certain the incident happened. We also discussed
   his treatment progress and areas of continued work. Justin has made
   progress but continues to need to address peer interactions and following
   directions.

      Justin checked in with level B, feeling excited and happy. The group
   viewed and discussed a video on problem solving. Justin participated and
   achieved all SPARK goals.

      Treatment team
      During treatment team, staff reported that Justin has being doing very
   well. He is currently on level B, with 5 yes days and no "no" days. He
   was observed by his therapist in a positive interaction with peer, and
   his behavior and attitude has improved.

D-000484

Report Date: 05/23/2011                          Page 57 of 57

Waco Center for Youth
Waco, TX

SOCIAL WORKER PROGRESS NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                       Data Entry Date: 04/17/2008

D-000485

Report Date: 05/23/2011                                    Page 1 of 29

                        Waco Center for Youth
                              Waco, TX

                        TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): GARGER VICTORIA
Episode Number: 2                       Data Entry Date: 07/22/2008


*GENERAL INFORMATION*
    Review Date:   10/03/2007

    Review Time:   02:00 PM

    Draft/Final:   Final

    Review Author:   GARGER,VICTORIA (000463)

    Type of Staffing:   Treatment Plan Review

    Primary Language:   English

    Is the Preferred Language English:   Yes

    *PARTICIPANTS*
        Role In MH Treatment Plan:   Patient

        Other Participant:   Justin Ejem

        Comments:   24 day review

    *PARTICIPANTS*
        Role In MH Treatment Plan:   Social Worker

        Staff Member:   GARGER,VICTORIA (000463)

    *PARTICIPANTS*
        Role In MH Treatment Plan:   Family/SignificantOther/LAR

        Other Participant:   Parents

    *PARTICIPANTS*
        Role In MH Treatment Plan:   Registered Nurse

        Staff Member:   DAWSON,ROSE (000383)

    *PARTICIPANTS*
        Role In MH Treatment Plan:   Physician/Provider

        Staff Member:   MUNDY,SHEILA (000399)

*REVIEW OF R/S*

D-000486

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): GARGER VICTORIA
Data Entry Date: 07/22/2008

Three or More Restraint/Seclusion Events Within 30 Days:   No

# Restraint Events Since Last Review:   1

# Seclusion Events Since Last Review:   0

Are Resulting Changes In Treatment Plan Necessary:   No

### *DISCUSSION WITH PATIENT*
Psychiatric Issues:

Justin is a 15.6 year old Caucasian male who is being admitted to the Waco Center for Youth for the first time.  He has a genetic predisposition to develop a mood disorder, ADHD, and possibly a psychotic disorder.  His perinatal period was uncomplicated.  He reached his developmental milestones on time. He did not have any significant illnesses in childhood.  He has been raised by his father from the age of 8 or 9 months, with help from his father's family.   He has limited contact with his mother. When he was a toddler one of his father's girlfriends broke his wrist.   The father re-married when Justin was 5 years old. Justin began having behavioral problems in kindergarten and was treated with psychostimulants. His symptoms worsened in 2001 after the death of several family members.  He went through a period of depression and began having more anger issues.  He was hospitalized in March 2002 and was diagnosed with Bipolar disorder.  He was again hospitalized in September 2004 for anger issues. Justin appears to focus most of his anger on his step-mother.  He accused her of physical abuse and she was not allowed to live in the home from January 2005  February 2006. He continued to have anger issues and was again hospitalized in October 2006 after threatening to kill his father. He had a concussion in the fall of 2006 and in May his psychiatrist took him off of all of his medication to evaluate him for "psychometric seizures" according to the step-mother.  He had a negative EEG.  His behaviors worsened. He assaulted his step-mother twice in the summer of 2007 and has charges that are pending his treatment at the Waco Center for Youth. He was place back on a low dose of Depakote to help with his symptoms. Justin appears to be hyperactive and has some trouble focusing.  His IQ is below average which effects his ability to process information.  He is manipulative and does not take responsibility for his actions.  According to the father, he has poor social skills and tends to associate with peers who are younger than he is. He is a follower and tends to behave in a manner that will get attention. Attempts will be made to help Justin to learn to follow rules and to accept authority, to appropriately express his feelings through the use of the milieu and structure on Trinity and the

D-000487

Report Date: 05/23/2011                              Page 3 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): GARGER VICTORIA
Episode Number: 2                        Data Entry Date: 07/22/2008

Campus Behavior System.  There will be diagnostic clarification with
prescription of psychotropic medication as indicated.  Attempts will be
made to help him have appropriate behavior in the school setting and to
identify any learning disorders/problems that are contributing to his
declining school performance. Individual and group therapy will be
provided to help him address personal issues and learn coping and social
skills.   Once he has started engaging in the program, family therapy
will be started to address issues and conflict in the family that led to
his admission, and to help facilitate positive communication between him,
his father, and his step-mother.  His estimated length of stay at the WCY
is six to nine months.  Presumptive diagnoses at admission are:

Axis I:
Bipolar disorder, NOS; ADHD  combined type; Parent-child relational
problem
Axis II:
None
Axis III:
None
Axis IV: Problems with primary support, Problems related to the social
environment; Academic problems; Problems related to interaction with the
legal system/crime
Axis V: 38

Justin was admitted to the Trinity unit on 9/10/07.  Vickie Garger, LMSW
was assigned as his treatment team coordinator and Sheila Mundy, MD was
assigned as his attending physician.  Dr. Tammie Turner performed a
complete medical history and physical examination.  Admissions labs,
including a chemistry profile, thyroid profile, CBC, RPR, Depakote level,
and UA were drawn. His Depakote was <10 UG/ML.  His chemistry profile,
thyroid profile, CBC, RPR, and UA were WNL. His admission weight was 116#
and he was started on a regular diet. He was noted to be allergic to
PanMist.  He passed his initial hearing and vision screens on 9/18/07.
He was continued on Depakote 250 mg bid.

During the 24 day treatment review period he appeared to have some
trouble adjusting to the unit. He was respectful for the most part.  He
was hyperactive, impulsive, and disruptive. He was started on Concerta 27
mg qam on 9/19/07. He continued to be hyperactive and impulsive. He
horseplayed at times.  He got easily stimulated. He was having some
trouble sleeping at night and on 9/22/07 he was started on Benadryl 50 mg
qhs prn insomnia.  He felt homesick and cried occasionally.  On 9/26/07
his Depakote was increased to 250 mg qam and 500 mg bid. A repeat a level

D-000488

Report Date: 05/23/2011                                    Page 4 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): GARGER VICTORIA
Episode Number: 2                           Data Entry Date: 07/22/2008

was 65.2 UG/ML.  He tended to agitate his peers and disrupted the unit.
When he got redirected he got angry and punched his fists in his hands.
He was loud and disruptive in the classroom. He worked his way up to a
level B.  He had an abscessed tooth and went to the dentist on 9/28/07.
He was started on Amoxicillin.  On 10/1/07 his level dropped from a B to
an A for focused physical aggression (pushed a peer). On 10/3/07 his
Depakote was further increased to 500 mg bid. He remained a level A at
the end of the review period.

Non-Psychiatric Medical Issues:
    Mild facial acne - wash BID and Stridex at h.s.
    Myopic - wears glasses; vision screen w/ prn referral
    Common warts on right forearm - scheduled for cryotherapy
    Dental caries - dental referral

Nursing Issues:
    Discussed with patient importance of establishing and maintaining healthy
    diet. Reviewed current medications, dosage, targeted behaviors, common
    side effects, and importance of maintaining regimen. Also discussed
    patient's responsibility for knowing medications and related health
    information.


Psychological Issues:
    I.Q. Data
    Test: WJ Cog III
    Date Administered: 09/21/06 by Kathy Adams, M.Ed.
    IQ Scores: BIA=72; Verbal Ability=85
    Index Scores:  Verbal Comprehension=85; Concept Formation=76; Visual
    Matching=78
    Interpretation:  As the Verbal Ability Index fell in the Low Average
    range, we can estimate that this resident possesses the language
    processing skills to express needs and wants verbally, understand and
    remember staff and teacher instructions and to participate effectively in
    talking therapies, if willing to do so.  However, abstract thinking,
    visual-spatial abilities and concentration appear to be problematic for
    Justin.  It will be advisable to keep instructions verbal, using
    concrete, simple steps and hands-on, coached practice for teaching new
    skills.

    Achievement Testing
    Test: WJ III Ach

D-000489

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): GARGER VICTORIA
Episode Number: 2                       Data Entry Date: 07/22/2008

Date Administered: 09/21/06 by Kathy Adams, M.Ed.
Standard Scores: Broad Reading=69; Broad Math=51; Broad Written
Language=65
Interpretation: Achievement test scores are not commensurate with
measured I.Q. if you look at Index scores.  His verbal abilities appear
to be Low Average, yet his reading and writing skills are in the Mildly
Deficient range.  This indicates that this youth is failing to acquire
core academic skills at an age/grade appropriate level.  Remedial
attention in all areas is warranted;  An individual tutor within the
school setting might be helpful to this studentespecially for the
improvement of math skills.

Personality Testing
Test:  BASC-Teacher, Parent and Self Report Forms, Rorschach, TAT, & SCT
Date: 10/20/06 & 10/23/06 by William P. Howard, Ph.D.
Appropriate and Current? Appropriate, but estimates of mood and mental
status may be somewhat dated.
Scores: Not reported.
Interpretation: Comparing the scale elevations on the various forms of
the BASC yields a picture of a youth who is viewed quite differently by
his family, teacher and himself.  His step-mother sees him as troubled in
all areas queriedespecially those involving externalized problem behavior
such as aggression, hyperactivity and all forms of communication.  This
paints a picture of a youth who is totally out of control and a serious,
immediate threat to himself and othersespecially within the family.  His
teacher's experience with Justin is somewhat less problematic, reporting
no scales in the clinically significant range but reporting him to be "At
Risk" in the areas of atypical behavior, learning problems and
somatization.  These are more the symptoms of a youth with limited
learning abilities who tries to defend himself through resistance to
authority, acting out to hold others at a distance emotionally and who
tends to use physical complaints as an excuse to avoid performance
demands.  Justin describes himself as having milder problems, as well,
but these are in the areas of feelings of depression, lack of control
over his environment and his life and lack of skill in taking care of
himself and functioning independently.

Neuropsychological or Other Specialized Testing :   None reported.

On the CBCL, this resident's father has endorsed items in a pattern which
indicates he has observed significant levels of Aggressive Behavior,
Attention Problems, Social Problems, Thought Problems, Somatic
Complaints, and Anxious/Depressed Mood. Also noted were borderline levels

Report Date: 05/23/2011                              Page 6 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): GARGER VICTORIA
Episode Number: 2                           Data Entry Date: 07/22/2008

of Rule Breaking Behavior. Parents who respond in this manner are often found to be feeling overwhelmed by the demands of providing nurturance and guidance to their troubled youth.  Supportive family therapy is strongly recommended.  On the YSR, Justin reports himself to have significant problems with Attention/Concentration and mild problems with Aggressive Behavior.  These results are similar to those obtained on the BASC by Dr. Howard about a year ago; this indicates a stable but chronically dysfunctional way of living for Justin and his family. Although his family appears to have made serious efforts to provide a supportive home environment for Justin, he has been exposed to the use of aggression as a model method of dealing with conflicts over the years. It is not surprising that the fruits of this is that he sees aggression as a reasonablein fact probably the onlymethod of getting his wants and needs met when others oppose him.  Engaging the entire family in mastering more positive, less destructive methods of solving problems will be truly necessary to engaging Justin and seeing any significant progress in his living skills.

Patient's preferences, ability and readiness to learn about his/her psychiatric illness: Justin likes to surf, play football, basketball and baseball for physical exercise.  For leisure he enjoys RAP and videogames.  Opportunities to engage in these activities may help this youth to engage more fully in the WCY treatment and living milieu.  This youth does not currently belong to any clubs or organizations that might provide the opportunity to master and practice social interaction skills with peers.  This youth has had a reasonable number and type of household chores assigned.

Social Issues:
SOCIAL ISSUES:
FAMILY OF ORIGIN:
Justin was born March 1, 1992 to Ricky and Jodi Ejem in Snyder, Texas. They were married in 1989 and divorced in 1993.  Justin's parents separated when he was approximately four to five months of age.  Mr. Ejem, discovered that his wife was having an affair with another man. That individual was involved in dealing drugs.  Mr. Ejem pursued and obtained custody of Justin.  Justin's biological mother has visitation rights, but she rarely takes advantage of them.  She lives in Sweetwater, Texas and typically she only sees Justin when he is in that community visiting other relatives.  Furthermore, Ms. Ejem commented that Justin's biological mother continues to be involved with the same man, and that situation is a bad environment for Justin.  The father reported that

D-000491

Report Date: 05/23/2011                                    Page 7 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): GARGER VICTORIA
Episode Number: 2                    Data Entry Date: 07/22/2008

Justin's mother is currently facing federal charges for fraud.  Mr. Ejem
married his present wife, Lynn Ejem 4/12/97 and they have a son Kyle age
6 that has been diagnosed Autistic.  In January 2005 the stepmother was
removed from the home by CPS after Justin accused her of causing a black
eye.  She stated that Justin had allergies and pink eye at the time which
caused his eye to appear swollen.  She was not allowed back into the home
until February 2006 after attending anger management classes. The case
has since been closed by CPS.  Ricky and Lynn Ejem appear very concerned
about the well-being of Justin and want what is best for him.

SOCIAL HISTORY:
Justin is a 15 year old Caucasian male admitted to Waco Center for Youth
with a history of suicidal and homicidal threats, physical aggression and
property destruction. Justin received a previous diagnosis of Bipolar
Disorder and ADHD.  Justin's parents married in 1989, separated when he
was approximately four to five months of age and divorced in 1993.
Justin appears to have an "okay" relationship with his father but has
demonstrated animosity toward his stepmother.  He has been physically
aggressive with her and his brother Kyle.  Justin has been described as a
loner and interacts better with peers who are younger.

SOCIAL DEVELOPMENT:
Justin demonstrates difficulty establishing and maintaining relationships
with peers and authority figures.  He was described as somewhat of a
loner with few peer relationships.  The father stated that Justin
generally gets along better with younger peers.  He is also a follower
and will at times get himself into trouble in an attempt to obtain
friendships.  Justin stated he doesn't like to be told what to do or told
no.  He becomes angry and has been physically aggressive with his
stepmother.  The father also reported that following his divorce from
Justin's mother, they moved to a ranch in New Mexico and Justin had
little contact with other children.  He believes this may have
contributed to his son's lack of social skills.

Justin denied the use of any drugs or alcohol.  He stated he tried "dip"
once but it made him ill so he didn't try it again.  Justin enjoys
playing football, fishing and listening to Rap music.

EDUCATION HISTORY:
Justin is currently in the 10th grade and has been in Special Education
since kindergarten.  The father stated that the school district did not

D-000492

Report Date: 05/23/2011                                      Page 8 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): GARGER VICTORIA
Episode Number: 2                       Data Entry Date: 07/22/2008

have Special Education classes so students attended regular classes with
modifications. Justin has been disruptive at school and has gotten into
fights with peers which he generally denies is his fault. He was also
described as a follower and has allowed peers to get him into trouble by
exhibiting negative behavior. Justin has disrupted class at times with
emotional outbursts. A previous psychological report indicated that
Justin "remains quite emotionally reactive, with little tolerance for
frustration and with a propensity to be emotionally intense. He remains
at risk for emotional outbursts."


Dietary/Nutrition Issues:
Justin says that he has been hungrier since he's been at WCY. He says
that the reason for this is because he's used to eating until he gets "a
belly-ache." He said that he hasn't been eating enough to cause a
belly-ache since he's been here at WCY. He reports that his typical
eating pattern is: breakfast, morning snack, lunch, afternoon snack,
dinner, and evening snack. He doesn't get regular physical activity, but
he does play football sometimes with friends. His height is 66.5" and
his weight is 116#. Justin has a BMI (body mass index) of 18.44 which
falls at the 23rd percentile for his age & gender and is considered to be
at the lower limits of the healthy weight range. His nutritional needs
are estimated to be 2800 calories and 60 grams of protein per day which
his diet adequately provides. He is currently on a regular diet with an
extra entrée. I would recommend considering a high calorie diet if
Justin experiences weight loss. Goals: Promote weight gain towards his
ideal body weight by encouraging appropriate intake of meals & snacks
provided by the food service department. Encourage daily physical
activity and exercise. Encourage active participation during nutrition
education group discussions and activities. Continue regular diet.
Monitor weight. Nutritional level of care: II.


**_EDUCATION NEEDS_**
Dietary/Nutrition Education:
General nutrition education is provided on a daily basis. Group
discussions with the dietitian, over various nutrition topics, are held
once per week on his unit.

D-000493

Report Date: 05/23/2011                                    Page 9 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): FROMBERG BEVERL
Episode Number: 2                        Data Entry Date: 07/23/2008

## *GENERAL INFORMATION*
   Review Date:   10/31/2007

   Review Time:   02:30 PM

   Draft/Final:   Final

   Review Author:   FROMBERG,BEVERLY (000412)

   Type of Staffing:   Treatment Plan Review

   Primary Language:   English

   Is the Preferred Language English:   Yes

### *PARTICIPANTS*
   Role In MH Treatment Plan:   Patient

   Other Participant:   JUSTIN EJEM

   Comments:   54 DAY TPR

### *PARTICIPANTS*
   Role In MH Treatment Plan:   Family/SignificantOther/LAR

   Other Participant:   Rick Ejem

   Comments:   Father

### *PARTICIPANTS*
   Role In MH Treatment Plan:   Registered Nurse

   Staff Member:   DAWSON,ROSE (000383)

### *PARTICIPANTS*
   Role In MH Treatment Plan:   Physician/Provider

   Staff Member:   MUNDY,SHEILA (000399)

### *PARTICIPANTS*
   Role In MH Treatment Plan:   Social Worker

   Staff Member:   FROMBERG,BEVERLY (000412)

D-000494

Report Date: 05/23/2011                              Page 10 of 29

                          Waco Center for Youth
                                Waco, TX

                          TREATMENT PLAN REVIEW

Client·Name: EJEM,JUSTIN            Episode Start Date: 09/10/2007
Assigned ID: 000238798              Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992           Data Entry By (Login): FROMBERG BEVERL
Episode Number: 2                   Data Entry Date: 07/23/2008


        Comments:   TREATMENT TEAM COORDINATOR

**_DISCUSSION WITH PATIENT_**
    Psychiatric Issues:
        During the 54 day treatment review period he continued to have some
        difficulty. He was hyperactive and disruptive.  On 10/10/07 his Concerta
        was increased to 54 mg qam.  His Depakote was therapeutic. He had some
        peer conflict.  He tended to agitate his peers and was agitated by them.
        He worked his way up to a level B but it dropped to an A for focused
        physical aggression.  He and another peer were yelling at each other and
        it turned into a minor physical altercation. He continued to have a hard
        time staying focused.  He was disruptive in the classroom. He was started
        on Strattera 25 mg qam on 10/24/07. He continued to be hyperactive and
        disruptive. He was having some peer conflicts.  He got angry with a peer
        on 10/30/07 and pushed the peer.  He acted as if her were going to attack
        the peer and was restrained. He received Thorazine 50 mg by mouth.  He
        was respectful towards staff and tried to comply with the rules.  On
        10/31/07 his Strattera was increased to 40 mg qam.  He did not have any
        acute medical issues during this review period.  He remained a level A at
        the end of the review period.

    Nursing Issues:
        Discussed with patient importance of establishing and maintaining healthy
        diet. Reviewed current medications, dosage, targeted behaviors, common
        side effects, and importance of maintaining regimen. Also discussed
        patient's responsibility for knowing medications and related health
        information.

    Social Issues:
        MILEU: It seems that Justin has days where he is compliant and days where
        he is not. Staff report that Justin is constantly hyperactive, sometimes
        disruptive, and continually impulsive. He also usually takes
        responsibility for his actions. He takes care of his hygiene, but he does
        not keep his room clean.  Justin presents to others has having a hard
        time concentrating and he is unable to retell the staff what they have
        said to him when he is redirected. Justin masks his inability to
        concentrate by being overly respectful and curteous towards the staff.
        When asked what he is doing, he often replys that he is trying to comply
        with the rules. During this review period Justin has been having many
        peer conflicts and had a serious conflict on 10/30/2007 and was
        restrained. Apparently he pushed a peer and acted as if he were going to
        attack. While restrained Justin agreed to take Thorazine 50 mg by mouth.

D-000495

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): FROMBERG BEVERL
Episode Number: 2                    Data Entry Date: 07/23/2008


SCHOOL: Ms. Spradling, a teacher from Axtell ISD, is meeting Justin's
educational needs in an on-unit classroom.  School staff report that
Justin gets frustrated with his peers at times and that he is often
argumenative with the staff and with his teachers. He sometimes hums to
himself or talks to himself in the classroom. Mrs. Spradling reports that
Justin is disruptive and overly talktive while in class. She states that
he is hyperactive and he talks out of turn and intrudes in other clients
buisness when she is talking with them and not with him.

INDIVIDUAL: Justin meets with Beverly Fromberg LMSW, TTC weekly.
Individual sessions  during this review period were focused on
Interpersonal functioning, behavior management, and family functioning.
Justin usually talks about events that are occurring on the unit that
have him feeling really frustrated. Justin is unable to identify his role
in many of his conflicts and
continues not to acknowledge self-responsiblity for his bossy statements
and argumenative responses. Justin appears to lack the cognitive
abilities to look at alternative ways to handle his relationships and his
conflicts. He is currently unable to understand that he has thinking
distortions. Justin  is also concerned about his future and he believes
he will continue to have problems with his step-mother when he returns
home. He is very distressed about her behaviors towards him and he has
also shared that his father always sides with her.

FAMILY: Justin's father participated in person for his 24 day review and
by phone conference for his 54 day review. Mr. Ejem was also always
available to talk with this S.W. and with Justin whenever he was called.
Mr. Ejem participated in family therapy via telephone conference weekly
during this review period. He would usually talk to Justin about his
behaviors and how they were preventing Justin from obtaining higher
scores and higher behavior levels. Mr. Ejem was both supportive and
critical in his conversations with Justin.

GROUP: Ms. Tancy Horn-Johnson, LCSW, was assigned to provide group
session on the Trinity Unit
during this review period. CBT and Goal Setting were the topics recently
covered in group. At Check in Justin was good at providing his two
feeling words and he often expressed that he was happy and or lonely.
During the group Justin had to be redirected to raise his hand before
speaking and he was so talkative that he had to be prompted to allow
others time to talk or provide comments. Staff stated that although Justin
was generally overly talkative and somewhat disruptive, he was also

Report Date: 05/23/2011                              Page 12 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): FROMBERG BEVERL
Episode Number: 2                        Data Entry Date: 07/23/2008

usually an active participant that provided pertinent feedback in all
discussions. Justin also routinely completed check out without any
problems designating appropriate scores to his peers.


COD EDUCATION CLASS: During this review period, the COD-E substance abuse
education class was
led by Harolyn Brooks, LMSW  and addressed the topics of nicotine,
alcohol, marijuana, hallucinogens, and media literacy.  These classes
explored the various substances and how they effect the body, brain, and
mental health. Also discussed were coping skills and refusal skills.
Justin has stated that he has not used substances and plans not to use.
In class Justin is an active participant in the discussions. He often has
a difficult time remaining focused, but usually only requires minimal
redirection. He also tends to exhibit positive interaction with peers and
the staff while in these classes.



Rehabilitation Issues:
Habilitation and recreational services were provided this review period
by designated instructors.  This resident has participated in scheduled
activities with the assigned cottage group. Ms. Sue Lee, RAP instructor
stated that Justin actively participated in most activities
she facilitated and that remarked that Justin like to play with clay and
was good at doing puzzles.


Patient Understands His/Her Rights:    Yes

Family/SignificantOther Involved In Treatment:    Yes

Patient/Family/LAR Comments:
Mr. Ejem was supportive towards Justin and told the team how much he
appreciated each of us working with his son. He stated how much he wants
Justin to get to be a level D so that he can come home on a furlough.

***EDUCATION NEEDS***
New Education Issues Identified:    No

D-000497

Report Date: 05/23/2011                              Page 13 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): FROMBERG BEVERL
Episode Number: 2                       Data Entry Date: 07/23/2008

Education Issues Addressed:   Yes

Social Education:
   Justin receives social education through his participation in the general
   treatment program at WCY. Social skills are a part of the Campus
   Behavioral System, and Justin's individual treatment program. Justin
   continues to need to learn more appropriate social skills in his
   interactions with authority figures and in his interactions with his
   peers. Staff report that Justin acts like Junior staff and is entirely
   too bossy with his peers.

Dietary/Nutrition Education:
   General nutrition education is provided on a daily basis.  Group
   discussions, with the dietitian, over various nutrition topics are held
   once per week on the Trinity unit. The dietician has seen Justin in
   Nutrition group and on an individual basis. She has the following goals:
   Promote weight gain towards a normal/healthy BMI by encouraging
   appropriate intake of meals & snacks provided by the food service
   department.  Encourage healthy diet and lifestyle choices.

Education Comments:
   Axtell ISD School officials provide educational services to Justin as
   defined in his IEP for the minimum number of hours per week required by
   TEA. His assigned teacher, Mrs. Spradling, provides a full schedule of
   academic programming commensurate with the core materials required for
   graduation and tailored to Justin's intellectual abilities and learning
   needs.

***DISCHARGE READINESS***
   Discharge Status:   Continued Hospitalization Required

   Discharge Comment:
   The plan is for Justin to discharge home to live with his family. Justin
   has outstanding charges and must discharge successfully from WCY for
   those charges to be dropped.

   Can Patient Meet Life, Safety, and Living Needs:   No

   Does Patient Have Social And/Or Family Support:   Yes

   Projected Length of Stay:   6 to 9 months

D-000498

Report Date: 05/23/2011                          Page 14 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): FROMBERG BEVERL
Episode Number: 2                        Data Entry Date: 07/23/2008


MHA/BHO/VA:   Bluebonnet Trails Community MHMR

Representative:   Hope Moreno, Continuity of care

Phone #:   512-244-8377

Patient In Agreement:   Yes

Patient Comment:
    Justin wants to work on his issues with his family so that he may
    discharge home successfully.

Family/SignificantOther In Agreement:   Yes

Family/SignificantOther Comment:
    Justin's father is willing to participate in face to face therapy once a
    month and phone conferencing every other week. He very much wants Justin
    to discharge successfully.

MHA Agreement With Treatment Plan:   Unknown

MHA Comment:
    Aftercare Coordinator, Janice Kelly, will contact the LMHA liaison with
    information about Resident's needs so that a supportive community
    aftercare plan can be developed.

D-000499

Report Date: 05/23/2011                              Page 15 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): FROMBERG BEVERL
Episode Number: 2                    Data Entry Date: 07/23/2008

### *GENERAL INFORMATION*
Review Date:   12/05/2007

Review Time:   11:00 AM

Draft/Final:   Final

Review Author:   FROMBERG,BEVERLY (000412)

Type of Staffing:   Treatment Plan Review

Primary Language:   English

Is the Preferred Language English:   Yes

### *PARTICIPANTS*
Role In MH Treatment Plan:   Patient

Other Participant:   JUSTIN EJEM

Comments:   90 DAY TPR

### *PARTICIPANTS*
Role In MH Treatment Plan:   Family/SignificantOther/LAR

Other Participant:   RICKY EJEM

Comments:   PARTICIPATED VIA PHONE CONFERENCE

### *PARTICIPANTS*
Role In MH Treatment Plan:   Registered Nurse

Staff Member:   DAWSON,ROSE (000383)

### *PARTICIPANTS*
Role In MH Treatment Plan:   Physician/Provider

Staff Member:   ANCHA,LAKSHMI (000496)

### *PARTICIPANTS*
Role In MH Treatment Plan:   Social Worker

Staff Member:   FROMBERG,BEVERLY (000412)

D-000500

Report Date: 05/23/2011                                    Page 16 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): FROMBERG BEVERL
Episode Number: 2                        Data Entry Date: 07/23/2008


### *DISCUSSION WITH PATIENT*

Psychiatric Issues:

Patient's father, Mr. Ejem, was on the speaker phone. According to the
staff patient has done fairly well the past month, although he continues
to exhibit inattention and hyperactivity. Patient has difficulty sitting
still. He is also hyper-talkative and disruptive in the class. He has
difficulty following directions and needs multiple redirections,
although he is very respectful and is trying very hard to maintain
appropriate behaviors. He is also struggling to keep his level B Staff
reports indicate that he continues to have difficulty with hygiene and
has a messy room. He would rather play with puzzles and knickknacks than
cleaning up his room. Patient's father stated that patient has a pattern
of doing well for sometime and then becoming lazy. His father repeatedly
insisted that patient needs to try to control his excessive talking and
his disruptive behaviors. According to the TTC a family therapy session
will be set up to address some of the relationship issues between the
patient and his family.

I will increase patient's Concerta to 36 mgs. two tablets po in the
morning for ADHD. This was discussed with the patient's father and
consent was obtained again. Will continue Depakote 250 mgs. one tablet
po in the morning and 500 mgs. po at bedtime. Will continue Strattera 30
mgs. one tablet po twice a day. Also will continue Neutrogena Soap to
face bid for mild facial acne and Stridex Pad at bedtime.  Patient
denied any side effects from medications. He is eating and sleeping
fairly well. His current weight is 112.8 pounds and his height is about
66.25 inches. Will order follow-up labs including CBC, CMP and thyroid
function tests.


Nursing Issues:

Discussed with patient importance of establishing and maintaining healthy
diet. Reviewed current medications, dosage, targeted behaviors, common
side effects, and importance of maintaining regimen. Also discussed
patient's responsibility for knowing medications and related health
information. Justin knows he has problems with hyperactivity, but is
usually willing to be redirected after some discussion. At times he is
argumentative and doesn't really want ADHD meds to be increased much. He
has stated it didn't work for me before to be on much medicine. He has
been some better since Concerta and Strattera were increased and Zoloft
was started to help with argumentative, anger issues. He also has a
concern about not gaining weight, that is mostly due to throwing away his

D-000501

Report Date: 05/23/2011                           Page 17 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): FROMBERG BEVERL
Episode Number: 2                       Data Entry Date: 07/23/2008

food at noon mealtime. Dietary and staff are keeping an eye on his eating
habits and dietary put him on a high calorie diet with shakes at
snacktime to help resolve the issue. His dad has been informed of what
has been tried, like extra entrees/portions, that didn't really work.


Social Issues:
MILEU: Justin's behavior on the unit has been better recently; however,
the staff report that he continues to have problems cleaning up his room
in the morning and he still interferes when the staff are trying to
address another client's issues.

STAY HEALTHY: Justin does not know his current medications, common side
effects, or their importance. He also fails to recognize that
maintaining a consistent regimen his how he will stablize.

PARTICIPATE ACTIVELY: Staff report that Justin attends all programing;
however, his level of participation is often influenced by his level of
hyperactivity at any given time. It is reported that he will often take a
self initiated time out during RAP activities as his excitablity becomes
so great during sports that he is greatly impaired and may harm himself.

AVOID NEGATIVE BEHAVIOR: Justin has been observed telling other clients
to shut up. He also behaves as Jr. staff and is continually telling his
peers what to do.

REMEMBER TO FOLLOW INSTRUCTIONS: Justin often has a problem following
instructions in school as he is repeatedly told to stop talking. He has
also been told to turn in his work no matter how messy it is so that he
can get a grade and at times he continues to crumple up his work when he
thinks it is too messy to turn in.

KINDNESS AND RESPECT: Justin has difficulty showing kindness and respect
it is charted frequently that he has been argumenative with staff and or
his peers.

SCHOOL: Staff consistently report that Justin is too talkative in class.
Mrs. Spradling has frustration with Justin because he spends hours on one
assignment and then tears it up if he doesn't think he has written it
appropriately. Mrs. Spradling states that she has cut down Justin's
assignments so that he will get something done and turned in. Overall
Justin is struggling in school his behavior is disruptive and he is

D-000502

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): FROMBERG BEVERL
Episode Number: 2                           Data Entry Date: 07/23/2008

making failing grades because he is not turning enough legible work into
the teacher to be graded.

GROUP: Staff report that Justin is an active participant in group that
usually requires redirection for speaking out of turn.

INDIVIDUAL: Justin attends individual sessions with Beverly Fromberg
LMSW, TTC for atleast an hour weekly. It seems that Justin requires
interventions more than once a week so usually individual therapy occurs
in 20 minute segments 3 times per week. Sessions are usually focused on
Justin's behaviors on the unit and in the classroom. Justin appears to be
unable to take responsibility for his behaviors and often blames someone
or something else for his problems.

FAMILY: This SW and Justin speak with his father weekly. His father is
very supportive and encourages Justin to do better. Sometimes however,
Mr. Ejem can be a little harsh in his criticisms of Justin and at those
times he reacts as if Justin is making concious decisions to behave the
way he does. This therapist believes that Justin wants to improve, but
appears to be having a hard time dealing with his ADHD symptoms and his
tendencies to be bossy.

PSYCH EDUCATION CLASS: Justin attends this class weekly. The facilitator
is Harolyn Brooks. Ms. Harolyn reports that Justin participates in class
with some redirection. Recently the class focus was on" EFFECTIVE
COMMUNICATION SKILLS" Justin eagerly participated in the role playing
exercises. Justin also demonstrate that he could handle rejection
appropriately when none of the other boys wanted him to be their partner.
Another recent class covered social skills and Ms. Harolyn reported that
Justin was very honest about the behavioral things he needs to work on to
improve his overall social skills.

Rehabilitation Issues:
    Music therapy services are being provided by Rebecca Hutchins, Music
    Therapist-Board Certified. Justin began attending music therapy in the
    middle of this review period.  Music therapy sessions have addressed
    Justin's objectives of improved emotional- and self-expression skills,
    increased impulse control, and improved communication skills.  The
    sessions have addressed these objectives via music listening/singing,
    instrument playing, song writing, movement to music, game play, and group
    discussion.  Justin has made excellent progress toward his objectives and
    will continue to be enrolled in music therapy.

D-000503

Report Date: 05/23/2011                                    Page 19 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): FROMBERG BEVERL
Episode Number: 2                         Data Entry Date: 07/23/2008

Dietary/Nutrition Issues:
   Justin has been receiving extra portions of food in an effort to increase
   his weight. After coming to WCY, he initially lost weight. Justin tells
   me that he eats 100% of his meals and snacks, but unit staff tell me that
   he picks at his food and spends his meal time talking and playing rather
   than eating. Extra calories were added to his diet, and he has been
   gaining weight slowly, but staff say that he is still not eating as much
   as he should, and this is evident by his weight. His weight has
   increased by 3# over the past month. His height is 66.5" and his weight
   is 113#. Justin has a BMI (body mass index) of 17.96 which falls at the
   14th percentile for his age & gender and is considered to be at the lower
   limits of the healthy weight range. His nutritional needs are estimated
   to be 3300 calories and 60 grams of protein per day which his diet
   adequately provides. He is currently on a regular diet with extra
   portions. In addition, Justin receives high calorie shakes with his
   snacks twice per day. He is receiving approximately 3900 calories and
   130 grams of protein per day. I have recommended to Justin that he eat
   100% of his meals & snacks everyday. Goals: Promote weight gain towards
   his ideal body weight by encouraging appropriate intake of meals & snacks
   provided by the food service department. Encourage daily physical
   activity and exercise. Encourage active participation during nutrition
   education group discussions and activities. Continue regular diet with
   extra entrees & sides along with high calorie shakes at snack time.
   Monitor weight. Nutritional level of care: III.

**EDUCATION NEEDS**
   New Education Issues Identified:    No

   Education Issues Addressed:    Yes

   Dietary/Nutrition Education:
   General nutrition education is provided on a daily basis. Group
   discussions with the dietitian, over various nutrition topics, are held
   once per week on his unit. Justin always attends these groups, but he
   requires almost constant redirection to stay on topic and not interrupt.
   Topics that have been discussed over the past 90 days include: diabetes,
   pomegranates, turkey, pumpkins, peanut butter, apples, popcorn, food
   labels, pizza, calories, potatoes, cheese, and food safety.

   Education Comments:
   Axtell ISD school officials provide educational services to Justin as
   defined in his IEP for the minimum number of hours per week required by

D-000504

Report Date: 05/23/2011                                    Page 20 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): FROMBERG BEVERL
Episode Number: 2                        Data Entry Date: 07/23/2008

    TEA.  The assigned teacher, Mrs. Spradling  provides a full schedule of
academic programming commensurate with the core materials required for
school graduation and tailored to Justin's intellectual abilities and
learning needs.

### *DISCHARGE READINESS*
Discharge Status:   Continued Hospitalization Required

Discharge Comment:
    Provided that Justin recognizes the need to be a cooperative member of
the household through an absence of oppositional, aggressive, demanding
and manipulative behaviors, the discharge plan is for Justin to
successfully complete the WCY program and discharge home to live with his
family.

Can Patient Meet Life, Safety, and Living Needs:   No

Does Patient Have Social And/Or Family Support:   Yes

Projected Length of Stay:   6 to 9 months

MHA/BHO/VA:   Bluebonnet Trails Community MHMR

Representative:   Hope Moreno, Continuity of care

Phone #:   512-244-8377

Patient In Agreement:   Yes

Patient Comment:
    Justin understands that he must follow the SPARK goals in all activities
and climb the level system in order to discharge successfully.

Family/SignificantOther In Agreement:   Yes

Family/SignificantOther Comment:
    Mr. Ejem has said that Justin must discharge sucesssfully or his family
violence charge could lead to him being placed in TYC.

MHA Agreement With Treatment Plan:   Unknown

MHA Comment:
    The LMHA is invited to attend all treatment plan reviews.  The facility

D-000505

Report Date: 05/23/2011                              Page 21 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): FROMBERG BEVERL
Episode Number: 2                         Data Entry Date: 07/23/2008

    Aftercare Coordinator will keep the LMHA informed about the resident's
    progress in placement, furloughs and discharge planning process.

D-000506

Report Date: 05/23/2011                                    Page 22 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                       Data Entry Date: 03/20/2008

### GENERAL INFORMATION
Review Date:   03/12/2008

Review Time:   12:00 PM

Draft/Final:   Final

Review Author:   JEFFREY,DERREL (000431)

Type of Staffing:   Treatment Plan Review

Primary Language:   English

### PARTICIPANTS
Role In MH Treatment Plan:   Patient

Other Participant:   Justin Ejem

Comments:   180 day

### PARTICIPANTS
Role In MH Treatment Plan:   Family/SignificantOther/LAR

Other Participant:   Lynn Ejem

Comments:   Participated by phone

### PARTICIPANTS
Role In MH Treatment Plan:   Physician/Provider

Staff Member:   ANCHA,LAKSHMI (000496)

### PARTICIPANTS
Role In MH Treatment Plan:   Registered Nurse

Staff Member:   DAWSON,ROSE (000383)

### PARTICIPANTS
Role In MH Treatment Plan:   Social Worker

Staff Member:   JEFFREY,DERREL (000431)

### PARTICIPANTS

D-000507

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                         Data Entry Date: 03/20/2008

Role In MH Treatment Plan:   Mental Health Worker

Staff Member:   WACHSMANN,ROBERT (000462)

### REVIEW OF R/S
Three or More Restraint/Seclusion Events Within 30 Days:   No

# Restraint Events Since Last Review:   0

# Seclusion Events Since Last Review:   0

### DISCUSSION WITH PATIENT
Social Issues:
Milieu:
Milieu services are provided by residential/nursing staff under the
supervision of Rose Dawson, RN.  Since his last review on 12/5/08, Justin
has had some problems interacting with peers. He has had to take prn
medication on several occasions due to being upset. He continues to
agitate, and allow peers to agitate him. However, recently he has begun
to make some changes.
Stay healthy:
Since his last review, Justin has completed his hygiene routines, taken
all his medications, and followed all doctors' orders.
Participate actively:
Since his last review, Justin has had some problems engaging in
programming; however, he has recently started actively and appropriately
participated.
Avoid high risk behavior:
Since his last review, Justin has engaged in some high risk behaviors by
instigating and agitating peers, resulting in the need for prn medication.
Remember to follow instructions:
Since his last review, Justin has had problems following instructions,
but lately has generally been able to follow staff directions; however,
many times he is slow to follow directions.
Kindness and respect:
Since his last review, Justin has had some problems in this area, but
recently he has started improving.

Individual therapy:
Individual therapy services are provided by Derrel Jeffrey, LMSW.  Justin
has attended therapy sessions once per week. Individual sessions have
addressed peer interactions  not allowing peers to agitate him, and his
goals of anger management. Also, sessions have been utilized to assist

D-000508

Report Date: 05/23/2011                                      Page 24 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                         Data Entry Date: 03/20/2008

        Justin in his preparation for discharge.

        Group therapy:
        Group therapy services are provided by Derrel Jeffrey, LMSW, four times a
        week for a total of two hours. Topics include: cognitive distortions,
        cognitive restructuring, anger management, and peer interactions.  Justin
        has attended most therapy groups, refusing to attend on 2/15/08. Justin
        is usually engaged in group discussion, less disruptive, and is improving
        in his impulse control.

        Family therapy:
        Family therapy services are provided by Derrel Jeffrey, LMSW.  There have
        been several phone contacts with Justin's parents, Rick and Lynn Ejem, as
        well as one family session.

        Education services:
        Education services are provided by Axtell ISD, Rene Spradling, teacher.
        For the most part, Justin's behavior is consistent with other programming.

        Rehabilitation services:
        Rehab services are provided by Sue Lee. Cheyenne usually participates
        fully with Rehab activates at times choosing to sleep. His behavior is
        consistent with his behavior in other areas.

## *DISCHARGE READINESS*
        Discharge Status:    Continued Hospitalization Required

        Discharge Comment:
        The discharge plan is for Justin to successfully complete the WCY program
        and discharge home to live with his family. Provided that Justin
        recognizes the need to be a cooperative member of the household through
        an absence of oppositional, aggressive, demanding and manipulative
        behaviors.

        Can Patient Meet Life, Safety, and Living Needs:   No

        Does Patient Have Social And/Or Family Support:   Yes

        Projected Length of Stay:   2 to 3 months

        MHA/BHO/VA:   Bluebonnet Trails Community MHMR

        Representative:   Hope Moreno, Continuity of care

D-000509

Report Date: 05/23/2011                                    Page 25 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                           Data Entry Date: 03/20/2008


Phone #:   512-244-8377

Patient In Agreement:   Yes

Patient Comment:
    Justin understands that he must follow the SPARK goals in all activities
    and climb the level system in order to discharge successfully.

Family/SignificantOther In Agreement:    Yes

Family/SignificantOther Comment:
    Mr. Ejem has said that Justin must discharge sucesssfully or his family
    violence charge could lead to him being placed in TYC.

MHA Agreement With Treatment Plan:    Unknown

MHA Comment:
    The LMHA is invited to attend all treatment plan reviews.  The facility
    Aftercare Coordinator will keep the LMHA informed about the resident's
    progress in placement, furloughs and discharge planning process.

D-000510

Report Date: 05/23/2011                          Page 26 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                    Data Entry Date: 04/08/2008

### *GENERAL INFORMATION*
Review Date:   03/12/2008

Review Time:   10:30 AM

Draft/Final:   Final

Review Author:   JEFFREY,DERREL (000431)

Type of Staffing:   Treatment Plan Review

Primary Language:   English

Is the Preferred Language English:   Yes

### *PARTICIPANTS*
Role In MH Treatment Plan:   Patient

Other Participant:   Justin Ejem

Comments:   180 day

### *PARTICIPANTS*
Role In MH Treatment Plan:   Family/SignificantOther/LAR

Other Participant:   Lyn Ejem

### *PARTICIPANTS*
Role In MH Treatment Plan:   Physician/Provider

Staff Member:   ANCHA,LAKSHMI (000496)

### *PARTICIPANTS*
Role In MH Treatment Plan:   Registered Nurse

Staff Member:   DAWSON,ROSE (000383)

### *PARTICIPANTS*
Role In MH Treatment Plan:   Mental Health Worker

Staff Member:   WACHSMANN,ROBERT (000462)

### *PARTICIPANTS*

D-000511

Report Date: 05/23/2011                                    Page 27 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN             Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                    Data Entry Date: 04/08/2008


     Role In MH Treatment Plan:   Social Worker

     Staff Member:   JEFFREY,DERREL (000431)

**REVIEW OF R/S**
     Three or More Restraint/Seclusion Events Within 30 Days:   No

     # Restraint Events Since Last Review:   0

     # Seclusion Events Since Last Review:   0

**DISCUSSION WITH PATIENT**
     Psychiatric Issues:
          03-12-08 180 Day Treatment Plan Review
          Patient's father, Rick Ejem, and his stepmother, Lynn, were on the
          speaker phone.  Patient has been doing somewhat better during the past
          three months.  Although, he continues to have difficulty getting along
          with peers and is frequently seen to get into conflicts and is
          argumentative.  He is slow to follow staffs' directions and continues to
          exhibit oppositional behaviors.  He frequently gets into arguments and
          has difficulty recognizing his behaviors and accepting responsibility for
          them.  He is also seen to frequently interrupt conversations and
          frequently is demanding.  He continues to exhibit low frustration
          tolerance and poor impulse control.  He also has difficulty maintaining
          his attention and is sometimes easily distractible.  Although, he
          continues to exhibit motivation to improve his behaviors.  He also is
          respectful towards the staff and shows kindness and is always willing to
          help with different activities on the unit.  Patient required prn doses
          of emergency medications to help him calm down on several occasions.
          Although, he has been doing fairly well during the past two to three
          weeks.  He appears to be responding to the mood stabilizer, Seroquel, and
          denied any side effects.  Patient also was started on Zoloft 25 mgs.  ½
          tablet and the dosage was increased to 1 mg. in an attempt to help with
          his anxiety and depression.  Patient initially responded well to it but
          gradually became somewhat irritable and hyperactive and it was
          discontinued.  Patient was subsequently started on Seroquel for mood
          stabilization to which he is responding well.  Concerta also was
          increased to 72 mgs. to help with the ADHD to which he is responding
          well.  The dosage of Depakote was titrated to 500 mgs. every morning and
          at bedtime.

          Patient appears to participate actively in individual and group therapy.
          He is receiving family therapy with his father and stepmother.  Patient

D-000512

Report Date: 05/23/2011                                    Page 28 of 29

Waco Center for Youth
Waco, TX

TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                       Data Entry Date: 04/08/2008

seems to respond to suggestions fairly well and is willing to work hard
and maintain appropriate behavior.  He is also willing to try to improve
his relationship with his younger brother and show more kindness towards
him.  In addition, patient's family also appears to be supportive of the
patient and are willing to improve their relationship in an attempt to
have the patient discharged from the Waco Center for Youth.  Patient's
family plans to visit the patient in the furlough house during Easter and
will take the patient on 03-21-08 at 4:00pm and return on 03-22-08 at
1:30pm.

Patient was appropriately dressed and groomed.  His mood was pleasant and
his affect was bright.  His activity level was appropriate for age.  He
seemed to be maintaining fairly good attention and concentration.  No
evidence of psychotic symptoms.  No tics or AIMS.  No suicidal and/or
homicidal ideations.  Patient's insight appears to be improving.

I will continue the patient on Depakote 500 mgs. po every morning and at
bedtime, Concerta 72 mgs. every morning.  I will increase Seroquel to 150
mgs. po each morning and at noon and 200 mgs. po at bedtime.  Continue
Benadryl 75 mgs. po at bedtime.


**_DISCHARGE READINESS_**
Discharge Status:    Continued Hospitalization Required

Discharge Comment:
    The discharge plan is for Justin to successfully complete the WCY program
    and discharge home to live with his family. Provided that Justin
    recognizes the need to be a cooperative member of the household through
    an absence of oppositional, aggressive, demanding and manipulative
    behaviors.

Can Patient Meet Life, Safety, and Living Needs:    No

Does Patient Have Social And/Or Family Support:    Yes

MHA/BHO/VA:    Bluebonnet Trails Community MHMR

Representative:    Hope Moreno, Continuity of care

Phone #:    512-244-8377

D-000513

Report Date: 05/23/2011                                    Page 29 of 29

                        Waco Center for Youth
                             Waco, TX

                      TREATMENT PLAN REVIEW

Client Name: EJEM,JUSTIN           Episode Start Date: 09/10/2007
Assigned ID: 000238798             Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992          Data Entry By (Login): JEFFREY DERREL
Episode Number: 2                  Data Entry Date: 04/08/2008


    Patient In Agreement:   Yes

    Patient Comment:
       Justin understands that he must follow the SPARK goals in all activities
       and climb the level system in order to discharge successfully.

    Family/SignificantOther In Agreement:   Yes

    Family/SignificantOther Comment:
       Mr. Ejem has said that Justin must discharge sucesssfully or his family
       violence charge could lead to him being placed in TYC.

    MHA Agreement With Treatment Plan:   Unknown

    MHA Comment:
       The LMHA is invited to attend all treatment plan reviews.  The facility
       Aftercare Coordinator will keep the LMHA informed about the resident's
       progress in placement, furloughs and discharge planning process.

D-000514