Report Date: 05/23/2011                                    Page 1 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): MUNDY SHEILA
Episode Number: 2                    Data Entry Date: 09/19/2007

### *GENERAL INFORMATION*
Assessment Date:   09/19/2007

Assessment Time:   01:34 PM

Draft/Final:   Final

Assessing Clinician:   MUNDY,SHEILA (000399)

Local Case #:   68013126

Primary Language:   English

### *MEDICATIONS*

Medication Comments:
PSYCHOTROPICS:
1)Depakote 250 mg po bid

NON-PSYCHOTROPICS:
1)Neutrogena soap bid for mild facial acne
2)Stridex Pad at hs

DIET: Regular        Admit Weight = 116#
ALLERGIES: Nasal Pan Mist

DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
Relational Problem
II: No diagnosis
III: None

PLAN:
1)Will talk to his family about starting a stimulant medication.
2)He states that he was not taking his Depakote prior to admission.  Will
recheck a level in 10 days.

Updated Medication Regimen:
1)Depakote 250 mg po bid

### *NOTE*
Please Check all Note Types that apply before continuing!

D-000280

Report Date: 05/23/2011                                    Page 2 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): MUNDY SHEILA
Episode Number: 2                       Data Entry Date: 09/19/2007

Note:
    DATE: 9/9/071
    LEVEL: A

    MEDICAL PROBLEMS: Denies.
    LABS: His Depakote was <10 UG/ML.  His chemistry profile, thyroid
    profile, CBC, RPR, and UA were WNL.

    RESPONSE TO MEDICATIONS: He continues to have a lot of hyperactivity.  He
    is impulsive at times.  He has been feeling homesick and cries
    occasionally.

    MEDICATION SIDE EFFECTS: Denies.

    PROGRESS: He is kind and respectful.  He is compliant with the rules.  He
    occasionally agitates his peers with his hyperactivity.

    MSE: He is neatly groomed, fidgety, makes fair eye contact, has a
    euthymic affect, speech normal in rate, tone, and volume, thought process
    logical, no SI or HI, no psychosis, insight and judgment intact.

    SCHOOL: He is occasionally disruptive in the classroom secondary to his
    hyperactivity.

    FAMILY: His step-mother reported to his therapist that he has been
    homesick.

    —

    Algorithm:   None

D-000281

Report Date: 05/23/2011                              Page 3 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798                Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992             Data Entry By (Login): MUNDY SHEILA
Episode Number: 2                     Data Entry Date: 09/26/2007

### *GENERAL INFORMATION*
Assessment Date:   09/26/2007

Assessment Time:   03:01 PM

Draft/Final:   Final

Assessing Clinician:   MUNDY,SHEILA (000399)

Local Case #:   68013126

Primary Language:   English

### *MEDICATIONS*

Medication Comments:
  PSYCHOTROPICS:
  1)Depakote 250 mg po bid

  NON-PSYCHOTROPICS:
  1)Neutrogena soap bid for mild facial acne
  2)Stridex Pad at hs

  DIET: Regular        Admit Weight = 116#
  ALLERGIES: Nasal Pan Mist

  DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
  Relational Problem
  II: No diagnosis
  III: None

  PLAN:
  1)Will talk to his family about starting a stimulant medication.
  2)He states that he was not taking his Depakote prior to admission.  Will
  recheck a level in 10 days.

  Updated Medication Regimen:
  1)Depakote 250 mg po bid

### *NOTE*
Please Check all Note Types that apply before continuing!

D-000282

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): MUNDY SHEILA
Episode Number: 2                       Data Entry Date: 09/26/2007

Note:
    DATE: 9/26/07
    LEVEL: A

    MEDICAL PROBLEMS: Denies. His current weight is 118#
    LABS: On 9/20/07 his Depakote level was 46.8 UG/ML.  His chemistry
    profile was WNL.  His thyroid profile was significant for a decreased T4
    of 4.8 UG/DL.

    RESPONSE TO MEDICATIONS: He was started on Concerta 27 mg qam on 9/19/07.
    He continues to be hyperactive and impulsive. He horseplays at timesms.
    He gets easily stimulated. He has been having some trouble sleeping at
    night and on 9/22/07 he was started on Benadryl 50 mg qhs prn insomnia.
    He feels homesick occasionally.  He cries occasionally.

    MEDICATION SIDE EFFECTS: Denies.

    PROGRESS: He tries to comply, but has a hard time staying still and
    controlling his impulses.

    MSE: He is neatly groomed, fidgety, dances around, has a hard time
    sitting still, euthymic affect, speech normal in rate,  tone, and volume,
    no SI or HI, no psychosis, insight and judgment intact.

    SCHOOL: He is hyperactive in school.

    FAMILY: No acute issues.


    Algorithm:   None

D-000283

Report Date: 05/23/2011                                    Page 5 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): MUNDY SHEILA
Episode Number: 2                       Data Entry Date: 10/03/2007

### *GENERAL INFORMATION*
Assessment Date:   10/03/2007

Assessment Time:   01:26 PM

Draft/Final:   Final

Assessing Clinician:   MUNDY,SHEILA (000399)

Local Case #:   68013126

Primary Language:   English

### *MEDICATIONS*

Medication Comments:
  PSYCHOTROPICS:
  1)Depakote 250 mg qam and 500 mg qhs
  2)Concerta 27 mg qam

  NON-PSYCHOTROPICS:
  1)Neutrogena soap bid for mild facial acne
  2)Stridex Pad at hs

  DIET: Regular        Admit Weight = 116#
  ALLERGIES: Nasal Pan Mist

  DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
  Relational Problem
  II: No diagnosis
  III: None

  PLAN:
  1)Will increase Depakote to 500 mg bid. Will repeat a level next week
  (10/11/07).
  2)Once Depakote is therapeutic will continue titrating the Concerta to a
  therapeutic dose.

  Updated Medication Regimen:
  1)Depakote 500 mg bid
  2)Concerta 27 mg qam

D-000284

Report Date: 05/23/2011                                      Page 6 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): MUNDY SHEILA
Episode Number: 2                       Data Entry Date: 10/03/2007

**_NOTE_**
Please Check all Note Types that apply before continuing!

   Note:
      DATE: 10/3/07 -  24 day treatment review period
      LEVEL: A

      MEDICAL PROBLEMS: Denies. HIs current weight is 111.4#
      LABS: His Depakote level was 65.2 UG/ML.

      RESPONSE TO MEDICATIONS: On 9/26/07 his Depakote was increased to 250 mg
      qam and 500 mg bid. He continues to have some hyperactivity.  He is
      impulsive and disruptive.  He tends to agitate his peers and disrupts the
      unit. When he gets redirected he gets angry and punches his fists in his
      hands.

      MEDICATION SIDE EFFECTS: Denies.

      MSE: He is neatly groomed, makes good eye contact, is not as hyperactive,
      has a euthymic affect, speech normal in rate, tone, and volume, no SI or
      HI, no psychosis, insight and judgment intact.

      SCHOOL: He is loud and disruptive in school.  He has trouble acting
      independently.

      FAMILY: His family participated in person.

   Algorithm:   None

D-000285

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): MUNDY SHEILA
Episode Number: 2                       Data Entry Date: 10/10/2007

### GENERAL INFORMATION
Assessment Date:    10/10/2007

Assessment Time:    02:48 PM

Draft/Final:    Final

Assessing Clinician:    MUNDY,SHEILA (000399)

Local Case #:    68013126

Primary Language:    English

### MEDICATIONS

Medication Comments:
PSYCHOTROPICS:
1) Depakote 250 mg qam and 500 mg qhs
2) Concerta 27 mg qam

NON-PSYCHOTROPICS:
1) Neutrogena soap bid for mild facial acne
2) Stridex Pad at hs

DIET: Regular          Admit Weight = 116#
ALLERGIES: Nasal Pan Mist

DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
Relational Problem
II: No diagnosis
III: None

PLAN:
1) Depakote level due tomorrow.
2) Will increase Concerta to 54 mg qam to target ADHD symptoms.  He has
been on this dose in the past, so I do not anticipate any changes going
from 27mg to 54 mg.

Updated Medication Regimen:
1) Depakote 500 mg bid
2) Concerta 27 mg qam

D-000286

Report Date: 05/23/2011                                    Page 8 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): MUNDY SHEILA
Episode Number: 2                    Data Entry Date: 10/10/2007

**_NOTE_**
Please Check all Note Types that apply before continuing!

   Note:
       DATE: 10/10/07
       LEVEL: A

       MEDICAL PROBLEMS: Denies.

       LABS: Depakote level scheduled for tomorrow.

       RESPONSE TO MEDICATIONS: He continues to be hyperactive, loud, and
       disruptive.  He is easily frustrated.

       MEDICATION SIDE EFFECTS: Denies.

       PROGRESS: He has had more peer conflict.  He is cursing at them.  He has
       been argumentative with staff.

       MSE: He is neatly groomed, makes fair eye contact, restless, makes good
       eye contact, has a euthymic affect, speech normal in rate, tone, and
       volume,  no SI or HI, no psychosis, insight and judgment fair.

       SCHOOL: He has a hard time staying stil and quiet.  He is disruptive in
       the classroom.  He argues with the teachers.

       FAMILY: No acute issues.


   Algorithm:   None

D-000287

Report Date: 05/23/2011                              Page 9 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): MUNDY SHEILA
Episode Number: 2                       Data Entry Date: 10/17/2007

### GENERAL INFORMATION

Assessment Date:   10/17/2007

Assessment Time:   01:18 PM

Draft/Final:   Final

Assessing Clinician:   MUNDY,SHEILA (000399)

Local Case #:   68013126

Primary Language:   English

### MEDICATIONS

Medication Comments:
   PSYCHOTROPICS:
   1)Depakote 250 mg qam and 500 mg qhs
   2)Concerta 54 mg qam

   NON-PSYCHOTROPICS:
   1)Neutrogena soap bid for mild facial acne
   2)Stridex Pad at hs

   DIET: Regular        Admit Weight = 116#
   ALLERGIES: Nasal Pan Mist

   DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
   Relational Problem
   II: No diagnosis
   III: None

   PLAN:
   1)Will talk to his parents about adding on Strattera.

   Updated Medication Regimen:
   1)Depakote 500 mg bid
   2)Concerta 54 mg qam

### NOTE
Please Check all Note Types that apply before continuing!

D-000288

Report Date: 05/23/2011                                Page 10 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): MUNDY SHEILA
Episode Number: 2                         Data Entry Date: 10/17/2007

Note:
    DATE: 10/17/07
    LEVEL: A

    MEDICAL PROBLEMS: He went to the dentist 10/12/07.

    LABS: On 10/11/07 his Depakote level was therapeutic at 76.2 UG/ML.  His
    thyroid profile was significant for a decreased T4 of 4.8 UG/DL.  His TSH
    was WNL.

    RESPONSE TO MEDICATIONS: He continues to have some trouble with
    hyperactivity, but less so since increasing the Concerta. He changes the
    subject frequently when he is talking to others.  He has not been as loud
    on the unit, but continues to hum and talk out loud.  He feels like he
    did well on Strattera.

    MEDICATION SIDE EFFECTS: Denies.

    PROGRESS: He continues to get agitated by some of his peers and agitates
    his peers at times.  He has not been posturing aggressively towares his
    peers recently.

    MSE: He is neatly groomed, makes good eye contact, has a euthymic affect,
    speech normal in rate,  tone, and volume,  thought process logical, no SI
    or HI, no psychosis, insight and judgment intact.

    SCHOOL: He is not as loud in school.

    FAMILY: No acute issues.


Algorithm:   None

D-000289

Report Date: 05/23/2011                          Page 11 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798                Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992             Data Entry By (Login): MUNDY SHEILA
Episode Number: 2                     Data Entry Date: 10/31/2007

### *GENERAL INFORMATION*
   Assessment Date:   10/24/2007

   Assessment Time:   01:52 PM

   Draft/Final:   Final

   Assessing Clinician:   MUNDY,SHEILA (000399)

   Local Case #:   68013126

   Primary Language:   English

### *MEDICATIONS*

   Medication Comments:
   PSYCHOTROPICS:
   1)Depakote 250 mg qam and 500 mg qhs
   2)Concerta 54 mg qam

   NON-PSYCHOTROPICS:
   1)Neutrogena soap bid for mild facial acne
   2)Stridex Pad at hs

   DIET: Regular          Admit Weight = 116#
   ALLERGIES: Nasal Pan Mist

   DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
   Relational Problem
   II: No diagnosis
   III: None

   PLAN:
   1)Will talk to his parents about adding on Strattera.

   Updated Medication Regimen:
   1)Depakote 500 mg bid
   2)Concerta 54 mg qam

### *NOTE*
Please Check all Note Types that apply before continuing!

D-000290

Report Date: 05/23/2011                                    Page 12 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): MUNDY SHEILA
Episode Number: 2                        Data Entry Date: 10/31/2007

Note:
     DATE: 10/24/07
     LEVEL: A

     MEDICAL PROBLEMS: Denies.
     LABS: Up to date.

     RESPONSE TO MEDICATIONS: He continues to have some hyperactivity and
     impulsivity.  He has been getting frustrated with his peers.  He
     continues to be loud on the unit.

     MEDICATION SIDE EFFECTS: Denies.

     PROGRESS: He had worked his way up to a level B but it dropped to an A
     for focused physical aggression.  He and another peer were yelling at
     each other and it turned into a minor physical altercation.

     MSE: He is neatly groomed, is fidgety, makes fair eye contact, has s
     euthymic affect, speech normal in rate, tone, and volume, no SI or HI, no
     psychosis, insight and judgment fair.

     SCHOOL: He gets frustrated with his peers at times. He is not humming any
     more in the class room but he does talk to himself.

     FAMILY: No acute issues.


     Algorithm:   None

D-000291

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): MUNDY SHEILA
Episode Number: 2                    Data Entry Date: 10/31/2007

### *GENERAL INFORMATION*
Assessment Date:   10/31/2007

Assessment Time:   02:33 PM

Draft/Final:   Final

Assessing Clinician:   MUNDY,SHEILA (000399)

Local Case #:   68013126

Primary Language:   English

### *MEDICATIONS*

Medication Comments:
PSYCHOTROPICS:
1)Depakote 250 mg qam and 500 mg qhs
2)Concerta 54 mg qam
3)Strattera 25 mg qam

NON-PSYCHOTROPICS:
1)Neutrogena soap bid for mild facial acne
2)Stridex Pad at hs

DIET: Regular        Admit Weight = 116#
ALLERGIES: Nasal Pan Mist

DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
Relational Problem
II: No diagnosis
III: None

PLAN:
1)Will increase Strattera to 40 mg qam to target residual symptoms.

Updated Medication Regimen:
1)Depakote 500 mg bid
2)Concerta 54 mg qam
3)Strattera 40 mg qam

### *NOTE*

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): MUNDY SHEILA
Episode Number: 2                       Data Entry Date: 10/31/2007

Please Check all Note Types that apply before continuing!

Note:
DATE: 10/31/07 - 54 day treatment review period
LEVEL: A

MEDICAL PROBLEMS: Denies. His current weight is 110#
LABS: Up to date.

RESPONSE TO MEDICATIONS: He was started on Strattera 25 mg qam on
10/24/07. He continues to be hyperactive and disruptive. He has a hard
time concentrating. His mood has been stable.

MEDICATION SIDE EFFECTS: Denies.

PROGRESS: He has been having some peer conflicts.  He got angry with a
peer on 10/30/07 and pushed the peer.  He acted as if her were going to
attack the peer and was restrained. he received Thorazine 50 mg by mouth.
He is respectful towards staff and tries to comply with the rules.

MSE: He is neatly groomed, makes good eye contact, is fidgety, thought
process logical, no SI or HI, no psychosis, insight and judgment intact.

SCHOOL: He continues to be hyperactive in the classroom.  He is
disruptive.  He has a hard time being quiet.

FAMILY: His father participated in person.


Algorithm:   None

Report Date: 05/23/2011                                    Page 15 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): MUNDY SHEILA
Episode Number: 2                       Data Entry Date: 11/07/2007

## GENERAL INFORMATION
Assessment Date:   11/07/2007

Assessment Time:   03:07 PM

Draft/Final:   Final

Assessing Clinician:   MUNDY,SHEILA (000399)

Local Case #:   68013126

Primary Language:   English

## MEDICATIONS

Medication Comments:
PSYCHOTROPICS:
1) Depakote 250 mg qam and 500 mg qhs
2) Concerta 54 mg qam
3) Strattera 40 mg qam

NON-PSYCHOTROPICS:
1) Neutrogena soap bid for mild facial acne
2) Stridex Pad at hs

DIET: Regular          Admit Weight = 116#
ALLERGIES: Nasal Pan Mist

DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
Relational Problem
II: No diagnosis
III: None

PLAN:
1) Will allow more time for the increased Strattera to become effective.

Updated Medication Regimen:
1) Depakote 500 mg bid
2) Concerta 54 mg qam
3) Strattera 40 mg qam

## NOTE

D-000294

Report Date: 05/23/2011                                    Page 16 of 61

Waco Center for Youth<br>
Waco, TX<br><br>
PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN               Episode Start Date: 09/10/2007
Assigned ID: 000238798                 Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992              Data Entry By (Login): MUNDY SHEILA
Episode Number: 2                      Data Entry Date: 11/07/2007

Please Check all Note Types that apply before continuing!

    Note:
        DATE: 11/7/07
        LEVEL: A

        MEDICAL PROBLEMS: Denies.
        LABS: Up to date.

        RESPONSE TO MEDICATIONS: He continues to be hyperactive. He talks out of
        turn.  He continues to be impulsive at times.

        MEDICATION SIDE EFFECTS: Denies.

        PROGRESS: He has been having some peer conflict with one peer in
        particular. He has days where he complies and days where he does not.

        MSE: He is neatly groomed, makes fair eye contact, is not as fidgety as
        usual, thought process logical, no SI or HI, no psychosis, insight and
        judgment intact.

        SCHOOL: He continues to talk out in class.  He is disruptive at times.

        FAMILY: No acute issues.


    Algorithm:   None

D-000295

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN            Episode Start Date: 09/10/2007
Assigned ID: 000238798             Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992          Data Entry By (Login): MUNDY SHEILA
Episode Number: 2                  Data Entry Date: 11/14/2007

### GENERAL INFORMATION
Assessment Date:   11/14/2007

Assessment Time:   02:58 PM

Draft/Final:   Final

Assessing Clinician:   MUNDY,SHEILA (000399)

Local Case #:   68013126

Primary Language:   English

### MEDICATIONS

Medication Comments:
    PSYCHOTROPICS:
    1)Depakote 250 mg qam and 500 mg qhs
    2)Concerta 54 mg qam
    3)Strattera 40 mg qam

    NON-PSYCHOTROPICS:
    1)Neutrogena soap bid for mild facial acne
    2)Stridex Pad at hs

    DIET: Regular      Admit Weight = 116#
    ALLERGIES: Nasal Pan Mist

    DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
    Relational Problem
    II: No diagnosis
    III: None

    PLAN:
    1)Will further increase Strattera to 60 mg qam to target ADHD symptoms.

    Updated Medication Regimen:
    1)Depakote 500 mg bid
    2)Concerta 54 mg qam
    3)Strattera 60 mg qam

### NOTE

D-000296

Report Date: 05/23/2011                                  Page 18 of 61

                        Waco Center for Youth
                             Waco, TX

                        PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798                Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992             Data Entry By (Login): MUNDY SHEILA
Episode Number: 2                     Data Entry Date: 11/14/2007

Please Check all Note Types that apply before continuing!

    Note:
        DATE: 11/14/07
        LEVEL: A

    MEDICAL PROBLEMS: He had a tooth capped yesterday at the dentist.  He
    took Valium 2 mg prior to going to the dentist.

    LABS: On 11/6/07 his thyroid profile was WNL.

    RESPONSE TO MEDICATIONS: He continues to have a lot of hyperactivity in
    the morning.  He has a hard time sitting still.  He calms down some
    around lunch.  He gets easily frustrated with his peers at times.  He has
    not exhibited any recent aggression.

    MEDICATION SIDE EFFECTS: Denies.

    PROGRESS: He gets low scores for being disruptive on the unit. He can be
    rude and disrespectful to his peers.  He usually takes responsibility for
    his actions. He takes care of his hygiene.

    MSE: He is neatly groomed, makes fair eye contact, has a euthymic affect,
    is not as fidgety, speech normal in rate, tone, and volume, no SI or HI,
    no psychosis, insight and judgment intact.

    SCHOOL: He has been disrespectful at times.  He continues to talk in
    class.  He is hyperactive.
    FAMILY: No acute issues.

    —

    Algorithm:   None

D-000297

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                    Data Entry Date: 11/28/2007

### GENERAL INFORMATION
Assessment Date:    11/21/2007

Assessment Time:    10:30 AM

Draft/Final:    Final

Assessing Clinician:    ANCHA,LAKSHMI (000496)

Local Case #:   68013126

Primary Language:   English

### MEDICATIONS

Medication Comments:
  PSYCHOTROPICS:
  1)Depakote 250 mg qam and 500 mg qhs
  2)Concerta 54 mg qam
  3)Strattera 40 mg qam

  NON-PSYCHOTROPICS:
  1)Neutrogena soap bid for mild facial acne
  2)Stridex Pad at hs

  DIET: Regular        Admit Weight = 116#
  ALLERGIES: Nasal Pan Mist

  DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
  Relational Problem
  II: No diagnosis
  III: None

  PLAN:

  1)Continue Depakote 500 mg po bid
  2)Continue Concerta 54 mg po qam
  3)Continue Strattera 60 mg po qam
  4)Continue to monitor patient's weight.  Patient gained about three
  pounds.  His current weight is about 113 pounds and his previous weight
  was 110.

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                       Data Entry Date: 11/28/2007


**_NOTE_**
Please Check all Note Types that apply before continuing!

   Note:
      Patient attended treatment team on 11-21-07.  Patient is on Level A.

      Patient continues to exhibit hyperactivity in the morning.  He has
      difficulty staying quiet and staying focused on the activity at hand.  He
      continues to be argumentative with peers and in groups.  Patient
      continues to jump outside and later complain of hands and feet hurting.
      He also has difficulty being redirected.  He continues to interrupt other
      people's conversations.  As a result peers get frustrated with the
      patient bouncing around and he has difficulty interacting with them.
      Patient is once again requesting a room change.

      According to staff patient has been doing somewhat better in the
      afternoons since the Strattera was increased to 60 mgs. last week.  No
      reports of any side effects from the medication.

      Objectively patient was appropriately dressed although his hair seemed
      somewhat messy.  He was awake, alert and oriented to person, place and
      situation.  Mood was even keeled and affect was congruent.  Activity
      level was mildly increased and patient appeared to stay focused on the
      treatment team.  Patient denied any suicidal and/or homicidal ideations.
      No reports of any auditory or visual hallucinations and no delusions.No
      tics and/or AIMS.

      Lab results-TFTs- within normal limits.



   Algorithm:   None

Report Date: 05/23/2011                          Page 21 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                        Data Entry Date: 11/30/2007

### *GENERAL INFORMATION*
    Assessment Date:   11/28/2007

    Assessment Time:   10:30 AM

    Draft/Final:   Final

    Assessing Clinician:   ANCHA,LAKSHMI (000496)

    Local Case #:   68013126

    Primary Language:   English

    Is the Preferred Language English:   Yes

### *MEDICATIONS*

    Medication Comments:
      PSYCHOTROPICS:
      1)Depakote 250 mg qam and 500 mg qhs
      2)Concerta 54 mg qam
      3)Strattera 60 mg qam(Was increased to 60mg 0n 11/14/07)

      NON-PSYCHOTROPICS:
      1)Neutrogena soap bid for mild facial acne
      2)Stridex Pad at hs

      DIET: Regular        Admit Weight = 116#
      ALLERGIES: Nasal Pan Mist

      DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
      Relational Problem
      II: No diagnosis
      III: None

      PLAN:
      PSYCHOTROPIC MEDICATIONS:
      1)Continue Depakote 250 mgs. po qam and 500 mg po qhs.
      2)Continue Concerta 54 mg po qam.
      3)Will change Strattera to 30 mgs. q AM and q HS for hyperactivity during
      the afternoon hours and also for the hyperactivity in the early morning
      hours.

D-000300

Report Date: 05/23/2011                                    Page 22 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238708                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                         Data Entry Date: 11/30/2007

    NON-PSYCHOTROPICS:
    1)Continue Neutrogena soap bid for mild facial acne.
    2)Continue Stridex Pad at hs.

**_NOTE_**
Please Check all Note Types that apply before continuing!

    Note:
        Patient attended treatment team on 11-28-07.  Patient is on Level B.

        Patient stated that he is doing fairly well this week.  Staff reports
        indicate that patient is trying really hard to control his hyperactivity
        and that the morning dose of Strattera has been helping some.  Although
        he continues to have difficulty waiting for his turn and is frequently
        interrupting conversations.  He is also easily influenced by peers and
        becomes agitated.  Patient stated that he is trying to use his coping
        skills and ignore his peers and use his radio also.  Although he
        continues to yell at his peers and consequently he loses his scores.
        According to his teacher patient continues to be hyper-talkative at
        school, although he is trying to complete his work.  Patient complained
        that he has a somewhat decreased appetite.  Although it was reported that
        he eats his meals well.  He is sleeping good but had a bad dream last
        night.  In the dream he saw that his parents would get old and die in the
        future.  It made him anxious and worried about his parents.  Patient also
        insisted that he would like to recite the SPARK goals and recited them
        and felt good about it.

        Patient was appropriately dressed and groomed.  He was awake, alert and
        oriented to person, place and situation.  His mood was even keel and his
        affect was congruent.  He maintained fairly good attention and
        concentration during the treatment team.  His activity level was
        appropriate for age.  He denied any suicidal and/or homicidal ideations.
        No evidence of any psychotic symptoms.  No TICS and/or AIMS.

    Algorithm:    None

Report Date: 05/23/2011                              Page 23 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                       Data Entry Date: 12/07/2007

### *GENERAL INFORMATION*
Assessment Date:   12/05/2007

Assessment Time:   10:30 AM

Draft/Final:   Final

Assessing Clinician:   ANCHA,LAKSHMI (000496)

Local Case #:   68013126

Primary Language:   English

Is the Preferred Language English:   Yes

### *MEDICATIONS*

Medication Comments:
  PSYCHOTROPICS:
  1)Depakote 250 mg qam and 500 mg qhs
  2)Concerta 36 mg two tablets po qam. (Increased 12-05-07)
  3)Strattera 30 mg qam and qhs for ADHD.

  NON-PSYCHOTROPICS:
  1)Neutrogena soap bid for mild facial acne
  2)Stridex Pad at hs

  DIET: Regular        Admit Weight = 116#
  ALLERGIES: Nasal Pan Mist

  DIAGNOSES:   I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
  Relational Problem
  II: No diagnosis
  III: None

  PLAN:
  PSYCHOTROPIC MEDICATIONS:
  1)Continue Depakote 250 mgs. po qam and 500 mg po qhs.
  2)Increase Concerta to 36 mg two tablets po qam.
  3)Strattera 30 mgs. q AM and q HS for hyperactivity during the afternoon
  hours and also for the hyperactivity in the early morning hours.
  NON-PSYCHOTROPICS:

D-000302

Report Date: 05/23/2011                                    Page 24 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN               Episode Start Date: 09/10/2007
Assigned ID: 000238798                 Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992              Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                      Data Entry Date: 12/07/2007

    1) Continue Neutrogena soap bid for mild facial acne.
    2) Continue Stridex Pad at hs.


**_NOTE_**
Please Check all Note Types that apply before continuing!

    Note:
        Patient attended treatment team on 12-05-07.  Patient is on Level B.
        Please refer to the 90 Day TPR for additional information.

        Patient was appropriately dressed and groomed.  He continues to exhibit
        decreased attention and concentration and hyperactivity during school, as
        well as on the unit.  He has a hard time following directions.  Although
        he is trying to be respectful and trying to follow the directions after
        multiple redirections.  In addition, Patient is also hyper-talkative in
        the classroom and is somewhat disruptive.  No reports of any major
        assaultive and/or self-harmful behaviors.

        Patient was in a even keel mood and his affect was congruent.  Attention
        and concentration were  somewhat decreased and patient was seen to
        interrupt the conversation during treatment team.  Activity level was
        mildly increased and he was noted to be constantly switching his position
        and was somewhat fidgity.  No evidecne of tics and/or AIMS.  No suicidal
        and/or homicidal ideations.  No evidence of any psychotic symptoms.


        Algorithm:   None

D-000303

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                           Data Entry Date: 12/13/2007

### GENERAL INFORMATION

Assessment Date:   12/12/2007

Assessment Time:   10:30 AM

Draft/Final:   Final

Assessing Clinician:   ANCHA,LAKSHMI (000496)

Local Case #:   68013126

Primary Language:   English

Is the Preferred Language English:   Yes

### MEDICATIONS

Medication Comments:
   PSYCHOTROPICS:
   1)Depakote 500 mg qam and 500 mg qhs (Increased 12-12-07)
   2)Concerta 36 mg two tablets po qam. (Increased 12-05-07)
   3)Strattera 30 mg qam and qhs for ADHD.

   NON-PSYCHOTROPICS:
   1)Neutrogena soap bid for mild facial acne
   2)Stridex Pad at hs

   DIET: Regular      Admit Weight = 116#
   ALLERGIES: Nasal Pan Mist

   DIAGNOSES:   I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
   Relational Problem
   II: No diagnosis
   III: None

   PLAN:
   PSYCHOTROPIC MEDICATIONS:
   1)Increase Depakote to 500 mgs. po qam and 500 mg po qhs for mood
   stabilization.
   2)Continue Concerta to 36 mg two tablets po qam.
   3)Continue Strattera 30 mgs. q AM and q HS for hyperactivity.
   NON-PSYCHOTROPICS:

D-000304

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN               Episode Start Date: 09/10/2007
Assigned ID: 000238798                 Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992              Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                      Data Entry Date: 12/13/2007

    1)Continue Neutrogena soap bid for mild facial acne.
    2)Continue Stridex Pad at hs.


**_NOTE_**
Please Check all Note Types that apply before continuing!

   Note:
    Patient attended treatment team on 12-12-07.  Patient is on Level A.

    Staff reports that patient continues to exhibit hyperactivity and needs
multiple daily redirections.  He does somewhat better in the mornings and
follows directions.  Although, in the classroom he is hyperactive and
hyper-talkative.  He is passing all of his subjects with B's and C's.  He
is slow to follow instrucitons and repeats the staff's instructions and
tries to play junior staff.  He is also argumentative the past couple of
days.  He does maintain good hygiene and gets along with the staff.  He
is also keeping his room clean.  He has a new watch that he received
during the Christmas party as a present and he is somewhat preoccupied
with it.  In addition, he is also hyperacte during the HABS services
programming.  He falls on the floor, runs and bumps into things.  He is
respectful towards staff and polite with them.

    Patient was appropriately dressed and was seen to be preoccupied with his
new chrome watch.  He put it on and took it off several times.  Attention
and concentration are decreased.  Activity level was mildly increased.
Speech was somewhat pressured.  Mood was dysphoric.  Affect was
congruent.  No suicidal and/or homicidal ideations.  No tics or AIMS.  No
evidence of psychotic symptoms.


   Algorithm:   None

Report Date: 05/23/2011                          Page 27 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798                Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992             Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                     Data Entry Date: 01/07/2008

## GENERAL INFORMATION
Assessment Date:   12/19/2007

Assessment Time:   10:30 AM

Draft/Final:   Final

Assessing Clinician:   ANCHA,LAKSHMI (000496)

Local Case #:   68013126

Primary Language:   English

Is the Preferred Language English:   Yes

## MEDICATIONS

Medication Comments:
    PSYCHOTROPICS:
    1)Depakote 500 mg qam and 500 mg qhs (Increased 12-12-07)
    2)Concerta 36 mg two tablets po qam. (Increased 12-05-07)
    3)Strattera 30 mg qam and qhs for ADHD.(Increased to 60 mgs. po qAM and
    40 mgs. po qHS on 12-19-07.)

    NON-PSYCHOTROPICS:
    1)Neutrogena soap bid for mild facial acne
    2)Stridex Pad at hs

    DIET: Regular          Admit Weight = 116#
    ALLERGIES: Nasal Pan Mist

    DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
    Relational Problem
    II: No diagnosis
    III: None

    PLAN:
    PSYCHOTROPIC MEDICATIONS:
    1)Continue Depakote 500 mgs. po qam and 500 mg po qhs for mood
    stabilization.
    2)Continue Concerta 36 mg two tablets po qam.
    3)Increase Strattera to 60 mgs.po qAM and 40 mgs. po qHS for

D-000306

Report Date: 05/23/2011                                    Page 28 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798                Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992             Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                     Data Entry Date: 01/07/2008

    hyperactivity.

    NON-PSYCHOTROPICS:
    1)Continue Neutrogena soap bid for mild facial acne.
    2)Continue Stridex Pad at hs.

    LAB RESULTS:
    TFT's are within normal limits.  Valproic acid level is 48.6 (normal
    range of 50 to 100).
    Urinalysis was within normal limits.


*NOTE*
Please Check all Note Types that apply before continuing!

    Note:
    Patient attended treatment team on 12-19-07.  Patient is on Level A.  (He
    has five yes days.)

    Patient continues to exhibit hyperactivity and hyper-talkativeness,
    especially in the mornings.  He is agitated and takes a long time to eat
    his breakfast.  He has difficulty maintaining his attention and
    concentration.  In addition he is argumentative with his peers.
    Although, he stated that he is using his coping skills and is separating
    himself and going to his room when he has conflict with a peer.  He is
    eating and sleeping fairly well.

    Patient was appropriately dressed and groomed.  His speech was
    hyper-talkative.  He had difficulty maintaining his attention and
    concentration and his thought process was tangential.  He was also
    hyperactive and fidgety.  No evidence of tics or AIMS.  No reports of
    self-injurious and/or assaultive behaviors.  No suicidal or homicidal
    ideations.


    Algorithm:   None

D-000307

Report Date: 05/23/2011                           Page 29 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                       Data Entry Date: 01/11/2008

### *GENERAL INFORMATION*
Assessment Date:   01/09/2008

Assessment Time:   10:30 AM

Draft/Final:   Final

Assessing Clinician:   ANCHA,LAKSHMI (000496)

Local Case #:   68013126

Primary Language:   English

Is the Preferred Language English:   Yes

### *MEDICATIONS*

Medication Comments:
PSYCHOTROPICS:
1)Depakote 500 mg qam and 500 mg qhs (Increased 12-12-07)
2)Concerta 36 mg two tablets po qam. (Increased 12-05-07)
3)Strattera 30 mg qam and qhs for ADHD.(Increased to 60 mgs. po qAM and
40 mgs. po qHS on 12-19-07.)
4)Begin Zoloft 25 mgs. one tablet po qam for anxiety and sadness on
01-09-08.

NON-PSYCHOTROPICS:
1)Neutrogena soap bid for mild facial acne
2)Stridex Pad at hs

DIET: Regular        Admit Weight = 116#
ALLERGIES: Nasal Pan Mist

DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
Relational Problem
II: No diagnosis
III: None

PLAN:
PSYCHOTROPIC MEDICATIONS:
1)Begin Zoloft 25 mgs. one tablet po qam for anxiety and sadness.
2)Continue Depakote 500 mgs. po qam and 500 mg po qhs for mood

D-000308

Report Date: 05/23/2011                                    Page 30 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                       Data Entry Date: 01/11/2008

        stabilization.
        3)Continue Concerta 36 mg two tablets po qam.
        4)Continue Strattera to 60 mgs.po qam and 40 mgs. po qhs for
        hyperactivity.

        NON-PSYCHOTROPICS:
        1)Continue Neutrogena soap bid for mild facial acne.
        2)Continue Stridex Pad at hs.
        3)Continue patient on high calorie diet and also provide him with Ensure.

        4)Monitor patient's eating habits and weight.

        LAB RESULTS: 12-11-07
        Thyroid functin tests within normal limits.  Valproic acid level 48.6
        (normal range 50 to 100) Urinalysis was within normal limits.
        LAB RESULTS:
        TFT's are within normal limits.  Valproic acid level is 48.6 (normal
        range of 50 to 100).
        Urinalysis was within normal limits.


**_NOTE_**
Please Check all Note Types that apply before continuing!

   Note:
        Patient attended treatment team on 01-09-08.  Patient is on Level A.

        Patient continues to exhibit hyperactivity.  He admits that he feels
        anxious during which he exhibits rapid speech.  He also reports feeling
        sad and missing his younger brother.  He also has low self-esteem and has
        difficulty expressing his feelings.  He also identifies school being the
        trigger for his anxiety.  He is argumentative and has difficulty
        accepting responsibility for his behaviors.  In addition, patient has
        been complaining of occasional stomach upset for the past three or four
        days since last weekend.  Patient denied any nausea, vomiting and/or
        diarrhea.  Patient admits that he is eating fairly well and ate 100% of
        his breakfast this morning.  Staff reports indicate that the patient also
        throws away a lot of food and is somewhat picky.  Patient's father
        appears to be concerned about the patient's weight and the patient
        appearing pale.  The father was informed that the patient's medical
        work-up, including lab values, were within normal limits and that the
        patient has been receiving a high calorie diet.  It was discussed with

D-000309

Report Date: 05/23/2011                                    Page 31 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                       Data Entry Date: 01/11/2008


the father that the patient is a picky eater and he is also wasting quite
a bit of food that is provided to him.  He was reassured that the patient
will be continued on a high calorie diet and also given Ensure for weight
gain.  It was reported that the patient has lost approximately 8 pounds
since his admission in September 2007.  Patient denied any decrease in
appetite.  He insists that he is eating well.   Patient also requested
that he would like to take Benadryl syrup instead of the Benadryl tablets
as needed at bedtime for insomnia.

Patient was appropriately dressed and groomed. His mood was even keel.
His affect was congruent.  Patient became visibly anxious when discussing
the issues about school.  He started biting his knuckles and he folded
his arms and appeared to have become stiff.  Patient denied that he was
feeling angry in spite of his body language and the obvious signs.  No
evidence of psychotic symptoms.  No reports of self-injurious and/or
assaultive behaviors today.  No tics or AIMS.


Algorithm:   None

D-000310

Report Date: 05/23/2011                         Page 32 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                    Data Entry Date: 01/18/2008

## GENERAL INFORMATION
Assessment Date:   01/16/2008

Assessment Time:   10:30 AM

Draft/Final:   Final

Assessing Clinician:   ANCHA,LAKSHMI (000496)

Local Case #:   68013126

Primary Language:   English

Is the Preferred Language English:   Yes

## MEDICATIONS

Medication Comments:
  PSYCHOTROPICS:
  1)Depakote 500 mg qam and 500 mg qhs (Increased 12-12-07)
  2)Concerta 36 mg two tablets po qam. (Increased 12-05-07)
  3)Strattera 30 mg qam and qhs for ADHD.(Increased to 60 mgs. po qAM and
  40 mgs. po qHS on 12-19-07.)
  4)Begin Zoloft 25 mgs. one tablet po qam for anxiety and sadness on
  01-09-08. Increase Zoloft to 50 mgs. po qAM for anxiety and sadness.

  NON-PSYCHOTROPICS:
  1)Neutrogena soap bid for mild facial acne
  2)Stridex Pad at hs

  DIET: Regular        Admit Weight = 116#
  ALLERGIES: Nasal Pan Mist

  DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
  Relational Problem
  II: No diagnosis
  III: None

  PLAN:
  PSYCHOTROPIC MEDICATIONS:
  1)Increase Zoloft to 50 mgs. one tablet po qam for anxiety and sadness.
  2)Continue Depakote 500 mgs. po qam and 500 mg po qhs for mood

D-000311

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                       Data Entry Date: 01/18/2008

stabilization.
3)Continue Concerta 36 mg two tablets po qam.
4)Continue Strattera to 60 mgs.po qam and 40 mgs. po qhs for
hyperactivity.

NON-PSYCHOTROPICS:
1)Continue Neutrogena soap bid for mild facial acne.
2)Continue Stridex Pad at hs.
3)Continue patient on high calorie diet and also provide him with a high
calorie supplement during snack time.
4)Monitor patient's eating habits and weight.


**_NOTE_**
Please Check all Note Types that apply before continuing!

Note:
Patient attended treatment team on 01-16-08.  Patent is on Level B.

Staff reports indicate that the patient has been showing a slight
improvement in his behaviors. He is redirectable and is trying to comply
with staff requests.  Although, he continues to exhibit disruptive
behavior in the classroom and is slow to comply with the teacher's
requests. He continues to interrupt other peoples' conversations and is
quick to respond without hearing the complete instructions.  He continues
to exhibit somewhat aggressive behavior in outdoor activities and
especially in PE.  Patient admits that his anxiety has improved a little
bit, but he continues to report nervousness and hyperactivity and admits
to having difficulty falling asleep.  There are no reports from the staff
that the patient has not been sleeping well.  Lynzee Clark, Nutritional
Specialist, also attended the treatment team and discussed the patient's
dietary needs.  Patient stated that he is eating 100% of his breakfast
and he is eating well.  His eating habits and weight are being
continuously monitored.

Patient was appropriately dressed and groomed.  He had a small laceration
on his face on the lateral side of his eye which he sustained during a
basketball game.  Patient's mood was somewhat anxious.  Although, his
activity level was appropriate for age.  He did appear to be focused on
the treatment team.  No reports of self-injurious and/or assaultive
behaviors.  No tics or AIMS.  No evidence of psychotic symptoms.  No

D-000312

Report Date: 05/23/2011                              Page 34 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798                Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992             Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                     Data Entry Date: 01/18/2008

    suicidal and/or homicidal ideations.

—

    Algorithm:   None

D-000313

Report Date: 05/23/2011                          Page 35 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                       Data Entry Date: 01/25/2008

### *GENERAL INFORMATION*

Assessment Date:    01/23/2008

Assessment Time:    10:30 AM

Draft/Final:    Final

Assessing Clinician:    ANCHA,LAKSHMI (000496)

Local Case #:    68013126

Primary Language:    English

Is the Preferred Language English:    Yes

### *MEDICATIONS*

Medication Comments:
    PSYCHOTROPICS:
    1) Depakote 500 mg qam and 500 mg qhs (Increased 12-12-07)
    2) Concerta 36 mg two tablets po qam. (Increased 12-05-07)
    3) Strattera 30 mg qam and qhs for ADHD.(Increased to 60 mgs. po qAM and
    40 mgs. po qHS on 12-19-07.) Discontinue Strattera on 01/23/08 as patient
    is not responding to it.
    4) Begin Zoloft 25 mgs. one tablet po qam for anxiety and sadness on
    01-09-08. Increase Zoloft to 50 mgs. po qAM for anxiety and sadness.
    5) Start Seroquel 25 mgs. po qam and qpm for mood stabilization.(on
    01/23/08)

    NON-PSYCHOTROPICS:
    1) Neutrogena soap bid for mild facial acne
    2) Stridex Pad at hs

    DIET: Regular          Admit Weight = 116#
    ALLERGIES: Nasal Pan Mist

    DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
    Relational Problem
    II: No diagnosis
    III: None

    PLAN:

D-000314

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                       Data Entry Date: 01/25/2008


PSYCHOTROPIC MEDICATIONS:
1) Increase Zoloft to 50 mgs. one tablet po qam for anxiety and sadness.
2) Continue Depakote 500 mgs. po qam and 500 mg po qhs for mood
stabilization.
3) Continue Concerta 36 mg two tablets po qam.
4) Discontinue Strattera as patient is not responding to it.
5) Start Seroquel 25 mgs. po qam and qpm for mood stabilization.
(Explained the benefits and side effects to the patient.
NON-PSYCHOTROPICS:
1) Continue Neutrogena soap bid for mild facial acne.
2) Continue Stridex Pad at hs.
3) Continue patient on high calorie diet and also provide him with a high
calorie supplement during snack time.
4) Monitor patient's eating habits and weight.


**NOTE**
Please Check all Note Types that apply before continuing!

Note:
    Patient attended treatment team on 01-23-08.  Patient is on Level B.  (He
    lost his level due to too many no days.)

    Patient stated that he felt sad during group therapy yesterday and had
    difficulty explaining his feelings.  According to the staff reports the
    patient tries to act like a junior staff and tries to control the unit by
    giving directions to his peers, especially when he reaches Level B.
    He continues to exhibit argumentative behaviors and is not very well
    organized.  He is attending school but has difficulty getting his work
    done and maintaining legible handwriting.  Patient continues to insist
    that Strattera is not helping him and that he continues to feel anxious,
    angry and irritable.  He also has difficulty accepting responsibility and
    following staffs' directions.  He continues to exhibit poor impulse
    control and is frequently seen to interrupt conversations and his peers'
    activities.

    Patient was dressed in an oversized jacket and appropriately groomed.
    His mood was dysphoric and his affect was congruent.  Activity level was
    mildly increased and he was seen to be fidgety.  He also was seen to
    frequently interrupt staff members during their report in the treatment
    team.  No reports of self-injurious and/or assaultive behavior.  No

Report Date: 05/23/2011                                    Page 37 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN               Episode Start Date: 09/10/2007
Assigned ID: 000238798                 Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992              Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                      Data Entry Date: 01/25/2008


    evidence of psychotic symptoms.  No suicidal and/or homicidal ideations.
No tics or AIMS.


—


Algorithm:   None

D-000316

Report Date: 05/23/2011                                    Page 38 of 61

                        Waco Center for Youth
                             Waco, TX

                        PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN            Episode Start Date: 09/10/2007
Assigned ID: 000238798              Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992           Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                   Data Entry Date: 01/31/2008

### *GENERAL INFORMATION*
    Assessment Date:    01/30/2008

    Assessment Time:    10:30 AM

    Draft/Final:    Final

    Assessing Clinician:    ANCHA,LAKSHMI (000496)

    Local Case #:    68013126

    Primary Language:    English

    Is the Preferred Language English:    Yes

### *MEDICATIONS*

    Medication Comments:
        PSYCHOTROPICS:
        1)Depakote 500 mg qam and 500 mg qhs (Increased 12-12-07)
        2)Concerta 36 mg two tablets po qam. (Increased 12-05-07)
        3)Discontinued Strattera on 01/23/08 as patient is not responding to it.
        4)Zoloft 50 mgs. po qAM .
        5)Seroquel 50 mgs. by mouth qam and qpm

        NON-PSYCHOTROPICS:
        1)Neutrogena soap bid for mild facial acne
        2)Stridex Pad at hs

        DIET: Regular        Admit Weight = 116#
        ALLERGIES: Nasal Pan Mist

        DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
        Relational Problem
        II: No diagnosis
        III: None

        PLAN:
        PSYCHOTROPIC MEDICATIONS:
        1)Increase Zoloft to 50 mgs. one tablet by mouth qam.
        2)Continue Depakote 500 mgs. by mouth qam and 500 mg by mouth qhs for
        mood stabilization.

D-000317

Report Date: 05/23/2011                                    Page 39 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                       Data Entry Date: 01/31/2008


   3)Continue Concerta 36 mg two tablets by mouth qam
   4)Increase Seroquel to 50 mgs. by mouth qam and qpm for mood
   stabilization.
   NON-PSYCHOTROPICS:
   1)Continue Neutrogena soap bid for mild facial acne.
   2)Continue Stridex Pad at hs.
   3)Continue patient on high calorie diet and also provide him with a high
   calorie supplement during snack time.
   4)Monitor patient's eating habits and weight.



**_NOTE_**
Please Check all Note Types that apply before continuing!

   Note:
   Patient attended treatment team on 01-30-08.  Patient is on Level A (He
   has 2 yes days.)

   Patient continues to be slow to follow directions and is argumentative.
   He is also loud and is seen to curse.  He exhibits oppositional behavior
   and has difficulty accepting responsibility for his behaviors.  Although,
   he is smiling more often and is seen to interact well with the peers.  He
   continues to exhibit low frustration tolerance and irritability.  No
   reports of any side effects from the medications.

   Patient was appropriately dressed and groomed.  His mood was even keel
   and his affect was congruent.  Although, he appeared to exhibit low
   frustration tolerance and quickly became dysphoric. His affect was
   congruent.  Activity level was mildly increased.  Attention and
   concentration was fair during the treatment team.  No evidence of
   psychotic symptoms.  No tics or AIMS.  No suicidal and/or homicidal
   ideations.

   ___

   Algorithm:   None

D-000318

Report Date: 05/23/2011                          Page 40 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                    Data Entry Date: 02/11/2008

**_GENERAL INFORMATION_**
   Assessment Date:   02/06/2008

   Assessment Time:   10:30 PM

   Draft/Final:   Final

   Assessing Clinician:   ANCHA,LAKSHMI (000496)

   Local Case #:   68013126

   Primary Language:   English

   Is the Preferred Language English:   Yes

**_MEDICATIONS_**

   Medication Comments:
      PSYCHOTROPICS:
      1)Depakote 500 mg by mouth every morning and 500 mg at bedtime (Increased
      12-12-07)
      2)Concerta 36 mg two tablets by mouth every morning. (Increased 12-05-07)
      3)Discontinued Strattera on 01/23/08 as patient is not responding to it.
      4)Decrease Zoloft to 25 mgs. by mouth every morning (02-06-08)
      5)Seroquel 50 mgs. by mouth every morning and increase to 100 mgs. at
      bedtime (02-06-08)

      NON-PSYCHOTROPICS:
      1)Neutrogena soap bid for mild facial acne
      2)Stridex Pad at hs

      DIET: Regular        Admit Weight = 116#
      ALLERGIES: Nasal Pan Mist

      DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
      Relational Problem
      II: No diagnosis
      III: None

      PLAN:
      PSYCHOTROPIC MEDICATIONS:
      1)Decrease Zoloft to 25 mgs. one tablet by mouth every morning for

D-000319

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                         Data Entry Date: 02/11/2008

anxiety and depression (to decrease activation and irritability).
2)Continue Depakote 500 mgs. by mouth every morning and 500 mg by mouth
at bedtime for mood stabilization.
3)Continue Concerta 36 mg two tablets by mouth every morning
4)Continue Seroquel 50 mgs. by mouth every morning and increase to 100
mgs. at bedtime for mood stabilization.
NON-PSYCHOTROPICS:
1)Continue Neutrogena soap twice a day for mild facial acne.
2)Continue Stridex Pad at bedtime.
3)Continue patient on high calorie diet and also provide him with a high
calorie supplement during snack time.
4)Monitor patient's eating habits and weight.


**_NOTE_**
Please Check all Note Types that apply before continuing!

  Note:
    Patient attended treatment team on 02-06-08.  Patient is on Level A.

    Patient continues to be demanding and is argumentative.  He was placed in
    a personal restraint on 02-04-08 for extreme agitation and to prevent a
    danger to himself and others.  In addition patient is also being
    disrespectful and is cursing the staff which he has not done in the past.
    Although, he is maintaining fairly good attention and concentration and
    is not interrupting nearly as much as he used to do.  He also is trying
    to complete his work at school.  Patient was in a conflict with a peer
    and his glasses were broken.  Patient has an eye appointment today and a
    dental appointment tomorrow.  Patient complained of feeling tired and he
    believes it is because of the Seroquel.  Patient also complained of
    difficulty falling asleep and continues to exhibit poor impulse control.

    Patient was appropriately dressed and groomed.  He was somewhat fidgety
    and was seen to switch his position frequently during the treatment team
    meeting.  Although, he maintained fairly good attention and
    concentration.  Mood was even keel and affect was appropriate.  No
    evidence of psychotic symptoms.  No tics or AIMS.  No suicidal and/or
    homicidal ideations.

D-000320

Report Date: 05/23/2011                                    Page 42 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN            Episode Start Date: 09/10/2007
Assigned ID: 000238798              Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992           Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                   Data Entry Date: 02/11/2008


        Algorithm:    None

D-000321

Report Date: 05/23/2011                          Page 43 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN            Episode Start Date: 09/10/2007
Assigned ID: 000238798             Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992          Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                  Data Entry Date: 02/15/2008

### GENERAL INFORMATION
Assessment Date:    02/15/2008

Assessment Time:   10:30 AM

Draft/Final:    Final

Assessing Clinician:    ANCHA,LAKSHMI (000496)

Local Case #:   68013126

Primary Language:   English

Is the Preferred Language English:   Yes

### MEDICATIONS

Medication Comments:
   PSYCHOTROPICS:
   1) Depakote 500 mg by mouth every morning and 500 mg at bedtime (Increased
   12-12-07)
   2) Concerta 36 mg two tablets by mouth every morning. (Increased 12-05-07)
   3) Decrease Zoloft to 25 mgs. by mouth every morning (02-06-08)
   (Discontinued on 02-13-08)
   4) Seroquel 50 mgs. by mouth every morning and at noon and continue 100
   mgs. at bedtime (Increased on 02-13-08)
   5) Benadryl 75 mgs. by mouth at bedtime for insomnia  (Increased to 75
   mgs. on 02-13-08)
   NON-PSYCHOTROPICS:
   1) Neutrogena soap bid for mild facial acne
   2) Stridex Pad at hs

   DIET: Regular        Admit Weight = 116#
   ALLERGIES: Nasal Pan Mist

   DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
   Relational Problem
   II: No diagnosis
   III: None

   PLAN:
   PSYCHOTROPIC MEDICATIONS:

D-000322

Report Date: 05/23/2011                           Page 44 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                     Data Entry Date: 02/15/2008

    1) Discontinue Zoloft 25 mgs. (To alleviate the activation irritability)
    2) Continue Depakote 500 mgs. by mouth every morning and 500 mg by mouth
    at bedtime for mood stabilization.
    3) Continue Concerta 36 mg two tablets by mouth every morning
    4) Increase Seroquel 50 mgs. by mouth every morning and at noon and
    continue 100 mgs. at bedtime for mood stabilization.
    5) Increase Benadryl to 75 mgs. by mouth at bedtime
    NON-PSYCHOTROPICS:
    1) Continue Neutrogena soap twice a day for mild facial acne.
    2) Continue Stridex Pad at bedtime.
    3) Continue patient on high calorie diet and also provide him with a high
    calorie supplement during snack time.
    4) Monitor patient's eating habits and weight.


*NOTE*
Please Check all Note Types that apply before continuing!

    Note:
        Patient attended treatment team on 02-13-08.

    Patient did not attend school this morning.  He continues to be rude and
    disrespectful.  He is also angry and loud towards the staff.  He
    requested a prn medication on 02-12-08 to help him calm down.  He
    continues to argue with peers and has difficulty with poor social skills.
    Although staff reports indicate that his attention span has increased
    and he is focusing much better on the tasks at hand.  He is also
    completing his work at school.  Patient continues to insist that Benadryl
    helps him to get to sleep better; hence, Benadryl was increased to 75
    mgs. po at bedtime for insomnia.  Patient stated that his younger brother
    misses him and has been crying all week last week for the patient to come
    home.

    Patient was appropriately dressed and groomed.  His mood was even keel.
    His affect was congruent.  Activity level was appropriate for age.  He
    maintained fairly good attention and concentration.  No evidence of
    psychotic symptoms.  No tics or AIMS.  No suicidal and/or homicidal
    ideations.

D-000323

Report Date: 05/23/2011                          Page 45 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN            Episode Start Date: 09/10/2007
Assigned ID: 000238798              Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992           Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                   Data Entry Date: 02/15/2008

—

    Algorithm:    None

D-000324

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                       Data Entry Date: 02/29/2008

## GENERAL INFORMATION
Assessment Date:   02/20/2008

Assessment Time:   10:30 AM

Draft/Final:   Final

Assessing Clinician:   ANCHA,LAKSHMI (000496)

Local Case #:   68013126

Primary Language:   English

Is the Preferred Language English:   Yes

## MEDICATIONS

Medication Comments:
    PSYCHOTROPICS:
    1)Depakote 500 mg by mouth every morning and 500 mg at bedtime (Increased
    12-12-07)
    2)Concerta 36 mg two tablets by mouth every morning. (Increased 12-05-07)
    3)Decrease Zoloft to 25 mgs. by mouth every morning (02-06-08)
    (Discontinued on 02-13-08)
    4)Seroquel 50 mgs. by mouth every morning and at noon and increase to 150
    mgs. at bedtime  (Increased on 02-20-08)
    5)Benadryl 75 mgs. by mouth at bedtime for insomnia  (Increased to 75
    mgs. on 02-13-08)
    NON-PSYCHOTROPICS:
    1)Neutrogena soap bid for mild facial acne
    2)Stridex Pad at hs

    DIET: Regular        Admit Weight = 116#
    ALLERGIES: Nasal Pan Mist

    DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
    Relational Problem
    II: No diagnosis
    III: None

    PLAN:
    PSYCHOTROPIC MEDICATIONS:

Report Date: 05/23/2011                              Page 47 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                       Data Entry Date: 02/29/2008

1) Continue Depakote 500 mgs. by mouth every morning and 500 mg by mouth
at bedtime for mood stabilization.
2) Continue Concerta 36 mg two tablets by mouth every morning
3) Continue Seroquel 50 mgs. by mouth every morning and noon and increased
to 150 mgs. at bedtime for mood stabilization.
4) Continue Benadryl to 75 mgs. by mouth at bedtime
NON-PSYCHOTROPICS:
1) Continue Neutrogena soap twice a day for mild facial acne.
2) Continue Stridex Pad at bedtime.
3) Continue patient on high calorie diet and also provide him with a high
calorie supplement during snack time.
4) Monitor patient's eating habits and weight.

**_NOTE_**
Please Check all Note Types that apply before continuing!

Note:
Patient attended treatment team on 02-20-08.

Patient continues to have an intense conflict with his roommate.  He
indicated that his roommate wanted him to perform oral sex.  Patient
decided to sleep in the timeout room as a result.  Patient was also given
an emergency dose of Thorazine 50 mgs. on 02-13-08 and 02-14-08 for
extreme agitation.  He continues to be easily influenced by peers'
negativity.  According to the TTC CPS closed the investigation of
suspected physical abuse against the patient's family.  CPS will continue
to monitor the patient's family.  In addition, it was indicated that the
patient's stepmother would like the patient to exhibit further
improvement in behaviors before he can come home.  Family therapy session
has been scheduled for 02/23/08 to address the family issues.

Patient was appropriately dressed and groomed.  His mood was pleasant.
Affect was congruent.  His activity level was appropriate for age.  He
maintained fairly good attention and concentration during the treatment
team.  No evidence of psychotic symptoms.  No tics or AIMS.  No suicidal
and/or homicidal ideations.

D-000326

Report Date: 05/23/2011                          Page 48 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                       Data Entry Date: 02/29/2008

Algorithm:   None

D-000327

Report Date: 05/23/2011                        Page 49 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798                Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992             Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                     Data Entry Date: 03/21/2008

### GENERAL INFORMATION
    Assessment Date:  03/12/2008

    Assessment Time:  10:30 AM

    Draft/Final:  Final

    Assessing Clinician:  ANCHA,LAKSHMI (000496)

    Local Case #:  68013126

    Primary Language:  English

    Is the Preferred Language English:  Yes

### MEDICATIONS

    Medication Comments:
      PSYCHOTROPICS:
      1)Depakote 500 mg by mouth every morning and 500 mg at bedtime (Increased
      12-12-07)
      2)Concerta 72 mg by mouth every morning.
      3)Decrease Zoloft to 25 mgs. by mouth every morning (02-06-08)
      (Discontinued on 02-13-08)
      4)Increase Seroquel to 150 mgs. by mouth every morning and at noon and
      increase to 200 mgs. at bedtime for mood stabilization (on 03-12-08.)
      5)Benadryl 75 mgs. by mouth at bedtime for insomnia.
      NON-PSYCHOTROPICS:
      1)Neutrogena soap bid for mild facial acne
      2)Stridex Pad at hs

      DIET: Regular        Admit Weight = 116#
      ALLERGIES: Nasal Pan Mist

      DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
      Relational Problem
      II: No diagnosis
      III: None

      PLAN:
      PSYCHOTROPIC MEDICATIONS:
      1)Continue Depakote 500 mgs. by mouth every morning and 500 mg by mouth

D-000328

Report Date: 05/23/2011                              Page 50 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                    Data Entry Date: 03/21/2008

    at bedtime for mood stabilization.
    2)Continue Concerta72mg by mouth every morning
    3)Increase Seroquel to 150 mgs. by mouth every morning and at noon and
    increase to 200 mgs. at bedtime for mood stabilization.
    4)Continue Benadryl to 75 mgs. by mouth at bedtime
    NON-PSYCHOTROPICS:
    1)Continue Neutrogena soap twice a day for mild facial acne.
    2)Continue Stridex Pad at bedtime.
    3)Continue patient on high calorie diet and also provide him with a high
    calorie supplement during snack time.
    4)Monitor patient's eating habits and weight.


**NOTE**
Please Check all Note Types that apply before continuing!

    Note:
        Patient attended treatment team on 03-12-08 for his formal 54 Day
    Treatment Plan Review.  Please see the 180 Day Treatment Plan Review for
    additional information.



    Algorithm:   None

Report Date: 05/23/2011                          Page 51 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN               Episode Start Date: 09/10/2007
Assigned ID: 000238798                 Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992              Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                      Data Entry Date: 03/27/2008

## *GENERAL INFORMATION*

Assessment Date:   03/19/2008

Assessment Time:   10:30 AM

Draft/Final:   Final

Assessing Clinician:   ANCHA,LAKSHMI (000496)

Local Case #:   68013126

Primary Language:   English

Is the Preferred Language English:   Yes

## *MEDICATIONS*

Medication Comments:
PSYCHOTROPICS:
1)Depakote 500 mg by mouth every morning and 500 mg at bedtime (Increased
12-12-07)
2)Concerta 72 mg by mouth every morning.
3)Decrease Zoloft to 25 mgs. by mouth every morning (02-06-08)
(Discontinued on 02-13-08)
4)Increase Seroquel to 150 mgs. by mouth every morning and at noon and
increase to 200 mgs. at bedtime for mood stabilization (on 03-12-08.)
5)Benadryl 75 mgs. by mouth at bedtime for insomnia.
NON-PSYCHOTROPICS:
1)Neutrogena soap bid for mild facial acne
2)Stridex Pad at hs

DIET: Regular        Admit Weight = 116#
ALLERGIES: Nasal Pan Mist

DIAGNOSES:   I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
Relational Problem
II: No diagnosis
III: None

PLAN:
PSYCHOTROPIC MEDICATIONS:
1)Continue Depakote 500 mgs. by mouth every morning and 500 mg by mouth

D-000330

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN           Episode Start Date: 09/10/2007
Assigned ID: 000238798             Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992          Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                  Data Entry Date: 03/27/2008

at bedtime for mood stabilization.
2)Continue Concerta72mg by mouth every morning
3)Continue Seroquel to 150 mgs. by mouth every morning and at noon and
increase to 200 mgs. at bedtime for mood stabilization.
4)Continue Benadryl to 75 mgs. by mouth at bedtime
NON-PSYCHOTROPICS:
1)Continue Neutrogena soap twice a day for mild facial acne.
2)Continue Stridex Pad at bedtime.
3)Continue patient on high calorie diet and also provide him with a high
calorie supplement during snack time.
4)Monitor patient's eating habits and weight.


**NOTE**
Please Check all Note Types that apply before continuing!

Note:
Patient attended treatment team on 03-19-08.

Patient continues to have difficulty with peer interactions.  He
continues to curse and argue with his roommate and exhibit poor impulse
control.  Although, there are no reports of major maladaptive behaviors.
Patient is looking forward to an upcoming visit from his family during
the Easter weekend.

Patient was appropriately dressed and groomed.  His mood was pleasant and
affect was congruent.  Activity level was appropriate for age.  Patient
appeared to be focused during the treatment team.  No evidence of
psychotic symptoms.  No tics or AIMS.  No suicidal and/or homicidal
ideations.


Algorithm:    None

D-000331

Report Date: 05/23/2011                                Page 53 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798                Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992             Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                     Data Entry Date: 04/01/2008

### GENERAL INFORMATION
Assessment Date:   03/26/2008

Assessment Time:   10:30 AM

Draft/Final:   Final

Assessing Clinician:   ANCHA,LAKSHMI (000496)

Local Case #:   68013126

Primary Language:   English

Is the Preferred Language English:   Yes

### MEDICATIONS

Medication Comments:
   PSYCHOTROPICS:
   1)Depakote 500 mg by mouth every morning and 500 mg at bedtime
   2)Concerta 72 mg by mouth every morning.
   3)Increase Seroquel to 150 mgs. by mouth every morning and at noon and
   increase to 200 mgs. at bedtime for mood stabilization (on 03-12-08.)
   4)Benadryl 75 mgs. by mouth at bedtime for insomnia.
   NON-PSYCHOTROPICS:
   1)Neutrogena soap bid for mild facial acne
   2)Stridex Pad at hs

   DIET: Regular        Admit Weight = 116#
   ALLERGIES: Nasal Pan Mist

   DIAGNOSES:  I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
   Relational Problem
   II: No diagnosis
   III: None

   PLAN:
   PSYCHOTROPIC MEDICATIONS:
   1)Continue Depakote 500 mgs. by mouth every morning and 500 mg by mouth
   at bedtime for mood stabilization.
   2)Continue Concerta72mg by mouth every morning
   3)Continue Seroquel to 150 mgs. by mouth every morning and at noon and

D-000332

Report Date: 05/23/2011                                    Page 54 of 61


Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                        Data Entry Date: 04/01/2008

        increase to 200 mgs. at bedtime for mood stabilization.
        4)Continue Benadryl to 75 mgs. by mouth at bedtime
        NON-PSYCHOTROPICS:
        1)Continue Neutrogena soap twice a day for mild facial acne.
        2)Continue Stridex Pad at bedtime.
        3)Continue patient on high calorie diet and also provide him with a high
        calorie supplement during snack time.
        4)Monitor patient's eating habits and weight.


**NOTE**
Please Check all Note Types that apply before continuing!

    Note:
        Patient attended treatment team on 03-26-08.  Patient is on Level B with
        3 yes days.

        Patient had a good visit with dad and stepmom at the furlough house
        during the past weekend for Easter. According to the feedback given by
        the family patient did fairly well during the visit.  There were no
        reports of any anger outbursts and/or disrespectful behavior.  Patient
        was receptive to redirections and required very few reminders.  Staff
        reports also indicate that patient is needing less reminders and is much
        calmer.  Patient also stated he enjoyed the visit and is looking forward
        to seeing his younger brother who did not come for the visit because he
        was sick.

        Patient was appropriately dressed and groomed.  His mood was pleasant and
        affect was congruent.  His activity level was appropriate for age.  Speech
        was normal in rate, rhythm and volume. Patient maintained appropriate
        attention and concentration during the treatment team.  No evidence of
        psychotic symptoms.  No tics or AIMS.  No suicidal and/or homicidal
        ideations.

        Patient verbalized being motivated to have a furlough home visit and also
        to maintain appropriate behavior and be discharged home.

D-000333

Report Date: 05/23/2011                          Page 55 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN               Episode Start Date: 09/10/2007
Assigned ID: 000238798                 Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992              Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                      Data Entry Date: 04/01/2008

Algorithm:   None

D-000334

Report Date: 05/23/2011                              Page 56 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                        Data Entry Date: 04/16/2008

### *GENERAL INFORMATION*

Assessment Date:   04/02/2008

Assessment Time:   10:30 AM

Draft/Final:   Final

Assessing Clinician:   ANCHA,LAKSHMI (000496)

Local Case #:   68013126

Primary Language:   English

Is the Preferred Language English:   Yes

### *MEDICATIONS*

Medication Comments:
PSYCHOTROPICS:
1)Depakote 500 mg by mouth every morning and 500 mg at bedtime
2)Concerta 72 mg by mouth every morning.
3)Increase Seroquel to 150 mgs. by mouth every morning and at noon and
increase to 200 mgs. at bedtime for mood stabilization (on 03-12-08.)
4)Benadryl 75 mgs. by mouth at bedtime for insomnia.
NON-PSYCHOTROPICS:
1)Neutrogena soap bid for mild facial acne
2)Stridex Pad at hs

DIET: Regular       Admit Weight = 116#
ALLERGIES: Nasal Pan Mist

DIAGNOSES:   I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
Relational Problem
II: No diagnosis
III: None

PLAN:
PSYCHOTROPIC MEDICATIONS:
1)Continue Depakote 500 mgs. by mouth every morning and 500 mg by mouth
at bedtime for mood stabilization.
2)Continue Concerta72mg by mouth every morning
3)Continue Seroquel to 150 mgs. by mouth every morning and at noon and

D-000335

Report Date: 05/23/2011                              Page 57 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                       Data Entry Date: 04/16/2008

    increase to 200 mgs. at bedtime for mood stabilization.
    4) Continue Benadryl to 75 mgs. by mouth at bedtime
NON-PSYCHOTROPICS:
1) Continue Neutrogena soap twice a day for mild facial acne.
2) Continue Stridex Pad at bedtime.
3) Continue patient on high calorie diet and also provide him with a high
calorie supplement during snack time.
4) Monitor patient's eating habits and weight.

**_NOTE_**
Please Check all Note Types that apply before continuing!

    Note:
      Patient attended treatment team on 04-02-08.  Patient is on Level A.

      Patient is somewhat slow to follow directions.  Although, he is
respectful towards the staff.  He is participating actively in individual
and family therapy.  Patient is being educated about his younger
brother's condition which includes Asperger's Disorder and trying to
improve the relationship with him.  No reports of any major maladaptive
behaviors.

    Algorithm:   None

D-000336

Report Date: 05/23/2011                                    Page 58 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                        Data Entry Date: 04/16/2008

### *GENERAL INFORMATION*
Assessment Date:   04/09/2008

Assessment Time:   10:30 AM

Draft/Final:   Final

Assessing Clinician:   ANCHA,LAKSHMI (000496)

Local Case #:   68013126

Primary Language:   English

Is the Preferred Language English:   Yes

### *MEDICATIONS*

Medication Comments:
  PSYCHOTROPICS:
  1)Depakote 500 mg by mouth every morning and 500 mg at bedtime
  2)Concerta 72 mg by mouth every morning.
  3)Increase Seroquel to 150 mgs. by mouth every morning and at noon and
  increase to 200 mgs. at bedtime for mood stabilization (on 03-12-08.)
  4)Benadryl 75 mgs. by mouth at bedtime for insomnia.
  NON-PSYCHOTROPICS:
  1)Neutrogena soap bid for mild facial acne
  2)Stridex Pad at hs

  DIET: Regular        Admit Weight = 116#
  ALLERGIES: Nasal Pan Mist

  DIAGNOSES:   I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
  Relational Problem
  II: No diagnosis
  III: None

  PLAN:
  PSYCHOTROPIC MEDICATIONS:
  1)Continue Depakote 500 mgs. by mouth every morning and 500 mg by mouth
  at bedtime for mood stabilization.
  2)Continue Concerta72mg by mouth every morning
  3)Continue Seroquel to 150 mgs. by mouth every morning and at noon and

D-000337

Report Date: 05/23/2011                                    Page 59 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798                Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992             Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                     Data Entry Date: 04/16/2008

increase to 200 mgs. at bedtime for mood stabilization.
4)Continue Benadryl to 75 mgs. by mouth at bedtime
NON-PSYCHOTROPICS:
1)Continue Neutrogena soap twice a day for mild facial acne.
2)Continue Stridex Pad at bedtime.
3)Continue patient on high calorie diet and also provide him with a high
calorie supplement during snack time.
4)Monitor patient's eating habits and weight.
5)A tentative discharge date has been set for 05-19-08.


**_NOTE_**
Please Check all Note Types that apply before continuing!

Note:
Patient attended treatment team on 04-02-08.  Patient is on Level A with
4 yes days and 0 no days.

This week staffs' reports indicate that the patient has been cursing at
times.  Although, there are no reports of assaultive and/or
self-injurious behaviors.  Patient admitted that he is anxious about his
discharge.  He is sleeping well and taking his medications as suggested.
Patient also is attending school regularly and trying to complete his
work.  Patient also brought to treatment team a piece of paper with the
SPARK goals that he had written.

Patient was appropriately dressed and groomed.  His was pleasant and
affect was somewhat restricted in range.  His activity level was
appropriate for age. Patient appeared to be focused during the treatment
team.  No evidence of psychotic symptoms.  No tics or AIMS.  No suicidal
and/or homicidal ideations.


—


Algorithm:   None

D-000338

Report Date: 05/23/2011                              Page 60 of 61

## Waco Center for Youth
## Waco, TX

## PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN               Episode Start Date: 09/10/2007
Assigned ID: 000238798                 Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992              Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                      Data Entry Date: 04/25/2008

### *GENERAL INFORMATION*
    Assessment Date:   04/16/2008

    Assessment Time:   10:30 AM

    Draft/Final:    Final

    Assessing Clinician:   ANCHA,LAKSHMI (000496)

    Local Case #:   68013126

    Primary Language:   English

### *MEDICATIONS*

    Medication Comments:
    PSYCHOTROPICS:
    1)Depakote 500 mg by mouth every morning and 500 mg at bedtime
    2)Concerta 72 mg by mouth every morning.
    3)Increase Seroquel to 150 mgs. by mouth every morning and at noon and
    increase to 200 mgs. at bedtime for mood stabilization (on 03-12-08.)
    4)Benadryl 75 mgs. by mouth at bedtime for insomnia.
    NON-PSYCHOTROPICS:
    1)Neutrogena soap bid for mild facial acne
    2)Stridex Pad at hs

    DIET: Regular        Admit Weight = 116#
    ALLERGIES: Nasal Pan Mist

    DIAGNOSES:   I: Bipolar Disorder NOS; ADHD-Combined Type; Parent-Child
    Relational Problem
    II: No diagnosis
    III: None

    PLAN:
    PSYCHOTROPIC MEDICATIONS:
    1)Continue Depakote 500 mgs. by mouth every morning and 500 mg by mouth
    at bedtime for mood stabilization.
    2)Continue Concerta72mg by mouth every morning
    3)Continue Seroquel to 150 mgs. by mouth every morning and at noon and
    increase to 200 mgs. at bedtime for mood stabilization.
    4)Continue Benadryl to 75 mgs. by mouth at bedtime

D-000339

Report Date: 05/23/2011                                    Page 61 of 61

Waco Center for Youth
Waco, TX

PHYSICIAN P. NOTE

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): ANCHA LAKSHMI
Episode Number: 2                           Data Entry Date: 04/25/2008

NON-PSYCHOTROPICS:
1) Continue Neutrogena soap twice a day for mild facial acne.
2) Continue Stridex Pad at bedtime.
3) Continue patient on high calorie diet and also provide him with a high calorie supplement during snack time.
4) Monitor patient's eating habits and weight.
5) Patient has a tentative discharge date set for 05-19-08.

**_NOTE_**
Please Check all Note Types that apply before continuing!

Note:
Patient attended treatment team on 04-16-08.  Patient is on Level B with 4 yes days and 0 no days.

Patient stated that he is somewhat anxious and uncomfortable around a select peer whom he alleged to have sexually abused him.  Although, there are no reports of any major maladaptive behaviors.  Patient is sleeping and eating well.  He is interacting well with the staff and peers.  Patient is also attending school regularly and trying to complete his work.  He is taking his medications as prescribed and denied any side effects from it.  According to the staffs' reports the patient and the select peer were interviewed by the CPS worker who is investigating the allegation of sexual abuse.  The CPS report is still pending.

Patient was appropriately dressed and groomed.  His mood was somewhat anxious and affect was congruent.  His activity level was appropriate for age.  No evidence of psychotic symptoms.  No tics or AIMS.  No suicidal and/or homicidal ideations.

Algorithm:    None

D-000340