Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): GIVENS MELISSA
Episode Number: 2                           Data Entry Date: 02/21/2008

### *GENERAL INFORMATION*
Assessment Date:    02/21/2008

Assessment Time:    02:13 PM

Draft/Final:    Final

Assessing Clinician:   GIVENS,MELISSA (000472)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Requires Occassional Prompts

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   75%~INACTIVE

Percent of Lunch Eaten:   0%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities w/significant prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PATIENT COMPLETED ALL MORNING HYGIENE. PATIENT WAS CURSING PEER AND
THREATENING PEER AND STAFF NEEDED TO HELP SPEERS. PATIENT WENT TO TIME
OUT ROOM AND TALKED TO STAFF. PATIENT DID ATTEND MORNING SCHOOL AND
NEEDED REDIRECTION FROM TEACHER WHEN CURSING AND IINTERFERINGWITH TEACHER
AND CLIENTS CONVERSATION. PATIENT HAS BEEN ASKED SEVERAL TIMES TO
STRAIGHTEN UP ROOM AND PICK UP PERSONAL ITEMS OFF THE FLOOR. PATIENT HAS
YET TO FOLLOW INSTRUCTIONS. PATIENT DID GOOD DURING AFTERNOON MOVIE AND
WILL CONTINUE TO BE MONITORED FOR THE RREMAININGOF THIS SHIFT.

D-001091

Report Date: 05/23/2011                                      Page 574 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): HABERLE FREDRIC
Episode Number: 2                       Data Entry Date: 02/21/2008

**GENERAL INFORMATION**
  Assessment Date:   02/21/2008

  Assessment Time:   09:37 PM

  Draft/Final:   Final

  Assessing Clinician:   HABERLE,FREDRICK (000288)

  Primary Language:   English

  Is the preferred language English:   Yes

**DAILY LIVING ACTIVITIES**
  ADLs:   Independent

  Ambulating:   Self

  Bathing:   Shower

  Grooming Hygiene:   Neat, Clean

**DIET--APPETITE**
  Monitor with Meals:   Routine Monitoring

  Percent of Dinner Eaten:   100%~INACTIVE

  Percent of Snack Eaten:   50%~INACTIVE

**BEHAVIOR AND ACTIVITY**
  Attendance of Activities:   Attends Activities w/significant prompts

  Socialization:   Socializes with Other with prompts

  Response to Requests:   Resistant/Argues with Requests

  Behavior and Activities Comments:
    JUSTIN HAD SEVERAL REMINDERS TODAY TO NOT BE DISRUPTIVE. JUSTIN WAS ASKED
    TO LEAVE GROUP TODAY BECAUSE HE WAS DISRUPTIVE. JUSTIN CURSED AT PEERS
    AND WAS GIVEN MULTIPLE REMINDERS TO FOLLOW STAFF INSTRUCTIONS.

D-001092

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): AAGESEN MICHAEL
Data Entry Date: 02/22/2008

### *GENERAL INFORMATION*
Assessment Date:   02/22/2008

Assessment Time:   06:16 AM

Draft/Final:   Final

Assessing Clinician:   AAGESEN,MICHAEL (000476)

Primary Language:   English

Is the preferred language English:   Yes

### *SLEEP PATTERNS (11-7 Shift Only)*
Sleep Patterns Comments:
PT. WAS ASLEEP AND IN BED AT THE BEGINNING OF THE SHIFT.  PT. SLEPT IN
THE TIMEOUT ROOM PER HIS REQUEST.  NO PROBLEMS NOTED AT THIS TIME, PT.
WILL CONTINUE TO BE MONITORED FOR THE DURATION OF THE SHIFT.

Number Hours Slept:   Slept all Night

D-001093

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): JONES DELOIS
Episode Number: 2                           Data Entry Date: 02/22/2008

### GENERAL INFORMATION
Assessment Date:    02/22/2008

Assessment Time:    02:14 PM

Draft/Final:    Final

Assessing Clinician:    JONES,DELOIS (000144)

Primary Language:  English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:    Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   75%~INACTIVE

Percent of Lunch Eaten:   75%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT. COMPLETED MORNING ROUTINE AND HYGIENE. PT. NEEDED REMINDERS ABOUT
INTERFEREING AND REFUSING TO BE QUIET. PT. ATTENDED SCHOOL AND HAS
REMAINED IN HIS ASSIGNED GROUP.

D-001094

Report Date: 05/23/2011                                    Page 577 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): POWERS PATRICK
Episode Number: 2                       Data Entry Date: 02/22/2008

### *GENERAL INFORMATION*
Assessment Date:   02/22/2008

Assessment Time:   09:18 PM

Draft/Final:   Final

Assessing Clinician:   POWERS,PATRICK (000103)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Requires Occassional Prompts

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT STAYED ON TASK FOR THE MOST PART OF THIS SHIFT. HE DID RECIEVE
REMINDERS ABOUT INTERFERING. OTHERWISE HE WAS ALOT CALMER THAN NORMAL.

D-001095

Report Date: 05/23/2011                          Page 578 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798                Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992             Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                     Data Entry Date: 02/23/2008

### *GENERAL INFORMATION*
Assessment Date:    02/23/2008

Assessment Time:    05:26 AM

Draft/Final:    Final

Assessing Clinician:    JETTERS,DONNELL (000142)

Primary Language:   English

Is the preferred language English:   Yes

### *SLEEP PATTERNS (11-7 Shift Only)*
Number Hours Slept:   Slept all Night

D-001096

Report Date: 05/23/2011                                    Page 579 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): HARRISON GLORIA
Episode Number: 2                           Data Entry Date: 02/23/2008

### GENERAL INFORMATION
Assessment Date:   02/23/2008

Assessment Time:   02:00 PM

Draft/Final:  Final

Assessing Clinician:   HARRISON,GLORIA (000387)

Primary Language:  English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Grooming Hygiene:   Neat

### DIET--APPETITE
Percent of Breakfast Eaten:   75%~INACTIVE

Percent of Lunch Eaten:   100%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
CLIENT HAD BREAKFAST, LITTLE SLOW CLEANING HIS ROOM BUT GOT IT DONE.  HIS
PARENT VISIT ON THE COTTAGE TODAY WITH THERAPIST.  CLIENT COMPLIED WITH
ALL STAFF REQUEST , AFTER PARENTS LEFT HE TRIED TO GET STAFF TO CUT HIS
SHOE STRINGS OFF HIS TENNIS HIS PARENTS BROUGHT HIM TODAY.   HE WAS MILD
MANNERED AND DID NOT ARGUE.  CLIENT SCOR WAS A '3' FOR THIS SHIFT.

D-001097

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): POWERS PATRICK
Data Entry Date: 02/23/2008

### *GENERAL INFORMATION*
Assessment Date:   02/23/2008

Assessment Time:   08:31 PM

Draft/Final:   Final

Assessing Clinician:   POWERS,PATRICK (000103)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Requires Frequent Prompts

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   0%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT CONT. TO ENCOURAGE HIS PEERS TO FEED INTO HIS NEG. BEHAVIORS. HE
HAS BEEN SHOUTING AT HIS PEERS, STATING TAUNTING COMMNETS TO ENCOURAGE A
FIGHT & HE HAD TO BE SENT TO ANOTHER GROUP INORDER TO MAINTAIN PEACE. HE
WENT UP TO SEVERAL PEERS LOOKING FOR ANYONE TO GIVE HIM A REASON TO
BECAME AGGRESSIVE.

D-001098

Report Date: 05/23/2011                    Page 581 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                       Data Entry Date: 02/24/2008

### *GENERAL INFORMATION*
Assessment Date:   02/24/2008

Assessment Time:   05:51 AM

Draft/Final:   Final

Assessing Clinician:   JETTERS,DONNELL (000142)

Primary Language:   English

Is the preferred language English:   Yes

### *SLEEP PATTERNS (11-7 Shift Only)*
Number Hours Slept:   Slept all Night

D-001099

Report Date: 05/23/2011                          Page 582 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): HARRISON GLORIA
Episode Number: 2                        Data Entry Date: 02/24/2008

### *GENERAL INFORMATION*
Assessment Date:    02/24/2008

Assessment Time:   01:16 PM

Draft/Final:   Final

Assessing Clinician:   HARRISON,GLORIA (000387)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat

### *DIET--APPETITE*
Percent of Breakfast Eaten:   100%~INACTIVE

Percent of Lunch Eaten:   100%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT GOT UP RUDE TO PEERS CURSING  AND MAKING THREATS. HE ATE ALL HIS
BREAKFAST AND LUNCH.    AROUND 10:00 A.M. HE MELLOWED DOWN AND PLAYED
TABLE GAMES WITH STAFF AND HAD NO PROBLEM NOT BEING ALLOWED TO WATCH TV.
THIS GROUP IS SCHEDULED A TV ROOM AT 2 P.M. SPARK GOALS VIOLATED1.
DISRESPECTING STAFF AND PEERS; NOT FOLLOWING INSTRUCTIONS.

D-001100

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): FOY ROBERT
Episode Number: 2                       Data Entry Date: 02/24/2008

### *GENERAL INFORMATION*
Assessment Date:   02/24/2008

Assessment Time:   09:10 PM

Draft/Final:   Final

Assessing Clinician:   FOY,ROBERT (000154)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Care Provided:   Shampoo

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### *LEVEL OF OBSERVATION/MONITORING*
Precaution Type:   Routine Monitoring

Level of Monitoring:   Routine

Level Implemented:   Routine

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

D-001101

Report Date: 05/23/2011                          Page 584 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): FOY ROBERT
Episode Number: 2                        Data Entry Date: 02/24/2008

    Behavior and Activities Comments:
        PATIENT HAS HAD SOME ROUGH SPOTS THIS SHIFT. HE HAS ATTEMPTED TO BE
        CONTROLLING AND DEMANDING TOWARD HIS PEERS.HE RECIEVED SEVERAL REMINDERS
        ABOUT BEING LOUD AND RUDE. HE IS STILL UP AS OF THIS ENTRY. PATIENT WAS
        ASSESSED A (1) ON THE 3-11 SHIFT.

D-001102

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                       Data Entry Date: 02/25/2008

### GENERAL INFORMATION
Assessment Date:    02/25/2008

Assessment Time:    05:55 AM

Draft/Final:   Final

Assessing Clinician:   JETTERS,DONNELL (000142)

Primary Language:   English

Is the preferred language English:   Yes

### SLEEP PATTERNS (11-7 Shift Only)
Number Hours Slept:   Slept all Night

D-001103

Report Date: 05/23/2011                                    Page 586 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): HARRISON GLORIA
Episode Number: 2                       Data Entry Date: 02/25/2008

## *GENERAL INFORMATION*
Assessment Date:   02/25/2008

Assessment Time:   02:20 PM

Draft/Final:   Final

Assessing Clinician:   HARRISON,GLORIA (000387)

Primary Language:   English

Is the preferred language English:   Yes

## *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Grooming Hygiene:   Neat

## *DIET--APPETITE*
Percent of Breakfast Eaten:   75%~INACTIVE

Percent of Lunch Eaten:   100%~INACTIVE

## *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
CLIENT WAS SLOW GETTING STARTED THIS MORNING. HE APPEARS TO  NOT BE A
MORNING PERSON.  HE IS RUDE TO PEERS AND STAFF,YET AROUND 10:00 HE BECAME
VERY PLEASANT AND CALM DOWN ALOT.   HE PLAYED TABLE GAMES WITH
PEERS,PARTICIPATED WITH P.E. ACTIVITIES AND SCHOOL.  HE STILL HAS A
PROBLEM ATTEMPTING TO  TELL PEERS AND STAFF WHAT TO DO. HE STAYED IN HIS
GROUP ,STILL NEEDED REMINDERS AND WARNINGS.

D-001104

Report Date: 05/23/2011                                    Page 587 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): HABERLE FREDRIC
Episode Number: 2                           Data Entry Date: 02/25/2008

### GENERAL INFORMATION
Assessment Date:   02/25/2008

Assessment Time:   09:14 PM

Draft/Final:   Final

Assessing Clinician:   HABERLE,FREDRICK (000288)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat, Clean

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   50%~INACTIVE

Percent of Snack Eaten:   75%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities w/significant prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Resistant/Argues with Requests

Behavior and Activities Comments:
JUSTIN CONSTANTLY ARGUED WITH HIS PEERS AND STAFF. JUSTIN TRIED TO
ENCOURAGE A PEER TO FIGHT. JUSTIN CURSED AT STAFF AND PEERS.

D-001105

Report Date: 05/23/2011                          Page 588 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                         Data Entry Date: 02/26/2008

### GENERAL INFORMATION
Assessment Date:    02/26/2008

Assessment Time:    06:14 AM

Draft/Final:    Final

Assessing Clinician:    JETTERS,DONNELL (000142)

Primary Language:    English

### SLEEP PATTERNS (11-7 Shift Only)
Number Hours Slept:    Slept all Night

D-001106

Report Date: 05/23/2011                          Page 589 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): FOY ROBERT
Episode Number: 2                       Data Entry Date: 02/26/2008

**GENERAL INFORMATION**
   Assessment Date:   02/26/2008

   Assessment Time:   01:08 PM

   Draft/Final:   Final

   Assessing Clinician:   FOY,ROBERT (000154)

   Primary Language:   English

   Is the preferred language English:   Yes

**DAILY LIVING ACTIVITIES**
   ADLs:   Independent

   Ambulating:   Self

   Bathing:   Partial

   Care Provided:   Oral Care--Teeth

   Grooming Hygiene:   Unkempt

**DIET--APPETITE**
   Percent of Breakfast Eaten:   100%~INACTIVE

   Percent of Lunch Eaten:   100%~INACTIVE

**LEVEL OF OBSERVATION/MONITORING**
   Precaution Type:   Routine Monitoring

   Level of Monitoring:   Routine

   Level Implemented:   Routine

**BEHAVIOR AND ACTIVITY**
   Attendance of Activities:   Refuses Activities

   Socialization:   Socializes with Others Independently

   Response to Requests:   Behavior Requires Staff Intervention

D-001107

Report Date: 05/23/2011                                    Page 590 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): FOY ROBERT
Episode Number: 2                         Data Entry Date: 02/26/2008

Behavior and Activities Comments:
   PATIENT HAS BEEN RUDE TODAY TOWARD STAFF. HE HAS REFUSED TO COMPLY WITH
   STAFF REQUEST.HE WAS ASKED SEVERAL TIMES TO CHANGE INTO SOME CLEAN
   CLOTHES AND TO CLEAN HIS CLOSET. HE REFUSED TO CLEAN HIS CLOSET AND HE
   JUST CHANGED HIS CLOTHES. HE HAS BEEN TELLING STAFF TO NOT TALK TO HIM
   AND TO NOT TOUCH HIS STUFF. PATIENT WAS ASSESSED A (1) ON THE 7-3 SHIFT.

D-001108

Report Date: 05/23/2011                                    Page 591 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): HENDERSON ANITA
Episode Number: 2                           Data Entry Date: 02/26/2008

### *GENERAL INFORMATION*
Assessment Date:   02/26/2008

Assessment Time:   09:59 PM

Draft/Final:   Final

Assessing Clinician:   HENDERSON,ANITA (000504)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT. RECEIVED THE SCORE OF A 2 ON THE 3/11 SHIFT. PT. WAS ARGUMENTATIVE
WITH HIS PEERS AND WAS SLOW TO FOLLOW STAFF'S INSTRUCTIONS. PT. ALSO
RECEIVED SEVERAL REMINDERS ABOUT CURSING AT HIS PEERS.

D-001109

Report Date: 05/23/2011                          Page 592 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN            Episode Start Date: 09/10/2007
Assigned ID: 000238798              Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992           Data Entry By (Login): AAGESEN MICHAEL
Episode Number: 2                   Data Entry Date: 02/27/2008

### *GENERAL INFORMATION*
Assessment Date:    02/27/2008

Assessment Time:    06:15 AM

Draft/Final:   Final

Assessing Clinician:   AAGESEN,MICHAEL (000476)

Primary Language:   English

Is the preferred language English:   Yes

### *SLEEP PATTERNS (11-7 Shift Only)*
Sleep Patterns Comments:
    PT. WAS IN BED AND ASLEEP AT THE BEGINNING OF THE SHIFT.  NO PROBLEMS
    NOTED AT THIS TIME, PT. WILL CONTINUE TO BE MONITORED FOR THE DURATION OF
    THE SHIFT.

Number Hours Slept:   Slept all Night

Report Date: 05/23/2011                          Page 593 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): HARRISON GLORIA
Episode Number: 2                       Data Entry Date: 02/27/2008

### GENERAL INFORMATION
Assessment Date:   02/27/2008

Assessment Time:   02:59 PM

Draft/Final:  Final

Assessing Clinician:  HARRISON,GLORIA (000387)

Primary Language:  English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Grooming Hygiene:   Clean

### DIET--APPETITE
Percent of Breakfast Eaten:   75%~INACTIVE

Percent of Lunch Eaten:   75%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT GOT UP ENCOURAGING PEERS WITH NEGATIVE BEHAVIOR,SLOW TO FOLLOW
INSTRUCTIONS CURSING STAFF AND PEERS.  HE GOT UP LATE AND DID NO HYGIENE.
WHEN STAFF ATTEMPTED TO RE-DIRECTED HIM HE TOLD STAFF" SHUT THE FUCK UP"
HE MADE SEVERAL THREATS TO PEERS.  HE WAS SLOW TO TURN HIS BEHAVIOR
AROUND.

Report Date: 05/23/2011                          Page 594 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): ANDERSON ROY
Episode Number: 2                         Data Entry Date: 02/27/2008

### *GENERAL INFORMATION*
Assessment Date:   02/27/2008

Assessment Time:   09:40 PM

Draft/Final:   Final

Assessing Clinician:   ANDERSON,ROY (000396)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Partial

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
    CLIENT HAD PROBLEMS TODAY ARGUING WITH PEERS AND NEGLECTED TO SHOWER.

D-001112

Report Date: 05/23/2011                           Page 595 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                         Data Entry Date: 02/28/2008

*GENERAL INFORMATION*
    Assessment Date:    02/28/2008

    Assessment Time:    06:28 AM

    Draft/Final:   Final

    Assessing Clinician:   JETTERS,DONNELL (000142)

    Primary Language:   English

    Is the preferred language English:   Yes

*SLEEP PATTERNS (11-7 Shift Only)*
    Number Hours Slept:   Slept all Night

D-001113

Report Date: 05/23/2011                                    Page 596 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): JONES DELOIS
Episode Number: 2                           Data Entry Date: 02/28/2008

### *GENERAL INFORMATION*
Assessment Date:    02/28/2008

Assessment Time:    01:49 PM

Draft/Final:    Final

Assessing Clinician:   JONES,DELOIS (000144)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat

### *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   75%~INACTIVE

Percent of Lunch Eaten:   75%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT. WAS SLOW TO GET UP THIS MORNING HE DID NOT GET UP UNTIL BREAKFAST WAS
ON THE UNIT. PT. NEEDED CONSTANT REMINDERS TO CLEAN HIS ROOM. PT. HAS HAD
SEVERAL REMINDERS ABOUT TALKING OUT IN CLASS, PT. HAS BEEN ARGUING WITH
THE TEACHER IN A LOUD TONE OF VOICE, CONSTANTLY MAKING NOISES IN CLASS,
LEFT OUT OF CLASS AND DIDNOT COME BACK, ARGUING WITH PEER ABOUT GAME AND
PUZZLE ALMOST GETTING INTO A FIGHT AND CALLING PEER OUT OF THEIR NAME A

D-001114

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): JONES DELOIS
Data Entry Date: 02/28/2008

FUCKING BITCH AND REFUSED TO GO TO AFTERNOON SCHOOL.

Report Date: 05/23/2011                          Page 598 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): FOY ROBERT
Episode Number: 2                       Data Entry Date: 02/28/2008

## *GENERAL INFORMATION*
Assessment Date:   02/28/2008

Assessment Time:   09:23 PM

Draft/Final:   Final

Assessing Clinician:   FOY,ROBERT (000154)

Primary Language:   English

Is the preferred language English:   Yes

## *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Unkempt

## *DIET--APPETITE*
Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

## *LEVEL OF OBSERVATION/MONITORING*
Precaution Type:   Routine Monitoring

Level of Monitoring:   Routine

Level Implemented:   Routine

## *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Refuses Activities

Socialization:   Avoids/Resists Socialization

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
   PATIENT HAS BEEN NON-COMPLIANT WITH STAFF INSTRUCTIONS. HE HAS BEEN

Report Date: 05/23/2011                          Page 599 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): FOY ROBERT
Episode Number: 2                       Data Entry Date: 02/28/2008

    ARGUING WITH PEERS AND ENCOURAGING MALADAPTIVE BEHAVIORS. HE REFUSED TO
    TAKE A SHOWER BECAUSE HE WAS LATE GETTING IN THE SHOWER. AT BED TIME HE
    HAD MAJOR PROBLEMS WITH HIS ROOM MATE. HE WAS CURSING AND THREATENING. HE
    REFUSED TO GO TO BED BECAUSE OF THE CONFLICT HE WAS HAVING WITH HIS
    ROOMATE. HE WAS ASSESSED A (0) ON THE 3-11 SHIFT.

D-001117

Report Date: 05/23/2011                                    Page 600 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                           Data Entry Date: 02/29/2008

*GENERAL INFORMATION*
   Assessment Date:    02/29/2008

   Assessment Time:    06:29 AM

   Draft/Final:    Final

   Assessing Clinician:    JETTERS,DONNELL (000142)

   Primary Language:  English

   Is the preferred language English:   Yes

*SLEEP PATTERNS (11-7 Shift Only)*
   Number Hours Slept:   Slept all Night

D-001118

Report Date: 05/23/2011                              Page 601 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): HARRISON GLORIA
Episode Number: 2                        Data Entry Date: 02/29/2008

### GENERAL INFORMATION
Assessment Date:    02/29/2008

Assessment Time:    01:48 PM

Draft/Final:    Final

Assessing Clinician:    HARRISON,GLORIA (000387)

Primary Language:    English

Is the preferred language English:    Yes

### DAILY LIVING ACTIVITIES
ADLs:    Independent

Ambulating:    Self

Bathing:    Shower

Grooming Hygiene:    Clean

### DIET--APPETITE
Percent of Breakfast Eaten:    75%~INACTIVE

Percent of Lunch Eaten:    75%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:    Attends Activities with no prompts

Socialization:    Avoids/Resists Socialization

Response to Requests:    Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT STARTED HIS DAY GETTING UP LATE AND REFUSING TO CLEAN HIS ROOM.
CLIENT KEEPS EVERYTHING FROM PAPERS TO OLD PICTURES;GETS UPSET WITH STAFF
WHEN HE IS ASKED TO CLEAN OUT HIS DRAWERS AND DESK FROM CLUTTER.  CLIENT
DISRUPTED GROUP THIS MORNING USING PROFANITY TO PEERS AND STAFF. HE KEPT
TELLING STAFF"SCREW YOU BITCH".  HE WAS SITTING IN THE DAY AREA WITH HIS
FEET IN THE CHAIR AND REFUSED TO COMPLY WHEN STAFF ASKED HIM FOUR OR MORE
TIMES TO REMOVE THEM.  HE REFUSED TO FOLLOW INSTRUCTIONS WHEN STAFF ASKED
HIM TO STOP TALKING OUT OF TURN.

D-001119

Report Date: 05/23/2011                           Page 602 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): HARRISON GLORIA
Episode Number: 2                       Data Entry Date: 02/29/2008

Report Date: 05/23/2011                          Page 603 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): HABERLE FREDRIC
Episode Number: 2                       Data Entry Date: 02/29/2008

### *GENERAL INFORMATION*
Assessment Date:   02/29/2008

Assessment Time:   09:39 PM

Draft/Final:   Final

Assessing Clinician:   HABERLE,FREDRICK (000288)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat, Clean

### *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   50%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Resistant/Argues with Requests

Behavior and Activities Comments:
JUSTIN HAD SEVERAL REMINDERS FROM STAFF TO NOT FEED INTO NEGATIVE
BEHAVIOR FROM PEERS. JUSTIN ARGUED WITH CLIENTS CONSTANTLY. JUSTIN ARGUED
WITH STAFF AFTER STAFF ASKED HIM TO TAKE A SHOWER. JUSTIN TOOK HIS SHOWER
@ 9:30PM.

D-001121

Report Date: 05/23/2011                          Page 604 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                       Data Entry Date: 03/01/2008

*GENERAL INFORMATION*
   Assessment Date:   03/01/2008

   Assessment Time:   05:57 AM

   Draft/Final:   Final

   Assessing Clinician:   JETTERS,DONNELL (000142)

   Primary Language:   English

   Is the preferred language English:   Yes

*SLEEP PATTERNS (11-7 Shift Only)*
   Number Hours Slept:   Slept all Night

D-001122

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN               Episode Start Date: 09/10/2007
Assigned ID: 000238798                 Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992              Data Entry By (Login): FOY ROBERT
Episode Number: 2                      Data Entry Date: 03/01/2008

*GENERAL INFORMATION*
    Assessment Date:   03/01/2008

    Assessment Time:   01:05 PM

    Draft/Final:   Final

    Assessing Clinician:   FOY,ROBERT (000154)

    Primary Language:   English

    Is the preferred language English:   Yes

*DAILY LIVING ACTIVITIES*
    ADLs:   Independent

    Ambulating:   Self

    Bathing:   Partial

    Care Provided:   Hair Care, Oral Care--Teeth

    Grooming Hygiene:   Clean

*DIET--APPETITE*
    Percent of Breakfast Eaten:   100%~INACTIVE

    Percent of Lunch Eaten:   100%~INACTIVE

*LEVEL OF OBSERVATION/MONITORING*
    Precaution Type:   Routine Monitoring

    Level of Monitoring:   Routine

    Level Implemented:   Routine

*BEHAVIOR AND ACTIVITY*
    Attendance of Activities:   Refuses Activities

    Socialization:   Socializes with Others Independently

    Response to Requests:   Behavior Requires Staff Intervention

D-001123

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): FOY ROBERT
Data Entry Date: 03/01/2008

Behavior and Activities Comments:
PATIENT HAS HAD A FAIR SHIFT. HE HAS BEEN VERY EXCITED BECAUSE TODAY IS
HIS BIRTHDAY. HE WASHED HIS LAUNDRY AFTER SEVERAL PROMPTS. HE HAS HAD
NUMEROUS REMINDERS ABOUT ARGUING WITH PEERS. HE HAS MADE THE EFFORT TO
GET ALOING WITH HIS PEERS AND HE HAS ALSO APOLOGIZED AFTER BEING
OFFENSIVE. PATIENT WAS ASSESSED A (2) ON THE 7-3 WATCH.

D-001124

Report Date: 05/23/2011                              Page 607 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): ANDERSON ROY
Episode Number: 2                         Data Entry Date: 03/01/2008

## *GENERAL INFORMATION*
Assessment Date:    03/01/2008

Assessment Time:    09:46 PM

Draft/Final:   Final

Assessing Clinician:   ANDERSON,ROY (000396)

Primary Language:   English

## *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

## *DIET--APPETITE*
Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

## *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT HAD A GOOD SHIFT, NEEDING ONLY MINIMAL REMINDERS FROM STAFF.

D-001125

Report Date: 05/23/2011                          Page 608 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): AAGESEN MICHAEL
Episode Number: 2                       Data Entry Date: 03/02/2008

**_GENERAL INFORMATION_**
Assessment Date:   03/02/2008

Assessment Time:   05:18 AM

Draft/Final:   Final

Assessing Clinician:   AAGESEN,MICHAEL (000476)

Primary Language:   English

Is the preferred language English:   Yes

**_SLEEP PATTERNS (11-7 Shift Only)_**
Sleep Patterns Comments:
PT. WAS ASLEEP AND IN BED AT THE BEGINNING OF THE SHIFT.  NO PROBLEMS
NOTED AT THIS TIME, PT. WILL CONTINUE TO BE MONITORED FOR THE DURATION OF
THE SHIFT.

Number Hours Slept:   Slept all Night

D-001126

Report Date: 05/23/2011                              Page 609 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): HABERLE FREDRIC
Episode Number: 2                           Data Entry Date: 03/02/2008

## *GENERAL INFORMATION*
Assessment Date:     03/02/2008

Assessment Time:     03:04 PM

Draft/Final:    Final

Assessing Clinician:    HABERLE,FREDRICK (000288)

Primary Language:    English

Is the preferred language English:    Yes

## *DAILY LIVING ACTIVITIES*
ADLs:    Independent

Ambulating:    Self

## *DIET--APPETITE*
Monitor with Meals:    Routine Monitoring

Percent of Breakfast Eaten:    100%~INACTIVE

Percent of Lunch Eaten:    100%~INACTIVE

## *BEHAVIOR AND ACTIVITY*
Attendance of Activities:    Attends Activities with no prompts

Socialization:    Socializes with Other with prompts

Response to Requests:    Resistant/Argues with Requests

Behavior and Activities Comments:
JUSTIN WAS SLOW TO FOLLOW INSTRUCTIONS AND ARGUED WITH PEERS AND STAFF.
JUSTIN CURSED AT PEERS.

D-001127

Report Date: 05/23/2011                          Page 610 of 766

                          Waco Center for Youth
                               Waco, TX

                  PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): POWERS PATRICK
Episode Number: 2                       Data Entry Date: 03/02/2008

*GENERAL INFORMATION*
    Assessment Date:    03/02/2008

    Assessment Time:    09:43 PM

    Draft/Final:    Final

    Assessing Clinician:   POWERS,PATRICK (000103)

    Primary Language:   English

    Is the preferred language English:   Yes

*DAILY LIVING ACTIVITIES*
    ADLs:   Requires Frequent Prompts

    Ambulating:   Self

    Bathing:   Shower

    Grooming Hygiene:   Clean

*DIET--APPETITE*
    Monitor with Meals:   Routine Monitoring

    Percent of Dinner Eaten:   100%~INACTIVE

    Percent of Snack Eaten:   50%~INACTIVE

*BEHAVIOR AND ACTIVITY*
    Attendance of Activities:   Attends Activities with no prompts

    Socialization:   Socializes with Others Independently

    Response to Requests:   Resistant/Argues with Requests

    Behavior and Activities Comments:
        CLIENT CONT. TO HAVE ISSUES WITH FOLLOWING INSTRUCTIONS & AVOIDING
        HIGH-RISK BEHAVIORS. HE FEED INTO NUMEROUS VERBAL CONFLICTS WITH PEER
        #242720 WITCH LEAD TO THIS PEER HITTING & PUSHING ON HIM. HE CHOSE TO USE
        ALOT OF PROFANITY,POWERPLAY, & HE REFUSED TO ACCEPT NO WHENEVER
        REDIRECTED.

D-001128

Report Date: 05/23/2011                          Page 611 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): AAGESEN MICHAEL
Episode Number: 2                        Data Entry Date: 03/03/2008

## *GENERAL INFORMATION*
Assessment Date:    03/03/2008

Assessment Time:    04:55 AM

Draft/Final:   Final

Assessing Clinician:   AAGESEN,MICHAEL (000476)

Primary Language:   English

Is the preferred language English:   Yes

## *SLEEP PATTERNS (11-7 Shift Only)*
Sleep Patterns Comments:
PT. WAS ASLEEP AND IN BED AT THE BEGINNING OF THE SHIFT.  NO NOTED
PROBLEMS AT THIS TIME, PT. WILL CONTINUE TO BE MONITORED FOR THE DURATION
OF THE SHIFT.

Number Hours Slept:   Slept all Night

D-001129

Report Date: 05/23/2011                              Page 612 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JONES DELOIS
Episode Number: 2                       Data Entry Date: 03/03/2008

### GENERAL INFORMATION
Assessment Date:   03/03/2008

Assessment Time:   02:20 PM

Draft/Final:   Final

Assessing Clinician:   JONES,DELOIS (000144)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   75%~INACTIVE

Percent of Lunch Eaten:   75%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT. DID NOT WAKEUP UNTIL 7;30AM. PT. WAS SLOW TO COMPLETE HYGIENE AND EAT
BREAKFAST. PT. HAD TO BE REMINDED NOT TO PLAY BALL IN THEIR ROOM. PT. WAS
COUNSELED WITH ABOUT ARGUING WITH PEER IN CLASS. PT. HAS BEEN SLOW TO
COME BACK TO CLASS WHEN HE LEAVES OUT.

D-001130

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): POWERS PATRICK
Episode Number: 2                       Data Entry Date: 03/03/2008

## *GENERAL INFORMATION*
Assessment Date:   03/03/2008

Assessment Time:   09:32 PM

Draft/Final:   Final

Assessing Clinician:   POWERS,PATRICK (000103)

Primary Language:   English

Is the preferred language English:   Yes

## *DAILY LIVING ACTIVITIES*
ADLs:   Requires Occassional Prompts

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

## *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   25%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

## *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLEINT STAYED ON TASK WELL FOR THE MOST PART OF THIS SHIFT. HE INTERACTED
WELL WITH HIS PEERS BUT AT BEDTIME HE FED INTO A POWERSTRUGGLE WITH HIS
ROOMMATE(PEER #242064). THIS PEER DEMANDED THAT THEY TURN OFF THE LIGHTS
BEFORE 9:00P.M. WITCH JUSTIN HAD A RIGHT TO USE UNTIL THAT TIME. AFTER
JUSTIN TURNED THE LIGHTS BACK ON THIS PEER ATTACKED HIM BY GRABBING HIM
AROUND HIS WAIST & TORSO AREA. JUSTIN DIDN'T RETALIATE TO THIS

Report Date: 05/23/2011                          Page 614 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): POWERS PATRICK
Episode Number: 2                        Data Entry Date: 03/03/2008

        AGGRESSION.

D-001132

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): JETTERS DONNELL
Data Entry Date: 03/04/2008

### GENERAL INFORMATION
Assessment Date:   03/04/2008

Assessment Time:   04:25 AM

Draft/Final:   Final

Assessing Clinician:   JETTERS,DONNELL (000142)

Primary Language:   English

Is the preferred language English:   Yes

### SLEEP PATTERNS (11-7 Shift Only)
Number Hours Slept:   Slept all Night

D-001133

Report Date: 05/23/2011                                    Page 616 of 766

                         Waco Center for Youth
                              Waco, TX

                  PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): JONES DELOIS
Episode Number: 2                        Data Entry Date: 03/04/2008

*GENERAL INFORMATION*
     Assessment Date:   03/04/2008

     Assessment Time:   01:53 PM

     Draft/Final:   Final

     Assessing Clinician:   JONES,DELOIS (000144)

     Primary Language:   English

     Is the preferred language English:   Yes

*DAILY LIVING ACTIVITIES*
     ADLs:   Independent

     Ambulating:   Self

     Bathing:   Shower

     Grooming Hygiene:   Neat

*DIET--APPETITE*
     Monitor with Meals:   Routine Monitoring

     Percent of Breakfast Eaten:   75%~INACTIVE

     Percent of Lunch Eaten:   100%~INACTIVE

*BEHAVIOR AND ACTIVITY*
     Attendance of Activities:   Attends Activities with no prompts

     Socialization:   Socializes with Others Independently

     Response to Requests:   Cooperative with Requests

     Behavior and Activities Comments:
       PT. COMPLETED MORNING ROUTINE AND HYGIENE. PT. ATTENDED AL PROGRAMMING.
       PT. HAD AN OVERALL GOOD SHIFT.

D-001134

Report Date: 05/23/2011                          Page 617 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): POWERS PATRICK
Episode Number: 2                        Data Entry Date: 03/04/2008

### *GENERAL INFORMATION*
Assessment Date:   03/04/2008

Assessment Time:   09:16 PM

Draft/Final:   Final

Assessing Clinician:   POWERS,PATRICK (000103)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Requires Frequent Prompts

Ambulating:   Self

Bathing:   Bath

Grooming Hygiene:   Unkempt

### *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Resistant/Argues with Requests

Behavior and Activities Comments:
CLIENT WAS VERY UNPREDICTABLE THIS SHIFT. ONE MIN. HE WOULD FOLLOW
INSTRUCTIONS WELL WELL & AT TIMES HE WOULD BECOME CLOSED CHANNEL & ACT AS
IF HE WAS INVISIBLE(NO RESPONCE TO ANY OF STAFF'S REQUEST). HE BECAME
AGGRESSIVE TOWARDS HIS PEERS IN HIS GROUP DURING A TABLE GAME BY SLAMMING
PEICES ON THE BOARD IN THIER DIRECTION. HE WAS VERY ARGUEMENTIVE &
REFUSED TO TAKE A SHOWER.

D-001135

Report Date: 05/23/2011                          Page 618 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798                Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992             Data Entry By (Login): POWERS PATRICK
Episode Number: 2                     Data Entry Date: 03/04/2008

D-001136

Report Date: 05/23/2011                          Page 619 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                       Data Entry Date: 03/05/2008

### *GENERAL INFORMATION*
Assessment Date:   03/05/2008

Assessment Time:   04:15 AM

Draft/Final:   Final

Assessing Clinician:   JETTERS,DONNELL (000142)

Primary Language:   English

Is the preferred language English:   Yes

### *SLEEP PATTERNS (11-7 Shift Only)*
Number Hours Slept:   Slept all Night

D-001137

Report Date: 05/23/2011                                    Page 620 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): WACHSMANN ROBER
Episode Number: 2                         Data Entry Date: 03/05/2008

### GENERAL INFORMATION
Assessment Date:   03/05/2008

Assessment Time:   02:25 PM

Draft/Final:   Final

Assessing Clinician:   WACHSMANN,ROBERT (000462)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Requires Frequent Prompts

Ambulating:   Self

Grooming Hygiene:   Unkempt, Inappropriate--Age

### DIET--APPETITE
Monitor with Meals:   Compliant with Diet

Percent of Breakfast Eaten:   100%~INACTIVE

Percent of Lunch Eaten:   100%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities w/significant prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
PATIENT HAD A POOR SHIFT.  PATIENT GOT UP AND BRUSHED HIS TEETH, BUT
DIDN'T WASH HIS FACE OR CLEAN UP HIS ROOM VERY WELL.  PATIENT
PARTICIPATED IN ALL SCHEDULED UNIT PROGRAMMING, BUT NEEDED SEVERAL
REMINDERS DURING THE SHIFT FOR MISCELLANEOUS THINGS.  PATIENT NEEDED
SEVERAL REMINDERS THROUGHOUT THE SHIFT FOR ENCOURAGING NEGATIVE BEHAVIORS
AND DOING WHAT HE WANTS TO DO, AND JUNIOR STAFFING.  PATIENT WAS SLOW TO
FOLLOW STAFF DIRECTIONS WHEN HE WAS REDIRECTED FROM DIFFERENT SITUATIONS.
    WHILE OUTSIDE PATIENT GOT UPSET WITH PEERS BECAUSE OF A PEER AND THEN HE

D-001138

Report Date: 05/23/2011                          Page 621 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN            Episode Start Date: 09/10/2007
Assigned ID: 000238798              Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992           Data Entry By (Login): WACHSMANN ROBER
Episode Number: 2                   Data Entry Date: 03/05/2008

    THREW THE BASKETBALL ACROSS THE BACKYARD THAT HIS PEER WAS PLAYING WITH.
    PATIENT THEN STARTED TO CURSE AT PEER AND CALLED HIM A "BITCH."  PATIENT
    WAS IMMEDIATELY TOLD TO STOP TALKING AND ARGUING WITH PEER, BUT PATIENT
    CONTINUED ON.  PATIENT LATER ON TOLD STAFF THAT HE WAS SORRY FOR ARGUING
    AND CURSING AND TOLD STAFF THAT HE WAS IN THE WRONG.  PATIENT HAD NO
    OTHER PROBLEMS NOTED.  PATIENT WILL BE MONITORED FOR THE REMAINDER OF THE
    SHIFT.

D-001139

Report Date: 05/23/2011                          Page 622 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): MINOR MICHAEL
Episode Number: 2                        Data Entry Date: 03/05/2008

### GENERAL INFORMATION
Assessment Date:   03/05/2008

Assessment Time:   09:05 PM

Draft/Final:   Final

Assessing Clinician:   MINOR,MICHAEL (000127)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### DIET--APPETITE
Percent of Breakfast Eaten:   100%~INACTIVE

Percent of Lunch Eaten:   100%~INACTIVE

Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
Pt.while outside became upset when peer#242720 when this peer began
bowing up to him and cursing at him when he(Pt.)accidently knocked the
glasses off peer#242720 face despite repeated reminders from staff for
them to stop,but they ignored these requests.At this point staff

D-001140

Report Date: 05/23/2011                         Page 623 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): MINOR MICHAEL
Episode Number: 2                        Data Entry Date: 03/05/2008

        instructed all clients to come into the unit due to it begin close to
        time for dinner.Pt. shortly after this did admit to his therapist that he
        did encourage peer#242720to try to hit him several times.Pt.at this time
        was informed by staff that his days would be started over due to
        encouraging focused physical aggression and that he also would recieve a
        "0".Pt.has been made aware of these consequences by staff and angrily
        stated that he understood.Pt.was offered a grievance by staff and did
        fill it out.

D-001141

Report Date: 05/23/2011                         Page 624 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                       Data Entry Date: 03/06/2008

### GENERAL INFORMATION
Assessment Date:   03/06/2008

Assessment Time:   06:35 AM

Draft/Final:   Final

Assessing Clinician:   JETTERS,DONNELL (000142)

Primary Language:   English

Is the preferred language English:   Yes

### SLEEP PATTERNS (11-7 Shift Only)
Number Hours Slept:   Slept all Night

D-001142

Report Date: 05/23/2011                          Page 625 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): GIVENS MELISSA
Episode Number: 2                       Data Entry Date: 03/06/2008

### *GENERAL INFORMATION*
Assessment Date:    03/06/2008

Assessment Time:    02:30 PM

Draft/Final:    Final

Assessing Clinician:    GIVENS,MELISSA (000472)

Primary Language:    English

Is the preferred language English:    Yes

### *DAILY LIVING ACTIVITIES*
ADLs:    Requires Occassional Prompts

Grooming Hygiene:    Unkempt

### *DIET--APPETITE*
Monitor with Meals:    Routine Monitoring

Percent of Breakfast Eaten:    100%~INACTIVE

Percent of Lunch Eaten:    75%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Socialization:    Socializes with Other with prompts

Response to Requests:    Cooperative with Requests

Behavior and Activities Comments:
PATIENT WAS LATE GETTING UP AND DID NOT CLEAN ROOM. PATIENT COMPLETED ALL
MORNING HYGIENE. PATIENT WAS YELLING FOR NO APPARENT REASON IN THE AM.
PATIENT DID FOLLOW REDIRECTION. PATIENT WAS ASKED TO DO LAUNDRY AND
REFUSED TO DO LAUNDRY. PATIENT ATTENDED MORNING SCHOOLING WITH NO
PROBLEMS. PATIENT NEEDED MINOR REDIRECTION THROUGHOUT THE SHIFT FOR
ARGUING WITH PEERS. PATIENT DID FOLLOW REDIRECTION. PATIENT ATTENDED
AFTERNOON SCHOOLING WITH NO PROBLEM AND WILL CONTINUE TO BE MONITORED FOR
THE REMAINING OF THIS SHIFT.

D-001143

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): FOY ROBERT
Episode Number: 2                           Data Entry Date: 03/06/2008

### GENERAL INFORMATION
Assessment Date:   03/06/2008

Assessment Time:   09:10 PM

Draft/Final:   Final

Assessing Clinician:   FOY,ROBERT (000154)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Care Provided:   Hair Care

Grooming Hygiene:   Clean

### DIET--APPETITE
Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### LEVEL OF OBSERVATION/MONITORING
Precaution Type:   Routine Monitoring

Level of Monitoring:   Routine

Level Implemented:   Routine

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Refuses Activities

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

D-001144

Report Date: 05/23/2011                          Page 627 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798               Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992            Data Entry By (Login): FOY ROBERT
Episode Number: 2                    Data Entry Date: 03/06/2008

Behavior and Activities Comments:
    PATIENT HAS HAD A FAIR EVENING. HE PARTICIPATED IN PROGRAMMING WAS
    COMPLIANT MOST OF THE TIME. HE TOOK HIS SHOWER LATE BECAUSE HE FORGOT TO
    TAKE IT AT HIS SHOWER TIME. HE WAS A LITTLE DISRUPTIVE AT RELAXATION TIME
    DISTURBING HIS ROOMATES WHO WERE ALREADY IN BED. PATIENT WAS ASSESSED A
    (2) ON THE 3-11 SHIFT.

D-001145

Report Date: 05/23/2011                    Page 628 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                       Data Entry Date: 03/07/2008

### GENERAL INFORMATION
Assessment Date:   03/07/2008

Assessment Time:   04:42 AM

Draft/Final:   Final

Assessing Clinician:   JETTERS,DONNELL (000142)

Primary Language:   English

Is the preferred language English:   Yes

### SLEEP PATTERNS (11-7 Shift Only)
Number Hours Slept:   Slept all Night

D-001146

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): JONES DELOIS
Episode Number: 2                           Data Entry Date: 03/07/2008

### GENERAL INFORMATION
Assessment Date:   03/07/2008

Assessment Time:   02:23 PM

Draft/Final:   Final

Assessing Clinician:   JONES,DELOIS (000144)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   75%~INACTIVE

Percent of Lunch Eaten:   75%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT. WAS SLOW TO COMPLETE MORNING ROUTINE AND HYGIENE. PT. WAS COUNSELED
WITH ABOUT HIS CLOSET AGAIN ON HOW HE NEEDS TO FOLD UP THE CLOTHES
BECAUSE THEY ARE IN A BIG GIANT PILE STUFFED IN HIS CLOSET AND STAFF CANT
GO IN HIS ROOM EVERYDAY AND WASH ALL HIS CLOTHES AND FOLD THEM UP AND HE
GOES AND MESS THEM BACK UP AGAIN. PT. WAS GIVEN REMINDERS ON BEING LOUD
AND YELLING, AND TELLING STAFF NOT TO TELL HIM WHAT TO DO. PT. HAS ALSO

D-001147

Report Date: 05/23/2011                              Page 630 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JONES DELOIS
Episode Number: 2                       Data Entry Date: 03/07/2008

    BEEN ENC. PT. REFUSED TO GO OUTSIDE WWWITH HIS GROUP FOR OUTSIDE TIME.

D-001148

Report Date: 05/23/2011                              Page 631 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): POWERS PATRICK
Episode Number: 2                        Data Entry Date: 03/07/2008

### *GENERAL INFORMATION*
Assessment Date:   03/07/2008

Assessment Time:   08:38 PM

Draft/Final:  Final

Assessing Clinician:   POWERS,PATRICK (000103)

Primary Language:   English

### *DAILY LIVING ACTIVITIES*
ADLs:   Requires Occassional Prompts

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   25%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT RECIEVED A FEW REMINDERS ABOUT RUDE COMMENTS TOWARDS HIS PEERS
WHILE OUTSIDE. HE ALSO RECIEVED  REMINDERS ABOUT ENCOURAGING VERBAL
CONFLICTS WITH PEERS IN HIS GROUP. HE DID YEILD SLIGHTLY BETTER TO
REDIRECTION.

D-001149

Report Date: 05/23/2011                          Page 632 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): BURNS RICHARD
Episode Number: 2                       Data Entry Date: 03/08/2008

### *GENERAL INFORMATION*
   Assessment Date:   03/08/2008

   Assessment Time:   04:21 AM

   Draft/Final:   Final

   Assessing Clinician:   BURNS,RICHARD (000220)

   Primary Language:   English

   Is the preferred language English:   Yes

### *SLEEP PATTERNS (11-7 Shift Only)*
   Number Hours Slept:   Slept all Night

D-001150

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): JONES DELOIS
Episode Number: 2                           Data Entry Date: 03/08/2008

### GENERAL INFORMATION
Assessment Date:   03/08/2008

Assessment Time:   01:01 PM

Draft/Final:   Final

Assessing Clinician:   JONES,DELOIS (000144)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   75%~INACTIVE

Percent of Lunch Eaten:   75%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT. WAS VERY SLOW TO CLEAN UP HIS ROOM TODAY AND VERY SLOW TO EAT
BREAKFAST. PT. NEEDED LOTS OF REMINDERS AND HELP. PT. WAS VERY
ARGUMENTIVE. PT. SPENT TIME IN HIS GROUP AND NEEDED LOTS OF REDIRECTION
TO COOPERATE AND SHOW KINDNESS AND RESPECT.

D-001151

Report Date: 05/23/2011                          Page 634 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): ANDERSON ROY
Episode Number: 2                        Data Entry Date: 03/08/2008

### GENERAL INFORMATION
Assessment Date:   03/08/2008

Assessment Time:   10:17 PM

Draft/Final:   Final

Assessing Clinician:   ANDERSON,ROY (000396)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### DIET--APPETITE
Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT HAD A DECENT SHIFT, BUT NEEDED A LOT OF REMINDERS FOR ARGUING WITH
PEERS AND STAFF, AND FOR CURSING.

D-001152

Report Date: 05/23/2011                                    Page 635 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): AAGESEN MICHAEL
Episode Number: 2                        Data Entry Date: 03/09/2008

### GENERAL INFORMATION
Assessment Date:   03/09/2008

Assessment Time:   06:30 AM

Draft/Final:   Final

Assessing Clinician:   AAGESEN,MICHAEL (000476)

Primary Language:   English

Is the preferred language English:   Yes

### SLEEP PATTERNS (11-7 Shift Only)
Sleep Patterns Comments:
    PT. WAS IN BED AND ASLEEP AT THE BEGINNING OF THE SHIFT.  NO PROBLEMS
    NOTED AT THIS TIME, PT. WILL CONTINUE TO BE MONITORED FOR THE DURATION OF
    THE SHIFT.

Number Hours Slept:   Slept all Night

D-001153

Report Date: 05/23/2011                           Page 636 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): GIVENS MELISSA
Episode Number: 2                       Data Entry Date: 03/09/2008

### *GENERAL INFORMATION*
Assessment Date:   03/09/2008

Assessment Time:   03:23 PM

Draft/Final:   Final

Assessing Clinician:   GIVENS,MELISSA (000472)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Requires Frequent Prompts

Grooming Hygiene:   Clean, Unkempt

### *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   100%~INACTIVE

Percent of Lunch Eaten:   75%~INACTIVE

Diet/Appetite Comments:
ATE GOOD TODAY!

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities w/significant prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Resistant/Argues with Requests

Behavior and Activities Comments:
PATIENT COMPLETED ALL MORNING HYGIENE AND WAS VERY SLOW IN CLEANING UP
ROOM. PATIENT HAD ALL CLOTHES ALL OVER THE FLOOR BY BED. PATIENT WAS
ARGUING AND YELLING AT STAFF SAYING "I KNOW LEAVE ME ALONE". PATIENT WAS
ABLE TO CLEAN ROOM UP. PATIENT CALLED PEER "DOUCHE BAG", AND CONTINUED TO
BE DISRESPECTFUL. PATIENT WENT OUTSIDE AND WAS CURSING PEER AND
THREATENING TO KICK HIS ASS, BECAUSE HE WAS WINNING AND MAKING SHOTS AND
ENCOURAGING. PATIENT DID WELL SOCIALIZING WITH PEERS IN ROOM PATIENT WILL

D-001154

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): GIVENS MELISSA
Data Entry Date: 03/09/2008

CONTINUE TO BE MONITORED FOR THE REMAINING OF THIS SHIFT.

Report Date: 05/23/2011                          Page 638 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                           Data Entry Date: 03/10/2008

### *GENERAL INFORMATION*
Assessment Date:   03/10/2008

Assessment Time:   04:54 AM

Draft/Final:   Final

Assessing Clinician:   JETTERS,DONNELL (000142)

Primary Language:   English

Is the preferred language English:   Yes

### *SLEEP PATTERNS (11-7 Shift Only)*
Number Hours Slept:   Slept all Night

D-001156

Report Date: 05/23/2011                    Page 639 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): GIVENS MELISSA
Episode Number: 2                       Data Entry Date: 03/10/2008

### GENERAL INFORMATION
- Assessment Date:   03/10/2008

Assessment Time:   02:44 PM

Draft/Final:   Final

Assessing Clinician:   GIVENS,MELISSA (000472)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Requires Frequent Prompts

Grooming Hygiene:   Unkempt

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   100%~INACTIVE

Percent of Lunch Eaten:   100%~INACTIVE

### BEHAVIOR AND ACTIVITY
- Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Resistant/Argues with Requests

Behavior and Activities Comments:
    PATIENT COMPLETED ALL MORNING HYGIENE. PATIENT WAS DISRESPECTFUL TO PEERS
    DURING HYGIENE WHEN PEERS WERE ASKING FOR LOCKER KEY. PATIENT TOLD PEERS
    " SHUT UP BEFORE I BITCH SLAP YOU". PATIENT WAS BEING VERY LOUD. PATIENT
    WAS YELLING AT STAFF WHEN STAFF ASKED PATIENT TO CLEAN ROOM. PATIENT AT
    THE SAME TIME WAS CUSSING AT ROOMMATES. PATIENT DID WELL IN MORNING RAP.
    PATIENT DURING LUNCH WAS VERY DISRESPECTFUL TO STAFF WHEN ASKED TO TAKE
    TOY BACK TO ROOM DURING LUNCH.PATIENT WAS YELLING TELLING STAFF TO LEAVE
    HIM THE FUCK ALONE. PATIENT CONTINUED TO DIS RESPECT STAFF. PATIENT DID
    WELL DURING PAWS. PATIENT WAS IN THERAPY DURING AFTERNOON RAP. PATIENT
    WAS ARGUING WITH ROOMMATE IN THE AFTERNOON AND WOULD NOT STOP DURING

D-001157

Report Date: 05/23/2011                              Page 640 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): GIVENS MELISSA
Episode Number: 2                       Data Entry Date: 03/10/2008

        REDIRECTION.

Report Date: 05/23/2011                                    Page 641 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): ANDERSON ROY
Episode Number: 2                         Data Entry Date: 03/10/2008

## GENERAL INFORMATION
Assessment Date:   03/10/2008

Assessment Time:   09:42 PM

Draft/Final:   Final

Assessing Clinician:   ANDERSON,ROY (000396)

Primary Language:   English

Is the preferred language English:   Yes

## DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

## DIET--APPETITE
Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

## BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT HAD A DECENT SHIFT, BUT REQUIRED A LOT OF REMINDERS FROM STAFF FOR
ARGUING WITH PEERS.

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): AAGESEN MICHAEL
Data Entry Date: 03/11/2008

### GENERAL INFORMATION

Assessment Date:   03/11/2008

Assessment Time:   06:22 AM

Draft/Final:   Final

Assessing Clinician:   AAGESEN,MICHAEL (000476)

Primary Language:   English

Is the preferred language English:   Yes

### SLEEP PATTERNS (11-7 Shift Only)

Sleep Patterns Comments:
PT. WAS IN BED AND ASLEEP AT THE BEGINNING OF THE SHIFT.  PT. SLEPT IN
THE ACTIVITY ROOM BECAUSE HE WAS HAVING SOME PROBLEMS WITH HIS ROOMMATE
AT BEDTIME BEFORE THE BEGINNING OF THE SHIFT.  NO NOTED PROBLEMS AT THIS
TIME, PT. WILL CONTINUE TO BE MONITORED FOR THE DURATION OF THE SHIFT.

Number Hours Slept:   Slept all Night

D-001160

Report Date: 05/23/2011                           Page 643 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): HARRISON GLORIA
Episode Number: 2                       Data Entry Date: 03/11/2008

### GENERAL INFORMATION
Assessment Date:   03/11/2008

Assessment Time:   02:03 PM

Draft/Final:  Final

Assessing Clinician:  HARRISON,GLORIA (000387)

Primary Language:  English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:  Self

Bathing:  Shower

Grooming Hygiene:   Clean

### DIET--APPETITE
Percent of Breakfast Eaten:   75%~INACTIVE

Percent of Lunch Eaten:   75%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities w/significant prompts

Socialization:  Avoids/Resists Socialization

Response to Requests:  Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT STARTED HIS DAY GETTING OUT OF BED LATE, AND TAKING QUIET A WHILE
TO GET DRESSED.  HE WAS ARGUING WITH STAFF AND PEERS YELLING TELLLING
STAFF TO " SHUT UP" AND TELLING PEERS TO "FUCK OFF"
CLIENT ATE ALL HIS BREAKFAST BUT DID NOT COMPLETE HIS LUNCH.  CLIENT DOES
NOT FOLLOW INSTRUCTIONS AND DOES NOT COMPLY TO STAFF REQUEST.

D-001161

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): TURNER KARMAN
Episode Number: 2                       Data Entry Date: 03/11/2008

### GENERAL INFORMATION
Assessment Date:   03/11/2008

Assessment Time:   09:20 PM

Draft/Final:   Final

Assessing Clinician:   TURNER,KARMAN (000096)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Care Provided:   Shampoo, Hair Care

Grooming Hygiene:   Neat

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities w/significant prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Resistant/Argues with Requests

Behavior and Activities Comments:
PT. HAS BEEN ARGUEING WITH STAFF EVERYTIME STAFF HAS REDIRECTED CLIENT.
VERY SLOW TO FOLLOW STAFF REQUEST.  PT. NOW IS IN THE BEDROOM ARGUING
WITH ANY OTHER PEER OVER THE LIGHTS.  STAFF WILL CONTINUE TO MONITORED
FOR ANY OTHER CHANGES.

D-001162

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): TURNER KARMAN
Data Entry Date: 03/11/2008

D-001163

Report Date: 05/23/2011                    Page 646 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                       Data Entry Date: 03/12/2008

### GENERAL INFORMATION
Assessment Date:   03/12/2008

Assessment Time:   04:22 AM

Draft/Final:   Final

Assessing Clinician:   JETTERS,DONNELL (000142)

Primary Language:   English

Is the preferred language English:   Yes

### SLEEP PATTERNS (11-7 Shift Only)
Number Hours Slept:   Slept all Night, Early Awaken

D-001164

Report Date: 05/23/2011                                    Page 647 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                           Data Entry Date: 03/12/2008

## *GENERAL INFORMATION*
Assessment Date:   03/12/2008

Assessment Time:   04:23 AM

Draft/Final:   Final

Assessing Clinician:   JETTERS,DONNELL (000142)

Primary Language:   English

Is the preferred language English:   Yes

## *SLEEP PATTERNS (11-7 Shift Only)*
Number Hours Slept:   Slept all Night

D-001165

Report Date: 05/23/2011                          Page 648 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): JONES DELOIS
Episode Number: 2                        Data Entry Date: 03/12/2008

### GENERAL INFORMATION
Assessment Date:   03/12/2008

Assessment Time:   01:50 PM

Draft/Final:   Final

Assessing Clinician:   JONES,DELOIS (000144)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   75%~INACTIVE

Percent of Lunch Eaten:   75%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities w/significant prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
PT. WAS SLOW TO COMPLETE MORNING ROUTINE AND HYGIENE. PT.HAS BEEN RATHER
RUDE TO PEERS AND STAFF WHEN ASK TO CLEAN UP HIS ROOM HE TELLS STAFF TO
SHUT UP AND LEAVE HIM ALONE, DURING LUNCH HE TOLD PEER HE STINK LIKE
SHIT, AND ARGUING TELLING PEER TO SHUTUP. PT. WOULD NOT GO OUTSIDE WHEN
OFFERED OUTSIDE TIME.

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): HABERLE FREDRIC
Episode Number: 2                           Data Entry Date: 03/12/2008

### GENERAL INFORMATION
Assessment Date:   03/12/2008

Assessment Time:   10:02 PM

Draft/Final:   Final

Assessing Clinician:   HABERLE,FREDRICK (000288)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat, Clean

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Refuses Activities

Socialization:   Avoids/Resists Socialization

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
JUSTIN RECIEVED A LEVEL DROP TODAY FOR FPA. CLIENT# 244448 REACHED FOR A
PEN AND JUSTIN ATTACKED HIM AND HIT HIM SCREAMING "THAT'S MY PEN".

D-001167

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): AAGESEN MICHAEL
Data Entry Date: 03/13/2008

### *GENERAL INFORMATION*
Assessment Date:   03/13/2008

Assessment Time:   05:56 AM

Draft/Final:   Final

Assessing Clinician:   AAGESEN,MICHAEL (000476)

Primary Language:   English

Is the preferred language English:   Yes

### *SLEEP PATTERNS (11-7 Shift Only)*
Sleep Patterns Comments:
PT. WAS IN BED AND ASLEEP AT THE BEGINNING OF THE SHIFT.  NO NOTED
PROBLEMS NOTED AT THIS TIME, PT. WILL CONTINUE TO BE MONITORED FOR THE
DURATION OF THE SHIFT.

Number Hours Slept:   Slept all Night

D-001168

Report Date: 05/23/2011                              Page 651 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): POWERS PATRICK
Episode Number: 2                           Data Entry Date: 03/13/2008

### GENERAL INFORMATION
Assessment Date:   03/13/2008

Assessment Time:   02:01 PM

Draft/Final:   Final

Assessing Clinician:   POWERS,PATRICK (000103)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Requires Frequent Prompts

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   100%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities w/significant prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT FED INTO ALOT OF VERBAL CONFLICTS WITH HIS PEERS. WHENEVER HE WAS
REDIRECTED HE ELECTED TO CONT. TO ARGUE ANYWAY. HE WAS REMINDED ON
SEVERAL OCCASSIONS TO STOP INTERFERING & JR. STAFFING. CLIENT ALSO
SSTATED THREATING COMMNETS TOWARDS HIS ROOMMATES & SOME PROFANITY.

D-001169

Report Date: 05/23/2011                              Page 652 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): HABERLE FREDRIC
Episode Number: 2                         Data Entry Date: 03/13/2008

### GENERAL INFORMATION
Assessment Date:   03/13/2008

Assessment Time:   10:50 PM

Draft/Final:   Final

Assessing Clinician:   HABERLE,FREDRICK (000288)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat, Clean

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   0%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

Diet/Appetite Comments:
JUSTIN REFUSED HIS DINNER SAYING THAT HE WAS NOT HUNGRY

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities w/significant prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
JUSTIN HAD A POOR SHIFT TODAY. JUSTIN WAS OUTSIDE WITH THE OTHER CLIENTS
AND I WAS TEACHING THEM SOCCER. JUSTIN AND CLIENT#244448 BOTH WENT FOR
THE SOCCER BALL AT THE SAME TIME AND JUSTIN SHOVED THE OTHER CLIENT TO

D-001170

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): HABERLE FREDRIC
Data Entry Date: 03/13/2008

THE GROUND. WHEN I ASKED JUSTIN WHY HE DID THAT, HE REPLIED "HE STARTED
IT". BUT CLIENT 244448 DID NOTHING MORE THAN GO FOR THE SOCCER BALL AT
THE SAME TIME AS JUSTIN.

D-001171

Report Date: 05/23/2011                          Page 654 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): AAGESEN MICHAEL
Episode Number: 2                        Data Entry Date: 03/14/2008

### *GENERAL INFORMATION*
Assessment Date:   03/14/2008

Assessment Time:   05:19 AM

Draft/Final:   Final

Assessing Clinician:   AAGESEN,MICHAEL (000476)

Primary Language:   English

Is the preferred language English:   Yes

### *SLEEP PATTERNS (11-7 Shift Only)*
Sleep Patterns Comments:
PT. WAS IN BED AND ASLEEP AT THE BEGINNING OF THE SHIFT.  NO NOTED
PROBELMS NOTED AT THIS TIME, PT. WILL CONTINUE TO BE MONITORED FOR THE
DURATION OF THE SHIFT.

Number Hours Slept:   Slept all Night

D-001172

Report Date: 05/23/2011                              Page 655 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): HARRISON GLORIA
Episode Number: 2                       Data Entry Date: 03/14/2008

### *GENERAL INFORMATION*
Assessment Date:   03/14/2008

Assessment Time:   01:37 PM

Draft/Final:   Final

Assessing Clinician:   HARRISON,GLORIA (000387)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Percent of Breakfast Eaten:   75%~INACTIVE

Percent of Lunch Eaten:   50%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Avoids/Resists Socialization

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT GOT UP THISMORNING ARGUING WITH HIS ROOM MATES. HE USED ALOT OF
PROFANITY AND WAS VERY LOUD.   STAF ASKED TO STOP FIGHTING HE IGNORED
STAFF AND CONTINUES, EVEN WHEN HIS PEERS HAD LEFT THE ROOM. AFTER
BREAKFAST HE  PARTICIPATED IN GROUP IN A VERY CALM MANNER.   HE DID NOT
COMPLETE HIS LUNCH.   HE ATE ONLY HIS MAC AND CHEESE AND DESERT.

D-001173

Report Date: 05/23/2011                                    Page 656 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): POWERS PATRICK
Episode Number: 2                           Data Entry Date: 03/14/2008

### *GENERAL INFORMATION*
Assessment Date:   03/14/2008

Assessment Time:   08:35 PM

Draft/Final:   Final

Assessing Clinician:   POWERS,PATRICK (000103)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Requires Occassional Prompts

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   50%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT CONT. TO ALLOW PEERS IN HIS GROUP TO BAIT HIM INTO VERBAL
CONFLICTS. HE HAS BEEN FEEDING INTO ALOT OF NEGATIVITY & WHENEVER
REDIRECTED HE WOULD ATTEMPT TO JUSTIFY HIS BEHAVIORS. VERY SLOW TO
COMPREHEND REDIRECTIN RENDERED.

D-001174

Report Date: 05/23/2011                          Page 657 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                         Data Entry Date: 03/15/2008

### *GENERAL INFORMATION*
    Assessment Date:    03/15/2008

    Assessment Time:    05:01 AM

    Draft/Final:    Final

    Assessing Clinician:    JETTERS,DONNELL (000142)

    Primary Language:    English

    Is the preferred language English:    Yes

### *SLEEP PATTERNS (11-7 Shift Only)*
    Number Hours Slept:    Slept all Night

D-001175

Report Date: 05/23/2011                          Page 658 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): WACHSMANN ROBER
Episode Number: 2                       Data Entry Date: 03/15/2008

## *GENERAL INFORMATION*
Assessment Date:   03/15/2008

Assessment Time:   01:48 PM

Draft/Final:   Final

Assessing Clinician:   WACHSMANN,ROBERT (000462)

Primary Language:   English

Is the preferred language English:   Yes

## *DAILY LIVING ACTIVITIES*
ADLs:   Requires Occassional Prompts

Ambulating:   Self

Grooming Hygiene:   Clean, Unkempt

## *DIET--APPETITE*
Monitor with Meals:   Compliant with Diet

Percent of Breakfast Eaten:   100%~INACTIVE

Percent of Lunch Eaten:   50%~INACTIVE

## *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PATIENT HAD A GOOD SHIFT.   PATIENT PARTICIPATED IN ALL SCHEDULED UNIT
PROGRAMMING DURING THE MORNING SHIFT.   PATIENT NEEDED OCCASIONAL
REMINDERS FOR SHOWING RESPECT TOWARDS HIS PEERS.   PATIENT PARTICIPATED IN
ALL MAJOR CLEAN UP REQUIREMENTS DURING THE AM.   PATIENT HAD NO MAJOR
PROBLEMS AND WILL BE MONITORED FOR THE REMAINDER OF THE SHIFT.

D-001176

Report Date: 05/23/2011                          Page 659 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): TURNER KARMAN
Episode Number: 2                        Data Entry Date: 03/15/2008

### GENERAL INFORMATION
Assessment Date:   03/15/2008

Assessment Time:   09:38 PM

Draft/Final:   Final

Assessing Clinician:   TURNER,KARMAN (000096)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Assisted

Bathing:   Shower

Care Provided:   Shampoo, Hair Care

Grooming Hygiene:   Neat

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT. HAS POSED NO MAJOR BEHAVIOR PROBLEMS SO FAR THIS SHIFT.  PT. HAS
INTERACTED VERY GOOD WITH PEERS AND STAFF.  STAFF WILL CONTINUE TO
MONITORED FOR ANY OTHER CHANGES.

D-001177

Report Date: 05/23/2011                           Page 660 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                       Data Entry Date: 03/16/2008

### GENERAL INFORMATION
Assessment Date:   03/16/2008

Assessment Time:   05:00 AM

Draft/Final:   Final

Assessing Clinician:   JETTERS,DONNELL (000142)

Primary Language:   English

Is the preferred language English:   Yes

### SLEEP PATTERNS (11-7 Shift Only)
Number Hours Slept:   Slept all Night

D-001178

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): GIVENS MELISSA
Episode Number: 2                           Data Entry Date: 03/16/2008

### GENERAL INFORMATION
Assessment Date:    03/16/2008

Assessment Time:    02:42 PM

Draft/Final:    Final

Assessing Clinician:    VILLARRIAL,MELINDA (000511)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:    Requires Occassional Prompts

Grooming Hygiene:    Clean

### DIET--APPETITE
Monitor with Meals:    Routine Monitoring

Percent of Breakfast Eaten:    100%~INACTIVE

Percent of Lunch Eaten:    50%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:    Attends Activities with no prompts

Socialization:    Socializes with Other with prompts

Response to Requests:    Resistant/Argues with Requests

Behavior and Activities Comments:
CLIENT COMPLETED ALL HYGIENE WITH NO REDIRECTION.  HE DID WELL CLEANING
HIS ROOM.  CLIENT HAD NO PROBLEMS DURING GOALS GROUP, HE WATCHED A MOVIE
UNTIL TIME TO GO OUT FOR RECREATION.  CLIENT NEEDED REDIRECTION FROM
STAFF WHEN HE AND CLIENT # 244448 STARTING TOSSING A BALL TO EACH OTHER,
HE BECAME ARGUMENTIVE WITH THAT CLIENT AND HE WOULD NOT FOLLOW
REDIRECTION. CLIENT DECIDED TO LEVEE AND WALK AROUND THE FIELD WITH
STAFF.  HE CAME INSIDE AND CONTINUED TO WATCH A MOVIE WITH NO PROBLEMS.
HE HAS NO PROBLEMS DURING RAP DUE TO FOLLOWING INSTRUCTIONS.  THIS AFTER
NOON HE PARTICIPATED DURING HORSE BARN WITH REDIRECTION.  CLIENT WILL BE
CONTINUED TO BE MONITORED DURING THE REMAIN G OF SHIFT.

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): GIVENS MELISSA
Episode Number: 2                       Data Entry Date: 03/16/2008

Report Date: 05/23/2011                                    Page 663 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): HABERLE FREDRIC
Episode Number: 2                        Data Entry Date: 03/16/2008

### GENERAL INFORMATION
Assessment Date:   03/16/2008

Assessment Time:   10:43 PM

Draft/Final:   Final

Assessing Clinician:   HABERLE,FREDRICK (000288)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat, Clean

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
   JUSTIN HAD A FAIR SHIFT WITH FEW REMINDERS FROM STAFF.

D-001181

Report Date: 05/23/2011                          Page 664 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                       Data Entry Date: 03/17/2008

**_GENERAL INFORMATION_**
    Assessment Date:   03/17/2008

    Assessment Time:   05:31 AM

    Draft/Final:   Final

    Assessing Clinician:   JETTERS,DONNELL (000142)

    Primary Language:   English

    Is the preferred language English:   Yes

**_SLEEP PATTERNS (11-7 Shift Only)_**
    Number Hours Slept:   Slept all Night

D-001182

Report Date: 05/23/2011                                    Page 665 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): JONES DELOIS
Episode Number: 2                           Data Entry Date: 03/17/2008

## *GENERAL INFORMATION*
Assessment Date:    03/17/2008

Assessment Time:   02:20 PM

Draft/Final:   Final

Assessing Clinician:   JONES,DELOIS (000144)

Primary Language:   English

Is the preferred language English:   Yes

## *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat

## *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   75%~INACTIVE

Percent of Lunch Eaten:   75%~INACTIVE

## *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Resistant/Argues with Requests

Behavior and Activities Comments:
PT. COMPLETED MORNING ROUTINE AND HYGIENE. PT. ATTENDED ALL PROGRAMMING.
PT. HAS NOT CLEANED HIS CLOSET TODAY. PT. HAS NEEDED LOTS OF REDIRECTION
ON INTERACTING WITH HIS PEERS. PT. WENT TO GROUP WITH THERAPIST.

D-001183

Report Date: 05/23/2011                          Page 666 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM, JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): HABERLE FREDRIC
Episode Number: 2                        Data Entry Date: 03/17/2008

### *GENERAL INFORMATION*
Assessment Date:   03/17/2008

Assessment Time:   10:38 PM

Draft/Final:   Final

Assessing Clinician:   HABERLE, FREDRICK (000288)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat, Clean

### *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   50%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
JUSTIN HAD A FEW REMINDERS FROM STAFF ABOUT ARGUING WITH PEERS. OTHER
THAN THAT, HE HAD A FAIR SHIFT.

Report Date: 05/23/2011                          Page 667 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): AAGESEN MICHAEL
Episode Number: 2                       Data Entry Date: 03/18/2008

## GENERAL INFORMATION

Assessment Date:   03/18/2008

Assessment Time:   05:42 AM

Draft/Final:   Final

Assessing Clinician:   AAGESEN,MICHAEL (000476)

Primary Language:   English

Is the preferred language English:   Yes

## SLEEP PATTERNS (11-7 Shift Only)

Sleep Patterns Comments:
   PT. WAS IN BED AND ASLEEP AT THE BEGINNING OF THE SHIFT.  NO PROBLEMS
NOTED AT THIS TIME, PT. WILL CONTINUE TO BE MONITORED FOR THE DURATION OF
THE SHIFT.

Number Hours Slept:   Slept all Night

Report Date: 05/23/2011                              Page 668 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): FOY ROBERT
Episode Number: 2                       Data Entry Date: 03/18/2008

### GENERAL INFORMATION
Assessment Date:   03/18/2008

Assessment Time:   01:10 PM

Draft/Final:   Final

Assessing Clinician:   FOY,ROBERT (000154)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Partial

Grooming Hygiene:   Clean

### DIET--APPETITE
Percent of Breakfast Eaten:   100%~INACTIVE

Percent of Lunch Eaten:   100%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PATIENT HAS HAD A FAIRLY GOOD SHIFT. HE HAS RECIEVED REMINDERS ABOUT
BEING RUDE TO HIS PEERS AND BEING LOUD. NO MAJOR BEHAVIOR PROBLEMS
OBSERVED AS OF THIS ENTRY.

D-001186

Report Date: 05/23/2011                                    Page 669 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): ANDERSON ROY
Episode Number: 2                           Data Entry Date: 03/18/2008

### *GENERAL INFORMATION*
Assessment Date:   03/18/2008

Assessment Time:   10:45 PM

Draft/Final:   Final

Assessing Clinician:   ANDERSON,ROY (000396)

Primary Language:   English

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT HAD A DECENT SHIFT, BUT STILL NEEDED REMINDERS TO PUT HIS CLOTHES
UP, TO FOLLOW INSTRUCTIONS, AND TO NOT BOSS HIS PEERS AROUND.

D-001187

Report Date: 05/23/2011                          Page 670 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): BURNS RICHARD
Episode Number: 2                       Data Entry Date: 03/19/2008

### *GENERAL INFORMATION*
Assessment Date:    03/19/2008

Assessment Time:    05:53 AM

Draft/Final:    Final

Assessing Clinician:    BURNS,RICHARD (000220)

Primary Language:    English

Is the preferred language English:    Yes

### *SLEEP PATTERNS (11-7 Shift Only)*
Sleep Patterns Comments:
    CLIENT SLEPT ALL NIGHT. NO PROBLEMS TO REPORT.

Number Hours Slept:    Slept all Night

D-001188

Report Date: 05/23/2011                          Page 671 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JONES DELOIS
Episode Number: 2                       Data Entry Date: 03/19/2008

### GENERAL INFORMATION
Assessment Date:   03/19/2008

Assessment Time:   01:53 PM

Draft/Final:   Final

Assessing Clinician:   JONES,DELOIS (000144)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   75%~INACTIVE

Percent of Lunch Eaten:   75%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT. COMPLETED MORNING ROUTINE AND HYGIENE. PT. ATTENDED PROGRAMMING ON
THE UNIT. PT. HAD TREATMENT TEAM. PT. HAD AN OVERALL FAIR DAY.

D-001189

Report Date: 05/23/2011                                    Page 672 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): POWERS PATRICK
Episode Number: 2                           Data Entry Date: 03/19/2008

### *GENERAL INFORMATION*
Assessment Date:   03/19/2008

Assessment Time:   08:32 PM

Draft/Final:   Final

Assessing Clinician:   POWERS,PATRICK (000103)

Primary Language:   English

Is the preferred language English:   Yes

### *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   0%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT STAYED ON TASK FOR THE MOST PART OF THIS SHIFT. HE DID RECIEVE A
REMINDER ABOUT SNAPPING AT HIS PEERS OVER HIS MAIL. HE WAS FREE OF
CONSTANT VERBAL CONFLICTS.

D-001190

Report Date: 05/23/2011                                    Page 673 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): TURNER KARMAN
Episode Number: 2                           Data Entry Date: 03/19/2008

### GENERAL INFORMATION
Assessment Date:   03/19/2008

Assessment Time:   09:19 PM

Draft/Final:   Final

Assessing Clinician:   TURNER,KARMAN (000096)

Primary Language:   English

Is the preferred language English:   Yes

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT. HAS POSED NO MAJOR BEHAVIOR PROBLEMS SO FAR THIS SHIFT.  PT. HAS
INTERACTED VERY GOOD WITH PEERS AND STAFF.  STAFF WILL CONTINUE TO
MONITORED FOR ANY OTHER CHANGES.

Report Date: 05/23/2011                    Page 674 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                   Episode Start Date: 09/10/2007
Assigned ID: 000238798                     Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                  Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                          Data Entry Date: 03/20/2008

### GENERAL INFORMATION
Assessment Date:   03/20/2008

Assessment Time:   04:24 AM

Draft/Final:   Final

Assessing Clinician:   JETTERS,DONNELL (000142)

Primary Language:   English

Is the preferred language English:   Yes

### SLEEP PATTERNS (11-7 Shift Only)
Number Hours Slept:   Slept all Night

D-001192

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JONES DELOIS
Episode Number: 2                       Data Entry Date: 03/20/2008

### GENERAL INFORMATION
Assessment Date:   03/20/2008

Assessment Time:   02:15 PM

Draft/Final:   Final

Assessing Clinician:   JONES,DELOIS (000144)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   75%~INACTIVE

Percent of Lunch Eaten:   75%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
PT. COMPLETED MORNING ROUTINE AND HYGIENE. PT. ATTENDED ALL PROGRAMMING.
PT. TOLD STAFF THATS BULLSHIT WHEN HE ASKED TO CLEAN HIS CLOSET IT TOOK
HIM AWHILE BUT HE DID COMPLETE IT. PT. NEEDED REMINDERS ON ATGUING.

D-001193

Report Date: 05/23/2011                                    Page 676 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): WACHSMANN ROBER
Episode Number: 2                           Data Entry Date: 03/20/2008

### *GENERAL INFORMATION*
   Assessment Date:   03/20/2008

   Assessment Time:   09:14 PM

   Draft/Final:   Final

   Assessing Clinician:   WACHSMANN,ROBERT (000462)

   Primary Language:   English

   Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
   ADLs:   Requires Occassional Prompts

   Ambulating:   Self

   Grooming Hygiene:   Clean

### *DIET--APPETITE*
   Monitor with Meals:   Compliant with Diet

   Percent of Breakfast Eaten:   0%~INACTIVE

   Percent of Dinner Eaten:   100%~INACTIVE

   Percent of Snack Eaten:   100%~INACTIVE

   Diet/Appetite Comments:
      WAS NOT HERE FOR BREAKFAST, MISTAKE BY STAFF.

### *BEHAVIOR AND ACTIVITY*
   Attendance of Activities:   Attends Activities with no prompts

   Socialization:   Socializes with Others Independently

   Response to Requests:   Cooperative with Requests

   Behavior and Activities Comments:
      PATIENT HAD A GOOD SHIFT.  PATIENT PARTICIPATED IN ALL SCHEDULED UNIT
      PROGRAMMING DURING THE SHIFT.  PATIENT DID ALL SHOWER REQUIREMENTS DURING
      HIS SHOWER TIME.  PATIENT NEEDED OCCASIONAL REMINDERS DURING THE SHIFT

D-001194

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): WACHSMANN ROBER
Data Entry Date: 03/20/2008

FOR MISCELLANEOUS THINGS.  PATIENT HAD NO MAJOR PROBLEMS.  PATIENT WILL
BE MONITORED FOR THE REMAINDER OF THE SHIFT.

D-001195

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                       Data Entry Date: 03/21/2008

### *GENERAL INFORMATION*
Assessment Date:   03/21/2008

Assessment Time:   05:14 AM

Draft/Final:   Final

Assessing Clinician:   JETTERS,DONNELL (000142)

Primary Language:   English

Is the preferred language English:   Yes

### *SLEEP PATTERNS (11-7 Shift Only)*
Number Hours Slept:   Slept all Night

D-001196

Report Date: 05/23/2011                                    Page 679 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): POWERS PATRICK
Episode Number: 2                           Data Entry Date: 03/21/2008

### *GENERAL INFORMATION*
Assessment Date:   03/21/2008

Assessment Time:   03:03 PM

Draft/Final:   Final

Assessing Clinician:   POWERS,PATRICK (000103)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Requires Occassional Prompts

Ambulating:   Self

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   100%~INACTIVE

Percent of Lunch Eaten:   50%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLEINT STAYED ON TASK FOR THE MOST PART OF THIS SHIFT. HE DID RECIEVE
REMINDERS ABOUT FEEING INTO VERBAL INTERVENTIONS. HE ALSO RECIEVED
REMINDERS ABOUT INTERFERING. AT THIS TIME HE IS PACKING ANTICIPATED A
OVERNIGHT VISIT WITH HIS PARENTS.

D-001197

Report Date: 05/23/2011                           Page 680 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): HABERLE FREDRIC
Episode Number: 2                        Data Entry Date: 03/21/2008

### GENERAL INFORMATION
Assessment Date:   03/21/2008

Assessment Time:   10:40 PM

Draft/Final:   Final

Assessing Clinician:   HABERLE,FREDRICK (000288)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat, Clean

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

### BEHAVIOR AND ACTIVITY
Behavior and Activities Comments:
JUSTIN LEFT ON A PASS TO THE FURLOUGH HOUSE TODAY AT 5PM UNTIL 1PM 3/22

D-001198

Report Date: 05/23/2011                          Page 681 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                       Data Entry Date: 03/22/2008

**_GENERAL INFORMATION_**
   Assessment Date:   03/22/2008

   Assessment Time:   04:59 AM

   Draft/Final:   Final

   Assessing Clinician:   JETTERS,DONNELL (000142)

   Primary Language:   English

   Is the preferred language English:   Yes

**_SLEEP PATTERNS (11-7 Shift Only)_**
   Sleep Patterns Comments:
      PT REMAINS ON FURLOUGH AT THIS TIME.

D-001199

Report Date: 05/23/2011                          Page 682 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): POWERS PATRICK
Episode Number: 2                         Data Entry Date: 03/22/2008

### GENERAL INFORMATION
Assessment Date:   03/22/2008

Assessment Time:   02:20 PM

Draft/Final:   Final

Assessing Clinician:   POWERS,PATRICK (000103)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Requires Occassional Prompts

Ambulating:   Self

Grooming Hygiene:   Clean

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   50%~INACTIVE

Percent of Lunch Eaten:   50%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT RECIEVED REMINDERS ABOUT FEEDING INTO VERBAL CONFLICTS & JR.
STAFFING. HE RETURNED FROM DAY PASS IN THE FURLOUGH HOUSE @ 1:30P.M. HIS
PARENTS REPORTED THAT THE VISIT WENT GOOD.

D-001200

Report Date: 05/23/2011                          Page 683 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): HENDERSON ANITA
Episode Number: 2                        Data Entry Date: 03/22/2008

### GENERAL INFORMATION
Assessment Date:   03/22/2008

Assessment Time:   09:50 PM

Draft/Final:   Final

Assessing Clinician:   HENDERSON,ANITA (000504)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### DIET--APPETITE
Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT. RECEIVED THE SCORE OF A 2 ON THE 3/11 SHIFT. PT. RECEIVED REMINDERS
ABOUT NOT FEEDING IN TO NEGATIVITY. PT. ALSO WAITED UNTIL RELAXATION TO
FOLD HIS LAUNDRY WHEN HE HAD BEEN REMINDED SEVERAL TIMES TO TAKE CARE OF
IT EARLIER. PT. ALSO ARGUED WITH A PEER WHILE PLAYING BOARD GAMES.

Report Date: 05/23/2011                          Page 684 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): AAGESEN MICHAEL
Episode Number: 2                       Data Entry Date: 03/23/2008

## *GENERAL INFORMATION*
Assessment Date:    03/23/2008

Assessment Time:    05:19 AM

Draft/Final:    Final

Assessing Clinician:    AAGESEN,MICHAEL (000476)

Primary Language:    English

Is the preferred language English:    Yes

## *SLEEP PATTERNS (11-7 Shift Only)*
Sleep Patterns Comments:
  PT. WAS IN BED AND ASLEEP AT THE BEGINNING OF THE SHIFT.  NO NOTED
  PROBLEMS NOTED AT THIS TIME, PT. WILL CONTINUE TO BE MONITORED FOR THE
  DURATION OF THE SHIFT.

Number Hours Slept:    Slept all Night

Report Date: 05/23/2011                          Page 685 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JONES DELOIS
Episode Number: 2                       Data Entry Date: 03/23/2008

### GENERAL INFORMATION
Assessment Date:   03/23/2008

Assessment Time:   02:55 PM

Draft/Final:   Final

Assessing Clinician:   JONES,DELOIS (000144)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   75%~INACTIVE

Percent of Lunch Eaten:   75%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT. COMPLETED MOLRNING ROUTINE AND HYGIENE. PT. HAD AN OVERALL GOOD
SHIFT. PT. HAD NO MAJOR PROBLEMS. PT. WAS GIVEN PRAISE FOR DOING A GOOD
JOB TODAY.

D-001203

Report Date: 05/23/2011                              Page 686 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): HABERLE FREDRIC
Episode Number: 2                       Data Entry Date: 03/23/2008

### GENERAL INFORMATION
Assessment Date:   03/23/2008

Assessment Time:   10:51 PM

Draft/Final:   Final

Assessing Clinician:   ANDERSON,ROY (000396)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### DIET--APPETITE
Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT HAD A DECENT SHIFT, BUT NEEDED A LOT OF REMINDERS FOR ARGUING WITH
STAFF AND PEERS, AND BOSSING PEERS AROUND.

D-001204

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): BURNS RICHARD
Episode Number: 2                        Data Entry Date: 03/24/2008

### *GENERAL INFORMATION*
Assessment Date:   03/24/2008

Assessment Time:   04:07 AM

Draft/Final:   Final

Assessing Clinician:   BURNS,RICHARD (000220)

Primary Language:   English

Is the preferred language English:   Yes

### *SLEEP PATTERNS (11-7 Shift Only)*
Sleep Patterns Comments:
    CLIENT SLEPT ALL NIGHT. NO PROBLEMS TO REPORT.

Number Hours Slept:   Slept all Night

D-001205

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): VILLARRIAL MELI
Data Entry Date: 03/24/2008

### GENERAL INFORMATION
Assessment Date:   03/24/2008

Assessment Time:   02:55 PM

Draft/Final:   Final

Assessing Clinician:   VILLARRIAL,MELINDA (000511)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Grooming Hygiene:   Clean

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   100%~INACTIVE

Percent of Lunch Eaten:   100%~INACTIVE

### LEVEL OF OBSERVATION/MONITORING
Precaution Type:   Other

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT COMPLETED ROUTINE HYGIENE, SPENT FREE TIME IN ROOM INTERACTING
WITH PEERS WITH NO PROBLEMS.   CLIENT WAS ARGUMENTATIVE THIS A.M. WHEN
ASKED BY STAFF TO MAKE A CHOICE ABOUT WHAT GAME TO PLAY.   STAFF
INTERVENED AND HE WAS ABLE TO FOLLOW INSTRUCTIONS.   CLIENT PLAYED CARD
GAMES, BOARD GAMES, DOMINOS AND WATCHED VEDIOS.   HE ATTENDED PROGRAMING

D-001206

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): VILLARRIAL MELI
Data Entry Date: 03/24/2008

AND GROUP THERAPY WITH NO PROBLEMS.  CLIENT DID NOT WANT TO PARTICIPATE
FOR OUTSIDE TIME BUT STAYED IN HIS ROOM QUIETLY AND WAS APPROPRIATE.
STAFF WILL CONTINUE TO MONITOR THROUGH OUT THE SHIFT.

D-001207

Report Date: 05/23/2011                    Page 690 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): HENDERSON ANITA
Episode Number: 2                       Data Entry Date: 03/24/2008

### *GENERAL INFORMATION*
Assessment Date:   03/24/2008

Assessment Time:   09:55 PM

Draft/Final:   Final

Assessing Clinician:   HENDERSON,ANITA (000504)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT. RECEIVED THE SCORE OF A 1 ON THE 3/11 SHIFT. PT. WAS SLOW TO FOLLOW
INSTRUCTIONS AND WAS ARGUMENTATIVE WITH STAFF AND PEERS. PT. ARGUED WITH
ROOMMATES AT BEDTIME AND WAS ALSO TURNING OFF THE LIGHTS BEFORE LIGHTS
OUT.

D-001208

Report Date: 05/23/2011                          Page 691 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): AAGESEN MICHAEL
Episode Number: 2                           Data Entry Date: 03/25/2008

### *GENERAL INFORMATION*
   Assessment Date:   03/25/2008

   Assessment Time:   05:20 AM

   Draft/Final:   Final

   Assessing Clinician:   AAGESEN,MICHAEL (000476)

   Primary Language:   English

   Is the preferred language English:   Yes

### *SLEEP PATTERNS (11-7 Shift Only)*
   Sleep Patterns Comments:
      PT. WAS ASLEEP AND IN BED AT THE BEGINNING OF THE SHIFT.  NO NOTED
   PROBLEMS AT THIS TIME, PT. WILL CONTINUE TO BE MONITORED FOR THE DURATION
   OF THE SHIFT.

   Number Hours Slept:   Slept all Night

D-001209

Report Date: 05/23/2011                         Page 692 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                   Episode Start Date: 09/10/2007
Assigned ID: 000238798                     Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                  Data Entry By (Login): HARRISON GLORIA
Episode Number: 2                          Data Entry Date: 03/25/2008

### GENERAL INFORMATION
Assessment Date:   03/25/2008

Assessment Time:   02:19 PM

Draft/Final:   Final

Assessing Clinician:   HARRISON,GLORIA (000387)

Primary Language:   English

Is the preferred language English:   Yes

### DIET--APPETITE
Percent of Breakfast Eaten:   100%~INACTIVE

Percent of Lunch Eaten:   100%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
CLIENT  GOT UP ON TIME ABD CLEANED ROOM,ATE BREAKFAST AND WENT TO GYM FOR
RECREATION.   CLIENT WAS REMINDED TO STOP HORSEPLAYING AND ARGUING WITH
ROOM MATES BUT HE SIMPLE IGNORED STAFF.   CLIENT PLAYED TABLE GAMES WITH
STAFF AFTER LUNCH TILL TIME FOR SCHOOL IN THE AFTERNOON.  HE WAS REMINDED
ABOUT THE NOISE YET HE IGNORED.

D-001210

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): ANDERSON ROY
Data Entry Date: 03/25/2008

### *GENERAL INFORMATION*
Assessment Date:   03/25/2008

Assessment Time:   10:33 PM

Draft/Final:   Final

Assessing Clinician:   ANDERSON,ROY (000396)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
   CLIENT HAD A GOOD SHIFT, NEEDING ONLY MINIMAL REMINDERS FROM STAFF.

D-001211

Report Date: 05/23/2011                                    Page 694 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): AAGESEN MICHAEL
Episode Number: 2                        Data Entry Date: 03/26/2008

### *GENERAL INFORMATION*
Assessment Date:   03/26/2008

Assessment Time:   04:50 AM

Draft/Final:   Final

Assessing Clinician:   AAGESEN,MICHAEL (000476)

Primary Language:   English

Is the preferred language English:   Yes

### *SLEEP PATTERNS (11-7 Shift Only)*
Sleep Patterns Comments:
PT. WAS IN BED AND ASLEEP AT THE BEGINNING OF THE SHIFT.  NO NOTED
PROBLEMS AT THIS TIME, PT. WILL CONTINUE TO BE MONITORED FOR THE DURATION
OF THE SHIFT.

Number Hours Slept:   Slept all Night

D-001212

Report Date: 05/23/2011                          Page 695 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): VILLARRIAL MELI
Episode Number: 2                        Data Entry Date: 03/26/2008

### *GENERAL INFORMATION*
Assessment Date:    03/26/2008

Assessment Time:    02:53 PM

Draft/Final:    Final

Assessing Clinician:    VILLARRIAL,MELINDA (000511)

Primary Language:    English

Is the preferred language English:    Yes

### *DAILY LIVING ACTIVITIES*
ADLs:    Independent

Ambulating:    Self

Grooming Hygiene:    Clean

### *DIET--APPETITE*
Monitor with Meals:    Routine Monitoring

Percent of Breakfast Eaten:    100%~INACTIVE

Percent of Lunch Eaten:    100%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:    Attends Activities with no prompts

Socialization:    Socializes with Others Independently

Response to Requests:    Cooperative with Requests

Behavior and Activities Comments:
CLIENT COMPLETED ROUTINE HYGIENE.  HE ATTENDED REC BUT, IT WAS CANCELLED.
CLIENT ATTENDED P.E. WITH FEW REDIRECTIONS.  CLIENT ATTENDED SCHOOL WITH
APPROPRRAITNESS.  HE COMPLIED WITH UNIT FIRE DRIL.  CLIENT PLAYED CARDS,
PUT PUZZLE TOGETHER AND PLAYED BOARD GAMES.  HE COMPLAINED OF LEG PAIN,
LVN WAS NOTIFIED.

D-001213

Report Date: 05/23/2011                                    Page 696 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): HABERLE FREDRIC
Episode Number: 2                           Data Entry Date: 03/26/2008

***GENERAL INFORMATION***
  Assessment Date:    03/26/2008

  Assessment Time:    10:48 PM

  Draft/Final:    Final

  Assessing Clinician:    HABERLE,FREDRICK (000288)

  Primary Language:    English

  Is the preferred language English:    Yes

***DAILY LIVING ACTIVITIES***
  ADLs:    Independent

  Ambulating:    Self

  Bathing:    Shower

  Grooming Hygiene:    Neat, Clean

***DIET--APPETITE***
  Monitor with Meals:    Routine Monitoring

  Percent of Dinner Eaten:    50%~INACTIVE

  Percent of Snack Eaten:    100%~INACTIVE

***BEHAVIOR AND ACTIVITY***
  Attendance of Activities:    Attends Activities with no prompts

  Socialization:    Socializes with Others Independently

  Response to Requests:    Cooperative with Requests

  Behavior and Activities Comments:
     JUSTIN HAD A FAIR SHIFT TODAY AND DID A GOOD JOB AVOIDING FEEDING INTO
     NEGATIVE BEHAVIORS.

D-001214

Report Date: 05/23/2011                          Page 697 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                       Data Entry Date: 03/27/2008

### *GENERAL INFORMATION*
Assessment Date:    03/27/2008

Assessment Time:    05:02 AM

Draft/Final:   Final

Assessing Clinician:   JETTERS,DONNELL (000142)

Primary Language:   English

Is the preferred language English:   Yes

### *SLEEP PATTERNS (11-7 Shift Only)*
Number Hours Slept:   Slept all Night

D-001215

Report Date: 05/23/2011                           Page 698 of 766

## Waco Center for Youth
## Waco, TX

### PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): WACHSMANN ROBER
Episode Number: 2                       Data Entry Date: 03/27/2008

### GENERAL INFORMATION
Assessment Date:    03/27/2008

Assessment Time:    02:02 PM

Draft/Final:   Final

Assessing Clinician:   WACHSMANN,ROBERT (000462)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Requires Occassional Prompts

Ambulating:   Self

Grooming Hygiene:   Clean

### DIET--APPETITE
Monitor with Meals:   Compliant with Diet

Percent of Breakfast Eaten:   100%~INACTIVE

Percent of Lunch Eaten:   100%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PATIENT HAD A FAIR SHIFT.  PATIENT PARTICIPATED IN ALL SCHEDULED UNIT
PROGRAMMING DURING THE SHIFT.  PATIENT DID ALL MORNING HYGIENE AND
ROUTINE IN THE AM.  PATIENT HAD SOME PROBLEMS IN THE AM ARGUING WITH
STAFF AND PEERS.  PATIENT WAS CURSING AT PEERS IN THE AM AND NOT SHOWING
KINDNESS AND RESPECT DURING THE MORNING.  PATIENT HAD NO OTHER PROBLEMS
NOTED.  PATIENT WILL BE MONITORED FOR THE REMAINDER OF THE SHIFT.

Report Date: 05/23/2011                        Page 699 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): TURNER KARMAN
Episode Number: 2                       Data Entry Date: 03/27/2008

## *GENERAL INFORMATION*
Assessment Date:    03/27/2008

Assessment Time:    09:10 PM

Draft/Final:    Final

Assessing Clinician:   TURNER,KARMAN (000096)

Primary Language:   English

Is the preferred language English:   Yes

## *DAILY LIVING ACTIVITIES*
ADLs:    Independent

Ambulating:   Self

Bathing:   Shower

Care Provided:   Shampoo, Hair Care

Grooming Hygiene:   Neat

## *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

## *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT. HAS POSED NP MAJOR BEHAVIOR PROBLEMS SO FAR THIS SHIFT.  PT. HAS
RECEIVED SEVERAL REMAINDERS ABOUT STAYING ON TASK AND NOT FEEDING INTO
NEGATIVE BEHAVIOR.  STAFF WILL CONTINUE TO MONITORED FOR ANY OTHER
CHANGES.

Report Date: 05/23/2011                        Page 700 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): TURNER KARMAN
Episode Number: 2                       Data Entry Date: 03/27/2008

D-001218

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): JETTERS DONNELL
Data Entry Date: 03/28/2008

## *GENERAL INFORMATION*
Assessment Date:   03/28/2008

Assessment Time:   04:12 AM

Draft/Final:   Final

Assessing Clinician:   JETTERS,DONNELL (000142)

Primary Language:   English

Is the preferred language English:   Yes

## *SLEEP PATTERNS (11-7 Shift Only)*
Number Hours Slept:   Slept all Night

D-001219

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                     Episode Start Date: 09/10/2007
Assigned ID: 000238798                       Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                     Data Entry By (Login): JONES DELOIS
Episode Number: 2                            Data Entry Date: 03/28/2008

### GENERAL INFORMATION
Assessment Date:    03/28/2008

Assessment Time:    01:46 PM

Draft/Final:    Final

Assessing Clinician:    JONES,DELOIS (000144)

Primary Language:    English

Is the preferred language English:    Yes

### DAILY LIVING ACTIVITIES
ADLs:    Independent

Ambulating:    Self

Bathing:    Shower

Grooming Hygiene:    Neat

### DIET--APPETITE
Monitor with Meals:    Routine Monitoring

Percent of Breakfast Eaten:    75%~INACTIVE

Percent of Lunch Eaten:    75%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:    Attends Activities w/significant prompts

Socialization:    Socializes with Other with prompts

Response to Requests:    Behavior Requires Staff Intervention

Behavior and Activities Comments:
PT. COMPLETED MORNING ROUTINE AND HYGIENE. PT. DID NOT GO TO PE DUE TO
ARGUING WIHT PEER ON THE WAY OUT OF THE DOOR AND WAS ASK TO STAY BACK DUE
TO HIM NOT BEING ABLE TO STOP. PT. ATTENDED SCHOOL. PT. HAS BEEN SLOW
FOLLOWING INS. PT. HAS BEEN ARGUING WITH STAFF AND TELLING PEERS TO SHUT
UP.

D-001220

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): HABERLE FREDRIC
Data Entry Date: 03/28/2008

### *GENERAL INFORMATION*
Assessment Date:   03/28/2008

Assessment Time:   10:19 PM

Draft/Final:   Final

Assessing Clinician:   HABERLE,FREDRICK (000288)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat, Clean

### *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
JUSTIN RECIEVED A LEVEL DROP FOR FPA @ 9:00PM. AT 8:55PM JUSTIN TURNED
THE LIGHTS TO HIS BEDROOM OFF. HIS ROOMATE CLIENT# 244448 DID NOT WANT
THE LIGHT TURNED OFF. CLIENT 244448 ATTACKED JUSTIN BY SCRATCHING HIS
BACK AND JUSTIN ATTACKED HIM BACK BY SCRATCHING HIS ARMS.

D-001221

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): AAGESEN MICHAEL
Data Entry Date: 03/29/2008

### GENERAL INFORMATION

Assessment Date:   03/29/2008

Assessment Time:   05:03 AM

Draft/Final:   Final

Assessing Clinician:   AAGESEN,MICHAEL (000476)

Primary Language:   English

Is the preferred language English:   Yes

### SLEEP PATTERNS (11-7 Shift Only)

Sleep Patterns Comments:
PT. WAS IN BED AND ASLEEP AT THE BEGINNING OF THE SHIFT.  NO NOTED
PROBLEMS AT THIS TIME, PT. WILL CONTINUE TO BE MONITORED FOR THE DURATION
OF THE SHIFT.

Number Hours Slept:   Slept all Night

D-001222

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): HARRISON GLORIA
Data Entry Date: 03/29/2008

### *GENERAL INFORMATION*
Assessment Date:   03/29/2008

Assessment Time:   01:40 PM

Draft/Final:   Final

Assessing Clinician:   HARRISON,GLORIA (000387)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat

### *DIET--APPETITE*
Percent of Breakfast Eaten:   75%~INACTIVE

Percent of Lunch Eaten:   50%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT STILL NEEDS REMINDERS WHEN USING PROFANITY TOWARD STAFF AND PEERS.
HE GOT INTO AN ARGUMENT WITH ROOM MATES THAT LEAD HIM TO SLEEP IN THE
TIME-OUT ROOM.  CLIENT HAD A GOOD DAY OTHER THAN THE ROUTINE ARGUMENT
WITH HIS ROOM MATES.  HE DID NOT EAT HIS LUNCH ; DID BETTER WITH
BREAKFAST.

D-001223

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): TURNER KARMAN
Episode Number: 2                           Data Entry Date: 03/29/2008

### *GENERAL INFORMATION*
Assessment Date:   03/29/2008

Assessment Time:   10:23 PM

Draft/Final:   Final

Assessing Clinician:   TURNER,KARMAN (000096)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Care Provided:   Shampoo

Grooming Hygiene:   Neat

### *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT. HAS POSED NO MAJOR BEHAVIOR PROBLEMS SO FAR THIS SHIFT.  PT. HAS
INTERACTED VERY GOOD WITH PEERS AND STAFF WITHOUT ANY PROBLEMS.  STAFF
WILL CONTINUE TO MONITORED FOR ANY OTHER CHANGES.

D-001224

D-001225

Report Date: 05/23/2011                              Page 707 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                        Data Entry Date: 03/30/2008

### *GENERAL INFORMATION*
Assessment Date:   03/30/2008

Assessment Time:   04:54 AM

Draft/Final:   Final

Assessing Clinician:   JETTERS,DONNELL (000142)

Primary Language:   English

Is the preferred language English:   Yes

### *SLEEP PATTERNS (11-7 Shift Only)*
Number Hours Slept:   Slept all Night

D-001226

Report Date: 05/23/2011                          Page 708 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): GIVENS MELISSA
Episode Number: 2                       Data Entry Date: 03/30/2008

### GENERAL INFORMATION
Assessment Date:   03/30/2008

Assessment Time:   03:02 PM

Draft/Final:   Final

Assessing Clinician:   GIVENS,MELISSA (000472)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Requires Occassional Prompts

Grooming Hygiene:   Clean

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   100%~INACTIVE

Percent of Lunch Eaten:   75%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Resistant/Argues with Requests

Behavior and Activities Comments:
PATIENT HAD A FAIR SHIFT. PATIENT DID COMPLETE ALL MORNING HYGIENE.
PATIENT NEEDED REDIRECTION IN THE A.M. FOR ARGUING AND CURSING AT
ROOMMATE #242720. PATIENT HAD NO PROBLEMS WHEN RAP CAME TO UNIT. PATIENT
NEEDED REDIRECTION IN THE AFTERNOON WHEN JUNIOR STAFFING. PATIENT WAS
TELLING PEERS TO "SHUT THE FUCK UP". PATIENT WAS SLOW TO FOLLOW
INSTRUCTIONS. PATIENT WILL CONTINUE TO BE MONITORED FOR THE REMAINING OF
THIS SHIFT.

D-001227

Report Date: 05/23/2011                    Page 709 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): POWERS PATRICK
Episode Number: 2                       Data Entry Date: 03/30/2008

### GENERAL INFORMATION
Assessment Date:   03/30/2008

Assessment Time:   09:13 PM

Draft/Final:   Final

Assessing Clinician:   POWERS,PATRICK (000103)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Requires Occassional Prompts

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   50%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT RECIEVED A REMINDER ABOUT CONSTANTLY AGRUING WITH A PEER OVER A
CHAIR. HE INSISTED THAT HE GET THE CHAIR HE WAS SITTING IN BEFORE HE WENT
TO THE SHOWER. THERE WERE NO OTHER ISSUES EXCEPT FOR LOUD IN HIS ROOM
ALONG WITH HIS ROOMMATES.

D-001228

Report Date: 05/23/2011                                    Page 710 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                     Episode Start Date: 09/10/2007
Assigned ID: 000238798                       Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                    Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                            Data Entry Date: 03/31/2008

### *GENERAL INFORMATION*
   Assessment Date:   03/31/2008

   Assessment Time:   04:57 AM

   Draft/Final:   Final

   Assessing Clinician:   JETTERS,DONNELL (000142)

   Primary Language:   English

   Is the preferred language English:   Yes

### *SLEEP PATTERNS (11-7 Shift Only)*
   Number Hours Slept:   Slept all Night

D-001229

Report Date: 05/23/2011                              Page 711 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): GIVENS MELISSA
Episode Number: 2                           Data Entry Date: 03/31/2008

### *GENERAL INFORMATION*
Assessment Date:   03/31/2008

Assessment Time:   02:48 PM

Draft/Final:   Final

Assessing Clinician:   GIVENS,MELISSA (000472)

Primary Language:   English

Is the preferred language English:   Yes

### *DAILY LIVING ACTIVITIES*
ADLs:   Requires Frequent Prompts

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   100%~INACTIVE

Percent of Lunch Eaten:   100%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
PATIENT COMPLETED ALL MORNING HYGIENE. PATIENT WAS CURSING PEER
ENCOURAGING PEER; TURNING RADIO UP WHEN PEER WAS SHOWING HE WAS ANGRY.
PATIENT  WAS ARGUING WITH PEER BEING DISRUPTIVE MAKING GESTURES AS IF HE
WANTED TO FIGHT. PATIENT WAS REDIRECTED SEVERAL TIMES FOR CURSING.
PATIENT ATTENDED MORNING SCHOOLING AND AFTERNOON SCHOOLING WITH NO
PROBLEMS. PATIENT WAS REDIRECTED SEVERAL TIMES DURING LUNCH BREAK TO STOP
HORSE PLAYING AND USING "TOY" AS GUN. PATIENT CONTINUED TO BE LOUD AND
INVOLVE SELF IN ROUGH HHORSE PLAYINGUSING TOY AS GUN. PATIENT CAME OUT OF
ROOM WITH RED MARKS ON ARM. PATIENT WAS ORDERED A ROOM SEARCH AND
CONTRABAND AND TOY WAS TTAKINGUP. PATIENT WILL CONTINUE TO BE MONITORED

D-001230

Report Date: 05/23/2011                        Page 712 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): GIVENS MELISSA
Episode Number: 2                       Data Entry Date: 03/31/2008

    FOR THE REMAINING OF THIS SHIFT.

Report Date: 05/23/2011                                    Page 713 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): POWERS PATRICK
Episode Number: 2                           Data Entry Date: 03/31/2008

### GENERAL INFORMATION
Assessment Date:   03/31/2008

Assessment Time:   09:32 PM

Draft/Final:   Final

Assessing Clinician:   POWERS,PATRICK (000103)

Primary Language:   English

Is the preferred language English:   Yes

### DAILY LIVING ACTIVITIES
ADLs:   Requires Occassional Prompts

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   100%~INACTIVE

Percent of Snack Eaten:   100%~INACTIVE

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT CONT. TO FEED INTO & ENCOURAGE VERBAL CONFLICTS WITH HIS PEERS.
WHENEVER REDIRECTED HE WOULD STOP FOR A BRIEF MOMMENT BUT AS SOON AS
SOMEONE STATES A COMMENT HE MUST REPLY EVEN IF THEY WERE NOT TAKING TO
HIM. HE FOLLOWED INSTRUCTIONS BETTER AFTER RETURNING TO THE UNIT FROM
OUTSIDE.

Report Date: 05/23/2011                          Page 714 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): BURNS RICHARD
Episode Number: 2                         Data Entry Date: 04/01/2008

### *GENERAL INFORMATION*
Assessment Date:   04/01/2008

Assessment Time:   05:51 AM

Draft/Final:   Final

Assessing Clinician:   BURNS,RICHARD (000220)

Primary Language:   English

Is the preferred language English:   Yes

### *SLEEP PATTERNS (11-7 Shift Only)*
Number Hours Slept:   Slept all Night

D-001233

Report Date: 05/23/2011                                    Page 715 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): GIVENS MELISSA
Episode Number: 2                           Data Entry Date: 04/01/2008

*GENERAL INFORMATION*
   Assessment Date:   04/01/2008

   Assessment Time:   02:41 PM

   Draft/Final:   Final

   Assessing Clinician:   GIVENS,MELISSA (000472)

   Primary Language:   English

   Is the preferred language English:   Yes

*DAILY LIVING ACTIVITIES*
   ADLs:   Requires Frequent Prompts

   Grooming Hygiene:   Unkempt

*DIET--APPETITE*
   Monitor with Meals:   Routine Monitoring

   Percent of Breakfast Eaten:   100%~INACTIVE

   Percent of Lunch Eaten:   50%~INACTIVE

*BEHAVIOR AND ACTIVITY*
   Attendance of Activities:   Attends Activities with no prompts

   Socialization:   Socializes with Other with prompts

   Response to Requests:   Resistant/Argues with Requests

   Behavior and Activities Comments:
      PATIENT COMPLETED ALL MORNING HYGIENE. PATIENT WAS IN ROOM DURING WAKE UP
      YELLING AND CURSING AT PEER AND STAFF. PATIENT WAS NOT SHOWING KINDNESS
      AND RESPECT. PATIENTS ROOM WAS EXTREMELY MESSY WITH CLOTHES EVERYWHERE.
      PATIENT DID NOT FOLLOW STAFFS DIRECTIONS TO CLEAN UP MESS. STAFF OFFERED
      TO ASSIST AND PATIENT REFUSED. PATIENT TOLD ROOM MATES TO "SHUT UP", WHEN
      STAFF WAS TTRYING TOINTERVENE. PATIENT DDID ATTENDMORNING SCHOOLING.
      PATIENT HAD A PEN THAT BELONGED TO PEER #238798 PATIENT REFUSED TO RETURN
      PEN. PATIENT TOLD STAFF TO "BACK OFF". PATIENT IS GIVEN LEVEL DROP FOR
      THEFT. PATIENT CALLED STAFF "BITCH", AND WENT TO DAY AREA AND LEFT CLASS
      WITH OUT PERMISSION. PATIENT WAS NOT FOLLOWING INSTRUCTIONS GIVEN BY

D-001234

Report Date: 05/23/2011                              Page 716 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): GIVENS MELISSA
Episode Number: 2                       Data Entry Date: 04/01/2008

    TEACHER. PATIENT CONTINUED TO BE DISRESPECTFUL TO STAFF AND CONTINUED TO
    CALL STAFF "BITCH". PATIENT LATER CAME TO STAFF AND APOLOGIZED AND STATED
    HE TOOK PEN WITH OUT PERMISSION. PATIENT USED AGGRESSIVE GESTURE TOWARDS
    PEER #242064 DURING BOARD GAME. PATIENT WAS ASKED BY STAFF TO PLEASE TAKE
    TIME OUT PATIENT REFUSED. PATIENT CONTINUED TO CUSS PEER. PATIENT WAS
    SLOW TO FOLLOW INSTRUCTIONS. PATIENT DID ATTEND AFTERNOON SCHOOLING AND
    HAD NO PROBLEMS. PATIENT WILL CCONTINUETO BE MMONITOREDFOR THE REMAINING
    OF THIS SHIFT.

D-001235

Report Date: 05/23/2011                         Page 717 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN               Episode Start Date: 09/10/2007
Assigned ID: 000238798                 Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992              Data Entry By (Login): HABERLE FREDRIC
Episode Number: 2                      Data Entry Date: 04/01/2008

### *GENERAL INFORMATION*
Assessment Date:  04/01/2008

Assessment Time:  10:35 PM

Draft/Final:  Final

Assessing Clinician:  HABERLE,FREDRICK (000288)

Primary Language:  English

Is the preferred language English:  Yes

### *DAILY LIVING ACTIVITIES*
ADLs:  Independent

Ambulating:  Self

Bathing:  Shower

Grooming Hygiene:  Neat, Clean

### *DIET--APPETITE*
Monitor with Meals:  Routine Monitoring

Percent of Dinner Eaten:  100%~INACTIVE

Percent of Snack Eaten:  100%~INACTIVE

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:  Attends Activities with no prompts

Socialization:  Socializes with Others Independently

Response to Requests:  Cooperative with Requests

Behavior and Activities Comments:
JUSTIN HAD A FAIR SHIFT BUT HAD PROBLEMS SLEEPING AT BEDTIME.

D-001236

Report Date: 05/23/2011                      Page 718 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798                Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992             Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                     Data Entry Date: 04/02/2008

### GENERAL INFORMATION
Assessment Date:   04/02/2008

Assessment Time:   05:36 AM

Draft/Final:   Final

Assessing Clinician:   JETTERS,DONNELL (000142)

Primary Language:   English

Is the preferred language English:   Yes

### SLEEP PATTERNS (11-7 Shift Only)
Number Hours Slept:   Slept all Night

D-001237

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): WACHSMANN ROBER
Episode Number: 2                         Data Entry Date: 04/02/2008

### *GENERAL INFORMATION*
Assessment Date:   04/02/2008

Assessment Time:   02:02 PM

Draft/Final:   Final

Assessing Clinician:   WACHSMANN,ROBERT (000462)

Primary Language:   English

### *DAILY LIVING ACTIVITIES*
ADLs:   Requires Occassional Prompts

Ambulating:   Self

Grooming Hygiene:   Unkempt

### *DIET--APPETITE*
Monitor with Meals:   Compliant with Diet

Percent of Breakfast Eaten:   100%

Percent of Lunch Eaten:   80%

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PATIENT HAD A GOOD SHIFT.   PATIENT PARTICIPATED IN ALL SCHEDULED UNIT
PROGRAMMING DURING THE MORNING SHIFT.   PATIENT NEEDED OCCASIONAL
REMINDERS FOR SHOWING KINDNESS AND RESPECT TOWARD PEERS WHILE IN THE GYM.
PATIENT HAD NO OTHER PROBLEMS NOTED.   PATIENT INTERACTED WELL WITH STAFF
AND PEERS OTHERWISE.   PATIENT WILL BE MONITORED FOR THE REMAINDER OF THE
SHIFT.

D-001238

Report Date: 05/23/2011                          Page 720 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): ANDERSON ROY
Episode Number: 2                       Data Entry Date: 04/02/2008

### GENERAL INFORMATION
Assessment Date:   04/02/2008

Assessment Time:   10:22 PM

Draft/Final:   Final

Assessing Clinician:   ANDERSON,ROY (000396)

Primary Language:   English

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Care Provided:   Hair Care

Grooming Hygiene:   Clean

### DIET--APPETITE
Percent of Breakfast Eaten:   80%

Percent of Dinner Eaten:   90%

Percent of Snack Eaten:   100%

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT HAD A GOOD SHIFT, NEEDING ONLY MINIMAL REMINDERS FROM STAFF.

D-001239

Report Date: 05/23/2011                          Page 721 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): BURNS RICHARD
Episode Number: 2                        Data Entry Date: 04/03/2008

### GENERAL INFORMATION
Assessment Date:   04/03/2008

Assessment Time:   05:04 AM

Draft/Final:   Final

Assessing Clinician:   BURNS,RICHARD (000220)

Primary Language:   English

### SLEEP PATTERNS (11-7 Shift Only)
Number Hours Slept:   Slept all Night

D-001240

Report Date: 05/23/2011                                Page 722 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): VILLARRIAL MELI
Episode Number: 2                           Data Entry Date: 04/03/2008

### GENERAL INFORMATION
Assessment Date:   04/03/2008

Assessment Time:   02:15 PM

Draft/Final:   Final

Assessing Clinician:   VILLARRIAL,MELINDA (000511)

Primary Language:   English

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Grooming Hygiene:   Clean

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   100%

Percent of Lunch Eaten:   100%

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT COMPLETED ROUTINE HYGIENE.  CLIENT WAS REDIRECTED SEVERAL TIMES
FOR ENCOURAGING AND NOT FOLLOWING INSTRUCTIONS, BEFORE LUNCH, HE STATED
TO A PEER " FUCK YOUR MOM BITCH ".   HE WAS ASKED TO STOP HORSE PLAYING
WITH HIS ROOMMATES.  HE ATTEND SCHOOL WITH MINIMAL PROMPTS.  HE ATTENDED
ROTC AND DID WELL. CLIENT WILL BE MONITORED THE REMAIN G OF SHIFT.

D-001241

Report Date: 05/23/2011                          Page 723 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): HABERLE FREDRIC
Episode Number: 2                       Data Entry Date: 04/03/2008

### GENERAL INFORMATION
Assessment Date:   04/03/2008

Assessment Time:   10:26 PM

Draft/Final:   Final

Assessing Clinician:   HABERLE,FREDRICK (000288)

Primary Language:   English

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   50%

Percent of Snack Eaten:   100%

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Resistant/Argues with Requests

Behavior and Activities Comments:
JUSTIN HAD PROBLEMS AT BEDTIME ARGUING WITH HIS ROOMATE. JUSTIN THREW
WADDED UP PAPER AT HIS ROOMATE.

D-001242

Report Date: 05/23/2011                          Page 724 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): AAGESEN MICHAEL
Episode Number: 2                       Data Entry Date: 04/04/2008

### *GENERAL INFORMATION*
Assessment Date:   04/04/2008

Assessment Time:   04:44 AM

Draft/Final:   Final

Assessing Clinician:   AAGESEN,MICHAEL (000476)

Primary Language:   English

### *SLEEP PATTERNS (11-7 Shift Only)*
Sleep Patterns Comments:
PT. WAS IN BED AND ASLEEP AT THE BEGINNING OF THE SHIFT.  NO NOTED
PROBLEMS NOTED AT THIS TIME, PT. WILL CONTINUE TO BE MONITORED FOR THE
DURATION OF THE SHIFT.

Number Hours Slept:   Slept all Night

D-001243

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): SMITH SHELIA
Episode Number: 2                           Data Entry Date: 04/04/2008

### *GENERAL INFORMATION*
Assessment Date:   04/04/2008

Assessment Time:   02:14 PM

Draft/Final:   Final

Assessing Clinician:   SMITH,SHELIA (000090)

Primary Language:   English

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Percent of Breakfast Eaten:   100%

Percent of Lunch Eaten:   100%

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities w/significant prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
    CLIENT HAD SOME PROBLEMS THIS MORNING AT THE CHANGE OF SHIFT. IT IS NOTED
    ON HIS SCORE SHEET THAT HE WAS BEING AGGRESSIVE, THREATENING, CURSING, IN
    A CLIENTS BODY SPACE WITH HIS FIST CLINCHED.
    ON THE 7-3 SHIFT CLIENT HAD A FEW REMINDERS THAT WERE NOT MAJORS.

D-001244

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): POWERS PATRICK
Episode Number: 2                       Data Entry Date: 04/04/2008

### *GENERAL INFORMATION*
Assessment Date:   04/04/2008

Assessment Time:   09:28 PM

Draft/Final:   Final

Assessing Clinician:   POWERS,PATRICK (000103)

Primary Language:   English

### *DAILY LIVING ACTIVITIES*
ADLs:   Requires Frequent Prompts

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   50%

Percent of Snack Eaten:   100%

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT RECIEVED SEVERAL REMINDERS TO REMAIN ON TASK. HE CONSTANTLY FED
INTO VERBAL CONFLICTS WITH HIS PEERS & MANY INCIDENTS OF INTERFERING
ESPECIALLY DURING A POTENTIAL RIOT SITUATION. HE WAS ALSO HEARD STATING
VERBAL THREATS TOWARDS HIS ROOMMATE.

D-001245

Report Date: 05/23/2011                          Page 727 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798                Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992             Data Entry By (Login): AAGESEN MICHAEL
Episode Number: 2                     Data Entry Date: 04/05/2008

### *GENERAL INFORMATION*
Assessment Date:   04/05/2008

Assessment Time:   05:58 AM

Draft/Final:   Final

Assessing Clinician:   AAGESEN,MICHAEL (000476)

Primary Language:   English

### *SLEEP PATTERNS (11-7 Shift Only)*
Sleep Patterns Comments:
PT. WAS IN BED AND ASLEEP AT THE BEGINNING OF THE SHIFT.  NO NOTED
PROBLEMS AT THIS TIME, PT. WILL CONTINUE TO BE MONITORED FOR THE DURATION
OF THE SHIFT.

Number Hours Slept:   Slept all Night

D-001246

Report Date: 05/23/2011                          Page 728 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): VILLARRIAL MELI
Episode Number: 2                        Data Entry Date: 04/05/2008

### GENERAL INFORMATION
Assessment Date:   04/05/2008

Assessment Time:   02:00 PM

Draft/Final:   Final

Assessing Clinician:   VILLARRIAL,MELINDA (000511)

Primary Language:   English

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Grooming Hygiene:   Clean

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   100%

Percent of Lunch Eaten:   60%

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT COMPLETED ROUTINE HYGIENE.  HE PARTICIPATED IN MORNING RAP AND
PROGRAMING WITH MINIMAL PROMPTS.  CLIENT WAS REDIRECTED SEVERAL TIMES FOR
ARGUING WITH PEERS AND STAFF ABOUT A BASKETBALL GAME.  INTERFERING IN
STAFF INSTRUCTIONS, HE ARGUED AND CONTINUED TO TALK, STATING " SHUT UP "
TO STAFF.  HE PLAYED BOARD GAMES AND WATCHED VIDEOS.  CLIENT WAS ASKED TO
CLEAN HIS CLOSET DUE TO HAVING ALL HIS CLOSE THROWN ON THE FLOOR, NOT
HAVING CLEAN AND DIRTY CLOTHES SEPARATED.  ALTHOUGH HE WAS ABLE TO BE
CALM AND COOPERATIVE DURING THE END OF SHIFT.  CLIENT WILL BE MONITORED
THROUGH OUT THE SHIFT.

D-001247

Report Date: 05/23/2011                    Page 729 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): GIVENS MELISSA
Episode Number: 2                       Data Entry Date: 04/05/2008

### GENERAL INFORMATION
Assessment Date:   04/05/2008

Assessment Time:   08:57 PM

Draft/Final:   Final

Assessing Clinician:   GIVENS,MELISSA (000472)

Primary Language:   English

### DIET--APPETITE
Percent of Dinner Eaten:   70%

Percent of Snack Eaten:   100%

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Resistant/Argues with Requests

Behavior and Activities Comments:
PATIENT DID GREAT AT THE  OF THE SHIFT. PATIENT STAYED IN GROUP NEEDED NO
REDIRECTIONS AND PLAYED GAME WITH STAFF WITH NO PROBLEMS. PATIENT TOOK
SHOWER AT SCHEDULED TIME AND NEEDED NO REDIRECTION. PATIENT AFTER SNACK
NEEDED REDIRECTION FOR ARGUING WITH PEER AND SLOW TO FOLLOW INSTRUCTIONS.
PATIENT KICKED PEERS CHAIR. PATIENT DID FOLLOW REDIRECTION AFTER
INCIDENT. PATIENT WILL CONTINUE TO BE MONITORED FOR THE REMAINING OF THIS
SHIFT.

D-001248

Report Date: 05/23/2011                          Page 730 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                       Data Entry Date: 04/06/2008

### *GENERAL INFORMATION*
   Assessment Date:   04/06/2008

   Assessment Time:   06:24 AM

   Draft/Final:   Final

   Assessing Clinician:   JETTERS,DONNELL (000142)

   Primary Language:   English

### *SLEEP PATTERNS (11-7 Shift Only)*
   Number Hours Slept:   Slept all Night

D-001249

Report Date: 05/23/2011                              Page 731 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): GIVENS MELISSA
Episode Number: 2                         Data Entry Date: 04/06/2008

### GENERAL INFORMATION
Assessment Date:   04/06/2008

Assessment Time:   02:26 PM

Draft/Final:  Final

Assessing Clinician:   GIVENS,MELISSA (000472)

Primary Language:  English

### DAILY LIVING ACTIVITIES
ADLs:   Requires Frequent Prompts

Grooming Hygiene:   Clean

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   100%

Percent of Lunch Eaten:   70%

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
PATIENT COMPLETED ALL MORNING HYGIENE. PATIENT WAS TALKING AND PLAYING
AROUND DURING GOALS GROUP. PATIENT WAS SLOW TO FOLLOW INSTRUCTIONS.
PATIENT WAS REDIRECTED WHEN ARGUING WITH ANOTHER PEER DURING CARD GAME.
PATIENT WENT TO RAP OUTSIDE AND HAD NO PROBLEMS. PATIENT NEEDED
REDIRECTION AND STAFF INTERVENED WHEN STAFF SAW PATIENT DO SEXUAL GESTURE
WITH BALL. PATIENT WAS SMILING AND SAID HE WAS NOT DOING ANYTHING AND
LATER SAID HE NEW IT WAS NOT RIGHT. PATIENT WAS EXPLAINED HE WAS GOING TO
A LOWER SCORE AND PATIENT SAID HE UNDERSTOOD. PATIENTS ROOM HAS BEEN
LOOKING A LOT BETTER. PATIENT  CONTINUE TO BE MONITORED FOR THE REMAINING
OF THIS SHIFT.

D-001250

Report Date: 05/23/2011                              Page 732 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN               Episode Start Date: 09/10/2007
Assigned ID: 000238798                 Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992              Data Entry By (Login): HENDERSON ANITA
Episode Number: 2                      Data Entry Date: 04/06/2008

### *GENERAL INFORMATION*
Assessment Date:   04/06/2008

Assessment Time:   09:28 PM

Draft/Final:   Final

Assessing Clinician:   HENDERSON,ANITA (000504)

Primary Language:   English

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Percent of Dinner Eaten:   100%

Percent of Snack Eaten:   100%

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT RECEIVED THE SCORE OF A 3 ON THE 3/11 SHIFT. PT  WAS REMINDED NOT TO
ARGUE AND WAS EASILY REDIRECTED. PT. FOLLOWED INSTRUCTIONS AND STAYED IN
HIS ASSIGNED GROUP AREA.

D-001251

Report Date: 05/23/2011                          Page 733 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): BURNS RICHARD
Episode Number: 2                       Data Entry Date: 04/07/2008

### *GENERAL INFORMATION*
Assessment Date:   04/07/2008

Assessment Time:   04:26 AM

Draft/Final:   Final

Assessing Clinician:   BURNS,RICHARD (000220)

Primary Language:   English

### *SLEEP PATTERNS (11-7 Shift Only)*
Number Hours Slept:   Slept all Night

D-001252

Report Date: 05/23/2011                          Page 734 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): GIVENS MELISSA
Episode Number: 2                       Data Entry Date: 04/07/2008

### GENERAL INFORMATION
Assessment Date:   04/07/2008

Assessment Time:   02:39 PM

Draft/Final:   Final

Assessing Clinician:   GIVENS,MELISSA (000472)

Primary Language:   English

### DAILY LIVING ACTIVITIES
ADLs:   Requires Occassional Prompts

Grooming Hygiene:   Unkempt

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   100%

Percent of Lunch Eaten:   90%

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Resistant/Argues with Requests

Behavior and Activities Comments:
PATIENT WOKE UP LATE AND ASKED STAFF TO GET CLOTHES FROM DRYER. STAFF
ASKED PATIENT TO PLEASE COMPLETE HYGIENE AND ROOM. PATIENT WENT TO
ANOTHER STAFF. PATIENT TOLD STAFF "FUCK OFF", PATIENT SLAMMED BATHROOM
DOOR. PATIENT DID NOT FOLLOW INSTRUCTIONS WHEN STAFF ASKED PATIENT TO
PICK UP LAUNDRY IN CLOSET. PATIENT TOLD STAFF ' I'M NOT FOLDING THEM".
PATIENT DID ATTEND MORNING SCHOOLING AND AFTERNOON SCHOOLING WITH NO
PROBLEMS.PATIENT WILL CONTINUE TO BE MONITORED FOR THE REMAINING OF THIS
SHIFT.

D-001253

Report Date: 05/23/2011                                    Page 735 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                   Episode Start Date: 09/10/2007
Assigned ID: 000238798                     Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                  Data Entry By (Login): HENDERSON ANITA
Episode Number: 2                          Data Entry Date: 04/07/2008

## GENERAL INFORMATION
Assessment Date:   04/07/2008

Assessment Time:   10:17 PM

Draft/Final:   Final

Assessing Clinician:   HENDERSON,ANITA (000504)

Primary Language:   English

## DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

## DIET--APPETITE
Percent of Dinner Eaten:   100%

Percent of Snack Eaten:   100%

## BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT RECEIVED THE SCORE OF A 2 ON THE 3/11 SHIFT. PT WAS REMINDED NOT TO
ARGUE WITH HIS PEERS. PT DID STAY IN HIS ASSIGNED GROUP AREA.

D-001254

Report Date: 05/23/2011                              Page 736 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                 Episode Start Date: 09/10/2007
Assigned ID: 000238798                   Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                Data Entry By (Login): BURNS RICHARD
Episode Number: 2                        Data Entry Date: 04/08/2008

### *GENERAL INFORMATION*
Assessment Date:   04/08/2008

Assessment Time:   04:45 AM

Draft/Final:   Final

Assessing Clinician:   BURNS,RICHARD (000220)

Primary Language:   English

### *SLEEP PATTERNS (11-7 Shift Only)*
Number Hours Slept:   Slept all Night

D-001255

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): WACHSMANN ROBER
Data Entry Date: 04/08/2008

### GENERAL INFORMATION
Assessment Date:   04/08/2008

Assessment Time:   01:22 PM

Draft/Final:   Final

Assessing Clinician:   WACHSMANN,ROBERT (000462)

Primary Language:   English

### DAILY LIVING ACTIVITIES
ADLs:   Requires Occasional Prompts

Ambulating:   Self

Grooming Hygiene:   Clean, Unkempt

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   90%

Percent of Lunch Eaten:   40%

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PATIENT HAD A GOOD SHIFT.   PATIENT PARTICIPATED IN ALL SCHEDULED UNIT
PROGRAMMING DURING THE MORNING SHIFT.   PATIENT DID ALL MORNING HYGIENE
AND ROUTINE IN THE AM.   PATIENT NEEDED OCCASIONAL REMINDERS TO BE QUIET
AND STOP INTERFERRING WITH STAFF CONVERSATIONS WITH PEERS, BUT WAS ABLE
TO ACCEPT REDIRECTION VERY WELL FROM STAFF.   PATIENT HAD NO OTHER
PROBLEMS NOTED.   PATIENT WILL BE MONITORED FOR THE REMAINDER OF THE
SHIFT.

D-001256

Report Date: 05/23/2011                              Page 738 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798                Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992             Data Entry By (Login): HABERLE FREDRIC
Episode Number: 2                     Data Entry Date: 04/08/2008

### GENERAL INFORMATION
Assessment Date:   04/08/2008

Assessment Time:   10:50 PM

Draft/Final:   Final

Assessing Clinician:   HABERLE,FREDRICK (000288)

Primary Language:   English

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat, Clean

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   60%

Percent of Snack Eaten:   100%

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
   JUSTIN HAD A GOOD SHIFT TODAY WITH NO REMINDESR FROM STAFF.

D-001257

Report Date: 05/23/2011                          Page 739 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): BURNS RICHARD
Episode Number: 2                       Data Entry Date: 04/09/2008

### *GENERAL INFORMATION*
   Assessment Date:   04/09/2008

   Assessment Time:   04:17 AM

   Draft/Final:   Final

   Assessing Clinician:   BURNS,RICHARD (000220)

   Primary Language:   English

### *SLEEP PATTERNS (11-7 Shift Only)*
   Number Hours Slept:   Slept all Night

D-001258

Report Date: 05/23/2011                                    Page 740 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): SMITH SHELIA
Episode Number: 2                           Data Entry Date: 04/09/2008

### *GENERAL INFORMATION*
Assessment Date:   04/09/2008

Assessment Time:   02:00 PM

Draft/Final:   Final

Assessing Clinician:   SMITH,SHELIA (000090)

Primary Language:   English

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Grooming Hygiene:   Clean

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Makes Requests in Appropriate Manner

Behavior and Activities Comments:
CLIENT POSED NO MAJOR PROBLEMS. CLIENT WAS HELPFUL THIS MORNING WHEN A
CLIENT WAS OUT OF CONTROL. CLIENT HELPED PICK UP THE OBJECTS THAT THE
CLIENT WAS KNOCKING OVER. CLIENT WAS SPOKEN TO ABOUT SPEAKING TO CLIENT
WHEN THEY ARE UPSET.HE WAS INFORMED TO ALLOW STAFF TO TRY AND REDIRECT A
CLIENT WHO IS UPSET.

D-001259

Report Date: 05/23/2011                                    Page 741 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): TURNER KARMAN
Episode Number: 2                           Data Entry Date: 04/09/2008

### *GENERAL INFORMATION*
Assessment Date:   04/09/2008

Assessment Time:   08:59 PM

Draft/Final:   Final

Assessing Clinician:   TURNER,KARMAN (000096)

Primary Language:   English

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Care Provided:   Shampoo, Hair Care

Grooming Hygiene:   Neat

### *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   100%

Percent of Snack Eaten:   100%

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT. HAS POSED NO MAJOR BEHAVIOR PROBLEMS SO FAR THIS SHIFT.  PT. HAS
INTERACTED VERY GOOD WITH PEERS AND STAFF WITHOUT ANY PROBLEMS. STAFF
WILL CONTINUE TO MONITORED FOR ANY OTHER CHANGES.

D-001260

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): JETTERS DONNELL
Data Entry Date: 04/10/2008

### GENERAL INFORMATION
Assessment Date:   04/10/2008

Assessment Time:   05:01 AM

Draft/Final:   Final

Assessing Clinician:   JETTERS,DONNELL (000142)

Primary Language:   English

### SLEEP PATTERNS (11-7 Shift Only)
Number Hours Slept:   Slept all Night

D-001261

Report Date: 05/23/2011                          Page 743 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JONES DELOIS
Episode Number: 2                       Data Entry Date: 04/10/2008

### GENERAL INFORMATION
Assessment Date:   04/10/2008

Assessment Time:   01:50 PM

Draft/Final:   Final

Assessing Clinician:   JONES,DELOIS (000144)

Primary Language:   English

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   80%

Percent of Lunch Eaten:   80%

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT. WAS SLOW COMPLETING MORNING ROUTINE AND PT. DID NOT GET UP UNTIL
7:30. PT. WAS ASK TO CLEAN UP HIS CLOSET AND HE REFUSED. PT. WENT TO
SCHOOL.

D-001262

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): ANDERSON ROY
Data Entry Date: 04/10/2008

## *GENERAL INFORMATION*
Assessment Date:   04/10/2008

Assessment Time:   10:38 PM

Draft/Final:   Final

Assessing Clinician:   ANDERSON,ROY (000396)

Primary Language:   English

## *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

## *DIET--APPETITE*
Percent of Dinner Eaten:   100%

Percent of Snack Eaten:   100%

## *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
   CLIENT HAD A GOOD SHIFT, NEEDING ONLY MINIMAL REMINDERS FROM STAFF.

D-001263

Report Date: 05/23/2011                          Page 745 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): AAGESEN MICHAEL
Episode Number: 2                       Data Entry Date: 04/11/2008

### *GENERAL INFORMATION*
Assessment Date:   04/11/2008

Assessment Time:   04:44 AM

Draft/Final:   Final

Assessing Clinician:   AAGESEN,MICHAEL (000476)

Primary Language:   English

### *SLEEP PATTERNS (11-7 Shift Only)*
Sleep Patterns Comments:
PT. WAS ASLEEP AND IN BED AT THE BEGINNING OF THE SHIFT.  NO NOTED
PROBLEMS AT THIS TIME, PT. WILL CONTINUE TO BE MONITORED FOR THE DURATION
OF THE SHIFT.

Number Hours Slept:   Slept all Night

D-001264

Report Date: 05/23/2011                          Page 746 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): HARRISON GLORIA
Episode Number: 2                           Data Entry Date: 04/11/2008

### *GENERAL INFORMATION*
Assessment Date:   04/11/2008

Assessment Time:   01:18 PM

Draft/Final:   Final

Assessing Clinician:   HARRISON,GLORIA (000387)

Primary Language:   English

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Percent of Breakfast Eaten:   90%

Percent of Lunch Eaten:   80%

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Refuses Activities

Socialization:   Avoids/Resists Socialization

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT GOT UP THIS MORNING ARGUING WITH PEERS USING PROFANITY AND UP IN
PEER# 242720 FACE AND SHOVING HIM WITH HIS BODY.  HE TOLD STAFF TO LEAVE
HIM ALONE AND TO SHUT UP.  HE WAS VERY AGGRESIVE MAKING THREATENING
GESTURES TO PEERS9ROOM MATES)  HE WAS ASKED TO GET OUT OF PEERS BODY
SPACE SEVERAL TIMES.  AT THE BREAKFAST TABLE HE CALLED PEER# 242720
MOTHER A"BITCH".  HE REPEATED THIS SEVERAL TIMES, AND TOLD STAFF" I DON'T
GIVE A SHIT"  HE DID ATTEND SCHOOL BUT DID NOT GO OUTSIDE IN THE AM OR AT
NOON.  HE DID PLAY TABLE GAMES WITH STAFF AND ARGUED WHILE PLAYING THE
GAME.

D-001265

Report Date: 05/23/2011                    Page 747 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): WACHSMANN ROBER
Episode Number: 2                       Data Entry Date: 04/11/2008

### *GENERAL INFORMATION*
Assessment Date:   04/11/2008

Assessment Time:   10:28 PM

Draft/Final:   Final

Assessing Clinician:   WACHSMANN,ROBERT (000462)

Primary Language:   English

### *DAILY LIVING ACTIVITIES*
ADLs:   Requires Occasional Prompts

Ambulating:   Self

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Monitor with Meals:   Compliant with Diet

Percent of Dinner Eaten:   80%

Percent of Snack Eaten:   100%

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PATIENT HAD A GOOD SHIFT.  PATIENT PARTICIPATED IN ALL SCHEDULED UNIT
PROGRAMMING DURING THE SHIFT, BUT NEEDED OCCASIONAL REMINDERS THROUGHOUT
THE SHIFT.  PATIENT INTERACTED WELL WITH STAFF AND PEERS AND HAD NO MAJOR
PROBLEMS NOTED.  PATIENT TOOK SHOWER IN AN APPROPRIATE MANOR.  PATIENT
HAD NO OTHER PROBLEMS NOTED.  PATIENT WILL BE MONITORED FOR THE REMAINDER
OF THE SHIFT.

D-001266

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): JETTERS DONNELL
Data Entry Date: 04/12/2008

### *GENERAL INFORMATION*
Assessment Date:   04/12/2008

Assessment Time:   04:38 AM

Draft/Final:   Final

Assessing Clinician:   JETTERS,DONNELL (000142)

Primary Language:   English

### *SLEEP PATTERNS (11-7 Shift Only)*
Number Hours Slept:   Slept all Night

D-001267

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): JONES DELOIS
Data Entry Date: 04/12/2008

### *GENERAL INFORMATION*
Assessment Date:   04/12/2008

Assessment Time:   02:41 PM

Draft/Final:   Final

Assessing Clinician:   JONES,DELOIS (000144)

Primary Language:   English

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat

### *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   90%

Percent of Lunch Eaten:   90%

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT. WAS SLOW TO COMPLPETE MORNING ROUTINE BUT HE DID COMPLETE IT. PT.
NEEDED SOME REMINDERS ABOUT ARGUING WITH HIS PEERS.

D-001268

Report Date: 05/23/2011

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN
Assigned ID: 000238798
Date Of Birth: 03/01/1992
Episode Number: 2

Episode Start Date: 09/10/2007
Episode End Date: 04/17/2008
Data Entry By (Login): HENDERSON ANITA
Data Entry Date: 04/12/2008

### GENERAL INFORMATION
Assessment Date:   04/12/2008

Assessment Time:   10:07 PM

Draft/Final:   Final

Assessing Clinician:   HENDERSON,ANITA (000504)

Primary Language:   English

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### DIET--APPETITE
Percent of Dinner Eaten:   100%

Percent of Snack Eaten:   100%

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT RECEIVED THE SCORE OF A 3 ON THE 3/11 SHIFT. PT FOLLOWED INSTRUCTIONS
AND STAYED IN HIS ASSIGNED GROUP AREA. PT HAD NO MAJOR PROBLEMS AND WAS
EASILY REDIRECTABLE.

D-001269

Report Date: 05/23/2011                              Page 751 of 766

                        Waco Center for Youth
                             Waco, TX

              PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN              Episode Start Date: 09/10/2007
Assigned ID: 000238798                Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992             Data Entry By (Login): BURNS RICHARD
Episode Number: 2                     Data Entry Date: 04/13/2008

### *GENERAL INFORMATION*
   Assessment Date:    04/13/2008

   Assessment Time:    04:43 AM

   Draft/Final:    Final

   Assessing Clinician:   BURNS,RICHARD (000220)

   Primary Language:   English

### *SLEEP PATTERNS (11-7 Shift Only)*
   Number Hours Slept:    Slept all Night

D-001270

Report Date: 05/23/2011                                    Page 752 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): VILLARRIAL MELI
Episode Number: 2                           Data Entry Date: 04/13/2008

### GENERAL INFORMATION
Assessment Date:   04/13/2008

Assessment Time:   02:34 PM

Draft/Final:   Final

Assessing Clinician:   VILLARRIAL,MELINDA (000511)

Primary Language:   English

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Grooming Hygiene:   Clean

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   100%

Percent of Lunch Eaten:   100%

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT COMPLIED WITH ROUTINE HYGIENE. HE WAS LOUD AND CUSSING AT PEERS IN
THE MORNING DURING BREAKFAST. CLIENT ATTENDED HORSE THERAPY AND WATCHED
VIDEOS.  HE WAS ABLE TO CHANGE HIS DAY AROUND BEFORE LUNCH.  CLIENT WILL
BE MONITORED THROUGH OUT THE SHIFT.

D-001271

Report Date: 05/23/2011                          Page 753 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): POWERS PATRICK
Episode Number: 2                       Data Entry Date: 04/13/2008

### GENERAL INFORMATION
Assessment Date:   04/13/2008

Assessment Time:   10:11 PM

Draft/Final:   Final

Assessing Clinician:   POWERS,PATRICK (000103)

Primary Language:   English

### DAILY LIVING ACTIVITIES
ADLs:   Requires Occassional Prompts

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Dinner Eaten:   50%

Percent of Snack Eaten:   100%

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Behavior Requires Staff Intervention

Behavior and Activities Comments:
CLIENT HAD A FAIR SHIFT AS FAR AS FOLLOWING INSTRUCTIONS BUT AT BEDTIME
HE CREATED A LIE TO TELL THE DUTY RN INORDER TO KEEP FROM HAVING TO SLEEP
IN HI ROOM. HE STATED TO THE NURSE THAT PEER #244448 HAD APPROACHED HIM
ABOUT 5MIN. AFTER RELAXATION (LAST NIGHT 4/12/08) WHILE IN THEIR BEDROOM
& VIOLATED HIM IN A PHY. MANNER. JUSTIN STATED THAT THIS PEER PULLED DOWN
HIS PANTS & HAD HIM OPEN HIS LEGS AS HE POKED IN THE ANUS. THIS WAS THE
REASON FOR HIM NOT WANTING TO SLEEP IN HIS ROOM TONIGHT. ONCE JUSTIN
EXPLAINED TO STAFF HIS SIDE OF THE STORY STAFF HAD THIS PEER COME &

D-001272

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): POWERS PATRICK
Episode Number: 2                           Data Entry Date: 04/13/2008

EXPLAIN HIS SIDE OF THE STORY. BOTH OF THEM STATED CONFLICTING
EXPLAINATIONS WITH PEER #24448 DENYING THE ENTIRE INCIDENT. JUSTIN WAS
THEN CALLED BACK INTO THE OFFICE JUST TO VARIFY THE ALLEGATION THAT HE
STATED ABOUT BEING POSSIBLE FORCED AGAINST HIS WILL TO ENGAGE INTO SEXUAL
ACTIVITY. JUSTIN BEGAN TO EXPLAIN HIS STORY ONCE AGAIN BUT CHANGED HIS
STORY. HE STATED THAT THIS INCIDENT HAPPENED ON FRIDAY (4/11/08) & HE
AGGREED TO PARTICIPATE IN THIS ACT OF SEXUAL MISCONDUCT. HE MADE SURE
THAT STAFF UNDERSTOOD THAT IT WASN'T FORCED BUT HE MADE THE STORY UP JUST
TO AVOID HAVING TO BE PRESSURED INTO DOING IT AGAIN. CLIENT DID STATE
THAT THEY DID ONE ANOTHER. HIS ROOMMATE PEER # 244448 WAS CALLED BACK
INTO THE OFFICE BUT HE STILL REFUSED TO ADMITT TO THIS INCIDENT. AT THIS
TIME THEY ARE NO LONGER SLEEPING IN THE SAME ROOM & THIS ISSUE WILL BE
FOLLOWED UP BY THE THERAPIST & NURSE COORDINATOR.

D-001273

Report Date: 05/23/2011                           Page 755 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): AAGESEN MICHAEL
Episode Number: 2                       Data Entry Date: 04/14/2008

### *GENERAL INFORMATION*
Assessment Date:   04/14/2008

Assessment Time:   04:55 AM

Draft/Final:   Final

Assessing Clinician:   AAGESEN,MICHAEL (000476)

Primary Language:   English

### *SLEEP PATTERNS (11-7 Shift Only)*
Sleep Patterns Comments:
    PT. WAS ASLEEP AND IN BED AT THE BEGINNING OF THE SHIFT.  NO NOTED
    PROBLEMS AT THIS TIME, PT. WILL CONTINUE TO BE MONITORED FOR THE DURATION
    OF THE SHIFT.

Number Hours Slept:   Slept all Night

D-001274

Report Date: 05/23/2011                              Page 756 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): JONES DELOIS
Episode Number: 2                       Data Entry Date: 04/14/2008

### *GENERAL INFORMATION*
Assessment Date:   04/14/2008

Assessment Time:   02:50 PM

Draft/Final:   Final

Assessing Clinician:   JONES,DELOIS (000144)

Primary Language:   English

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Neat

### *DIET--APPETITE*
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   90%

Percent of Lunch Eaten:   90%

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Resistant/Argues with Requests

Behavior and Activities Comments:
PT. COMPLETED MORNING ROUTINE AND HYGIENE. PT. ATTENDED ALL PROGRAMMING.
PT. HASNOT INTERACTED MUCH WITH OTHERS TODAY. PT. HAS NEEDED SEVERAL
REMINDERS ABOUT CLEANING HIS ROOM AND DURNG HIS FREE TIME TO FOLD UP
CLOTHES ON HIS BED.

D-001275

Report Date: 05/23/2011                          Page 757 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): HENDERSON ANITA
Episode Number: 2                       Data Entry Date: 04/14/2008

### *GENERAL INFORMATION*
Assessment Date:   04/14/2008

Assessment Time:   09:18 PM

Draft/Final:   Final

Assessing Clinician:   HENDERSON,ANITA (000504)

Primary Language:   English

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Percent of Dinner Eaten:   100%

Percent of Snack Eaten:   100%

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT RECEIVED THE SCORE OF A 3 ON THE 3/11 SHIFT. PT FOLLOWED INSTRUCTIONS
AND STAYED IN HIS ASSIGNED GROUP AREA.

D-001276

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): AAGESEN MICHAEL
Episode Number: 2                         Data Entry Date: 04/15/2008

### *GENERAL INFORMATION*
Assessment Date:   04/15/2008

Assessment Time:   05:00 AM

Draft/Final:   Final

Assessing Clinician:   AAGESEN,MICHAEL (000476)

Primary Language:   English

### *SLEEP PATTERNS (11-7 Shift Only)*
Sleep Patterns Comments:
PT. WAS IN BED AND ASLEEP AT THE BEGINNING OF THE SHIFT.  NO NOTED
PROBLEMS AT THIS TIME, PT. WILL CONTINUE TO BE MONITORED FOR THE DURATION
OF THE SHIFT.

Number Hours Slept:   Slept all Night

D-001277

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): FOY ROBERT
Episode Number: 2                       Data Entry Date: 04/15/2008

### GENERAL INFORMATION
Assessment Date:   04/15/2008

Assessment Time:   01:53 PM

Draft/Final:   Final

Assessing Clinician:   FOY,ROBERT (000154)

Primary Language:   English

### DAILY LIVING ACTIVITIES
ADLs:   Independent

Ambulating:   Self

Bathing:   Partial

Care Provided:   Oral Care--Teeth

Grooming Hygiene:   Clean

### DIET--APPETITE
Monitor with Meals:   Routine Monitoring

Percent of Breakfast Eaten:   100%

Percent of Lunch Eaten:   100%

### LEVEL OF OBSERVATION/MONITORING
Precaution Type:   Routine Monitoring

Level of Monitoring:   Routine

Level Implemented:   Routine

### BEHAVIOR AND ACTIVITY
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Resistant/Argues with Requests

D-001278

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): FOY ROBERT
Episode Number: 2                       Data Entry Date: 04/15/2008

    Behavior and Activities Comments:
        PATIENT HAS HAD A FAIRLY GOOD SHIFT.HE HAD SOME DIFFICULTY WITH PEERS AT
        THE START OF THE SHIFT OVER A TV SELECTION. HE WAS EASILY REDIRECTED AND
        HAD NO FURTHER PEER CONFLICTS. HE WAS ASSESSED A (3) ON THE THE 7-3 SHIFT.

D-001279

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): SLOVER ERIK
Episode Number: 2                           Data Entry Date: 04/15/2008

### *GENERAL INFORMATION*
Assessment Date:   04/15/2008

Assessment Time:   09:57 PM

Draft/Final:   Final

Assessing Clinician:   SLOVER,ERIK (000277)

Primary Language:   English

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Percent of Dinner Eaten:   80%

Percent of Snack Eaten:   100%

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
   PT DID WELL TODAY. HE INTERACTED WELL WITH HIS PEERS, FOLLOWED STAFFS
   INSTRUCTIONS, AND PARTICIPATED IN ALL ACTIVITIES. PT NEEDED SOME
   REMINDERS BUT WAS ABLE TO STAY ON TASK. PT HAD NO MAYOR PROBLEMS TO
   REPORT ON FOR THIS SHIFT.

D-001280

Report Date: 05/23/2011                      Page 762 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN               Episode Start Date: 09/10/2007
Assigned ID: 000238798                 Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992              Data Entry By (Login): JETTERS DONNELL
Episode Number: 2                      Data Entry Date: 04/16/2008

### *GENERAL INFORMATION*
Assessment Date:   04/16/2008

Assessment Time:   05:50 AM

Draft/Final:   Final

Assessing Clinician:   JETTERS,DONNELL (000142)

Primary Language:   English

### *SLEEP PATTERNS (11-7 Shift Only)*
Number Hours Slept:   Slept all Night

D-001281

Report Date: 05/23/2011                                    Page 763 of 766

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): WACHSMANN ROBER
Episode Number: 2                           Data Entry Date: 04/16/2008

### *GENERAL INFORMATION*
Assessment Date:   04/16/2008

Assessment Time:   02:49 PM

Draft/Final:   Final

Assessing Clinician:   WACHSMANN,ROBERT (000462)

Primary Language:   English

### *DAILY LIVING ACTIVITIES*
ADLs:   Requires Occassional Prompts

Ambulating:   Self

Grooming Hygiene:   Unkempt

### *DIET--APPETITE*
Monitor with Meals:   Compliant with Diet

Percent of Breakfast Eaten:   100%

Percent of Lunch Eaten:   70%

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Other with prompts

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PATIENT HAD A GOOD SHIFT.   PATIENT DID ALL MORNING HYGIENE AND ROUTINE IN
THE MORNING, BUT HIS CLOSET WAS A LITTLE MESSY AFTER STAFF TOLD HIM TO
CLEAN IT UP.   PATIENT NEEDED REMINDERS IN THE MORNING TO STOP JUNIOR
STAFF AND ARGUING WITH PEERS.   PATIENT WAS SLOW TO FOLLOW DIRECTIONS IN
THE AM, BUT WAS ABLE TO DO A LOT BETTER IN THE AFTERNOON.   PATIENT WAS
COMPLIANT WITH STAFF REDIRECTION IN THE AFTERNOON, BUT DID NEED
OCCASIONAL REMINDERS DURING THIS TIME.   PATIENT HAD NO OTHER PROBLEMS
NOTED.   PATIENT WILL BE MONITORED FOR THE REMAINDER OF THE SHIFT.

D-001282

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): HENDERSON ANITA
Episode Number: 2                           Data Entry Date: 04/16/2008

### *GENERAL INFORMATION*
Assessment Date:   04/16/2008

Assessment Time:   10:39 PM

Draft/Final:   Final

Assessing Clinician:   HENDERSON,ANITA (000504)

Primary Language:   English

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Bathing:   Shower

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Percent of Dinner Eaten:   100%

Percent of Snack Eaten:   100%

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PT RECEIVED THE SCORE OF A 3 ON THE 3/11 SHIFT. PT FOLLOWED INSTRUCTIONS
AND STAYED IN HIS ASSIGNED GROUP AREA.

D-001283

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): BURNS RICHARD
Episode Number: 2                       Data Entry Date: 04/17/2008

### *GENERAL INFORMATION*
Assessment Date:   04/17/2008

Assessment Time:   06:01 AM

Draft/Final:   Final

Assessing Clinician:   BURNS,RICHARD (000220)

Primary Language:   English

### *SLEEP PATTERNS (11-7 Shift Only)*
Number Hours Slept:   Slept all Night

D-001284

Waco Center for Youth
Waco, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

Client Name: EJEM,JUSTIN                Episode Start Date: 09/10/2007
Assigned ID: 000238798                  Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992               Data Entry By (Login): WACHSMANN ROBER
Episode Number: 2                       Data Entry Date: 04/17/2008

### *GENERAL INFORMATION*
Assessment Date:   04/17/2008

Assessment Time:   02:07 PM

Draft/Final:   Final

Assessing Clinician:   WACHSMANN,ROBERT (000462)

Primary Language:   English

### *DAILY LIVING ACTIVITIES*
ADLs:   Independent

Ambulating:   Self

Grooming Hygiene:   Clean

### *DIET--APPETITE*
Monitor with Meals:   Compliant with Diet

Percent of Breakfast Eaten:   100%

Percent of Lunch Eaten:   100%

### *BEHAVIOR AND ACTIVITY*
Attendance of Activities:   Attends Activities with no prompts

Socialization:   Socializes with Others Independently

Response to Requests:   Cooperative with Requests

Behavior and Activities Comments:
PATIENT HAD A GOOD SHIFT.  PATIENT PARTICIPATED IN ALL SCHDULED UNIT
PROGRAMMING DURING THE SHIFT.  PATIENT DID ALL MORNING HYGIENE AND
ROUTINE IN THE MORNING.  PATIENT INTERACTED WELL WITH ALL STAFF AND PEERS
WITH PROBLEMS NOTED.  PATIENT DISCHARGED AT 2:00PM WITH HIS LAR.

D-00128