Report Date: 05/23/2011                                         Page 24 of 32

Waco Center for Youth
Waco, TX

NURSING OBSERVATION NOTE (BRIEF) Inquiry

Client Name: EJEM,JUSTIN                  Episode Start Date: 09/10/2007
Assigned ID: 000238798                    Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                 Data Entry By (Login): DAWSON ROSE
Episode Number: 2                         Data Entry Date: 03/11/2008

### DATE/TIME/SHIFT
Assessment Date:    03/11/2008

Assessment Time:    08:49 PM

Draft/Final:    Final

Shift:   Day

### NURSING OBSERVATION/ASSESSMENT
Behavior (cont.):    Other

Behavior Comments:
late entry-NURSING SUMMARY FOR: Months of Feb, Mar 4, 2007

Date of Last AIMS: 03/10/08
Findings: No positive findings.

Immunization Status: Current
Vision/Hearing Screening Status: 9/18/07 vision and hearing screens passed and his glasses are 1 yr. old.

Date of Admission Physical: 9/11/07
Admission/Annual Lab Studies: 9/11/07

Initial/Annual Dental Examination: 9/28/07


Allergies: Pan-mist
Current Diet: High calorie since 1/09/08
Admit Weight: 119 lbs
Current Weight: 111.8 lbs
Current Height: 67.6 inches; up from last summary 66.25".
Weight change/action taken:   +2.8 lbs since last summary.

CURRENT MEDICATIONS (Routine CNS medications, dose, frequency, rationale):
Depakote 500 mg po twice daily for Bipolar. (12/12/07)
Concerta 36 MG PO EVERY AM for ADHD. (12/05/07)
Seroquel 100 mg po in AM and noon 150 mg po at PM for mood stable.


Medication laboratory studies since last summary and values: N/A

D-000420

Report Date: 05/23/2011                                                      Page 25 of 32

## Waco Center for Youth
## Waco, TX

### NURSING OBSERVATION NOTE (BRIEF) Inquiry

Client Name: EJEM,JUSTIN                    Episode Start Date: 09/10/2007
Assigned ID: 000238798                      Episode End Date: 04/17/2008
Date Of Birth: 03/01/1992                   Data Entry By (Login): DAWSON ROSE
Episode Number: 2                           Data Entry Date: 03/11/2008

PATIENT EDUCATION: Discussed with patient importance of establishing and maintaining healthy diet. Reviewed current medications, dosage, targeted behaviors, common side effects, and importance of maintaining regimen. Also discussed patient's responsibility for knowing medications and related health information.

HEALTH AND SAFETY ISSUES: None except hyperactivity or loss of control causes him to run into or bump peers on playground at times. Then he will state his foot, leg, or arm hurts if he bumps into others. Ice is applied if any redness, etc.

SPECIAL TREATMENT PROCEDURES SINCE LAST SUMMARY (Date, duration, behavior.): 2/04/08 Horiz restraint at 304p for aggression, fighting a peer.

STAT MEDICATIONS GIVEN FOR DANGEROUS BEHAVIORS DURING REPORTING PERIOD: 2/13 at 920p 50 mg Thorazine conc po due to agitation with peers. 2/14 at 945a admin Thorazine 50 mg IM (IM per his request) for agitation. 2/27 at 914a admin 50 mg Thorazine po for aggression. 2/28 at 920p 50 mg Thorazine po for aggression. 3/01 at 320p 50 mg Thorazine po for aggression to peers.

OTHER COMMENTS: He has required several emergency meds for behavioral inappropriateness, especially with his peers. He does not want them to play games with him when a staff member is playing. He is very possessive of staff's attention.

D-000421